UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24047-UU

MIAMI WORKERS CENTER, *et al.*,

    Plaintiffs,

v.

MIKE CARROL,
*et al.*,

    Defendants.
_____/

## ORDER REGARDING EMERGENCY MOTION

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised of the premises. On November 2, 2017, Plaintiffs filed the instant Complaint, seeking relief under the Americans with Disabilities Act (the "ADA"). D.E. 1. On November 3, 2017, Plaintiffs filed an Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction and Request for an Emergency Hearing. D.E. 3. Given the circumstances, the Court deems it appropriate to schedule a hearing on Plaintiffs' Motion, subject to Plaintiffs providing notice immediately to Defendants. In addition, the Court will require that the parties meet and confer regarding a provisional remedy and that Plaintiffs provide the Court with proposed findings of fact and conclusions of law in support of their request for a Temporary Restraining Order all in advance of the hearing. Accordingly, it is

ORDERED AND ADJUDGED that a hearing on Plaintiffs' Emergency Motion, D.E. 3, is HEREBY SET before the Honorable Ursula Ungaro for **Tuesday, <u>November 7, 2017</u> at 10:00 a.m.** It is further

ORDERED AND ADJUDGED that in advance of the hearing, Plaintiffs SHALL immediately provide telephonic notice to Defendants regarding their Complaint, Emergency Motion, and the instant Order. Plaintiffs SHALL ALSO serve the Complaint, Emergency Motion, and the instant Order on Defendants as soon as possible. It is further

ORDERED AND ADJUDGED that Plaintiffs SHALL meet and confer with Defendants regarding a provisional remedy with respect to Plaintiffs' claims in this case in advance of the November 7, 2016 hearing. It is further

ORDERED AND ADJUDGED that Plaintiffs SHALL file Proposed Findings of Fact and Conclusions of Law in support of their request for a Temporary Restraining Order and proposed form of Temporary Restraining Order no later than **Monday, November 6, 2017 at 5:00 p.m.** It is further

ORDERED AND ADJUDGED that Plaintiffs and Defendants SHALL appear at the November 7, 2017 hearing with all witnesses that the parties' intend to solicit testimony from with respect to Plaintiffs' Emergency Motion, D.E. 3. In addition, the parties SHALL file witness and exhibit lists with the Court no later than **Monday, November 6, 2017 at 5:00 p.m. Any witnesses and exhibits not listed on the witness and exhibit lists will NOT be permitted to testify at the November 7, 2017 hearing.**

DONE AND ORDERED in Miami, Florida this _5th___ day of November, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record