UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



MIAMI WORKERS CENTER, et al.,

      Plaintiffs,

v.                                       Civil Action No. 17-cv-24047-PCH

MIKE CARROLL, et al.,

      Defendants.

_____/

## DEFENDANT'S EXHIBIT LIST/EXHIBITS

    Defendant, by and through undersigned counsel, hereby files its Exhibit List/Exhibits list in accordance with the Court's November 6, 2017 Order Regarding Emergency Motion.

1. DCF Press Releases Regarding Federal Food Disaster Food Assistance. DCF correspondence to USDA dated October 17, 2017.

2. Waiver Requests sent by DCF to USDA-FNS regarding Disaster Supplemental Nutrition Assistance Program.

3. Approvals by USDA-FNS of Waiver Requests.

4. All exhibits listed by other parties.

Respectfully submitted,

Leslie Hinds
FBN: 524123
Leslie.Hinds@myflfamilies.com
Florida Department of Children and
Families
401 NW 2nd Avenue, Suite N1014
Miami, Florida 33128
Telephone: 786-257-5271
Facsimile: 305-377-5975
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to JoNel Newman, Esq. (jnewman@law.miami.edu), Cindy Huddleston, Esq. (cindy@floridalegal.org), Anthony Erickson-Pogorzelski, Esq. (Pogorzelski@usdoj.gov), Charles Elsesser, Esq. (charles@communityjustice project.com), this 6th day of November 2017.

Leslie Hinds
FBN: 524123



**United States
Department of
Agriculture**

August 25, 2017

Food and
Nutrition
Service

Southeast Region

Liesta Sykes
Director of Economic Self-Sufficiency
FL DCF
1317 Winewood Blvd. Bldg. 3 Room 467
Tallahassee, FL 32399

61 Forsyth St. S.W.
Room 8T36
Atlanta, GA
30303-3415

Dear Ms. Sykes:

We have completed our review of Florida's Fiscal Year (FY) 2018 Disaster Supplemental
Nutrition Assistance Program (DSNAP) plan. We find the plan complete and it includes all
of the requirements in the Disaster Program Guidance.

This letter will serve as approval of Florida's DSNAP plan for FY 2018. Please have your
staff submit a copy of the approved DSNAP plan to the State Plan SharePoint Site within ten
days of the date of this letter.

If you have any policy concerns or questions, please contact Regional DSNAP Coordinator,
David Noble at John.Noble@fns.usda.gov or (678) 704-2018.

Sincerely,

*Peggy Fouts*

PEGGY FOUTS
Regional Director
Supplemental Nutrition Assistance Program

cc: Jeri Flora-Culley
Susan Thomas
Jacinta Murphy

File Code: FNS 16 State Plans of Operations – Disaster Plans (DSNAP) FL 2018

AN EQUAL OPPORTUNITY EMPLOYER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI WORKERS CENTER, et al.,

        Plaintiffs,

v.                                                    Civil Action No. 17-cv-24047-PCH

MIKE CARROLL, et al.,

        Defendants.
_____/

## DEFENDANT'S EXHIBIT LIST/EXHIBITS

     Defendant, by and through undersigned counsel, hereby files its Exhibit List/Exhibits list in accordance with the Court's November 6, 2017 Order Regarding Emergency Motion.

                                  Respectfully submitted,

                                  _____

Leslie Hinds
FBN:  524123
Leslie.Hinds@myflfamilies.com
Florida Department of Children and Families
401 NW 2nd Avenue, Suite N1014
Miami, Florida 33128
Telephone:  786-257-5271

1

# DCF Issues Updates for Federal Food For Florida Program

For Immediate Release: October 26, 2017

DCF ISSUES UPDATES FOR FEDERAL FOOD FOR FLORIDA PROGRAM
More than $1 Billion in Federal Food Disaster Food Assistance Distributed

TALLAHASSEE – Today, the Florida Department of Children and Families (DCF) released updates on the federal Disaster Supplemental Nutrition Assistance Program (DSNAP) operations in Florida. To date, in response to Hurricane Irma, DCF has distributed more than $1.2 billion in federal disaster food assistance through DSNAP, supplemental benefits, and replacements for regular SNAP customers. As of October 25, DCF has processed more than 920,000 DSNAP applications for this federal program. This will help more than 7 million Floridians through SNAP and DSNAP as they continue to recover from the impacts of Hurricane Irma.

Public safety is paramount and is DCF's first priority as we operate assistance sites throughout the state. DCF will continue to follow the direction of local law enforcement in every community to ensure the safety of those we are committed to serving. DCF defers to local law enforcement for all determinations related to traffic or public safety issues.

DCF has aggressively pursued actions to ensure operations are as expeditious, safe, and efficient as possible. Following the conclusion of the Food for Florida program statewide, DCF will conduct a thorough after action review of all operations.

Important details are included below.

- DCF submitted the first request for disaster food assistance to the federal government on September 13, just three days after Hurricane Irma's first impact to Florida.

- DCF sent a letter to the USDA on October 17 to request additional flexibility and resources in administering the federal DSNAP program in Florida.
- Read the FNS response to DCF here.

- Operations in several large counties have already concluded and assistance was successfully provided to thousands of residents, including:
- Hillsborough – 240,401 individuals issued benefits

- Duval – 290,670 individuals issued benefits

- Lucie – 142,739 individuals issued benefits

- Osceola – 137,439 individuals issued benefits

- Brevard – 127,474 individuals issued benefits

- Volusia – 120,046 individuals issued benefits

- Pinellas – 111,996 individuals issued benefits

- Palm Beach – 190,392 individuals issued benefits

- Statewide data on DSNAP by county as of October 25 is available here.

- The Collier/Lee County DSNAP event will be held at the LCPA Overflow Parking October 26-31.

- The Lafayette/Suwanee County DSNAP event will be held at the Live Oak Church of God October 27-31.

- The Marion County DSNAP event will be held at the Florida Horse Park in Ocala October 31 through November 2.

- The Pasco County DSNAP event will be held at the Pasco County Fairgrounds November 5-8.
- DCF is working diligently with Pasco County Fairground officials and local law enforcement to establish a safe and secure site for Pasco families.

- The gates will not open until 6:30 a.m. on November 5 per local officials and law enforcement will be strictly enforcing no overnight or on the road parking.

- The additional Miami-Dade and Broward DSNAP event dates and locations will be announced as soon as details are finalized. The department is working closely with local government and law enforcement to secure sites that can safely and efficiently serve all residents in need.

- Important reminders for Florida families:
- DSNAP is not for current food assistance customers.

- Apply online/pre-registration is strongly encouraged prior to visiting a site.

- Only head of household should come to the site for an interview.

- Please visit on the days listed here: http://www.dcf.state.fl.us/programs/access/fff/siteLocations.shtml

- Please attend on the date we are serving the first initial of your last name.

- Please bring a valid Florida Driver's License or Identification Card.

- Assigned 750 staff at headquarters to support processing of applications

- Deployed more than 6,000 staff to assist in operations and administration of this federal program, including nearly 1,500 temporary workers, to Food for Florida sites to process applications

- Deployed staff from the panhandle to support operations in affected counties

- Extended operating hours at the three Palm Beach County sites to 7:00 p.m. each day

- The ACCESS Call Center hours have been increased to help serve more people during the day for the duration of the DSNAP program to 7:00 a.m.-6:00 p.m.

- Hired traffic control companies to aid with parking and traffic control

- Special accommodations are available for the elderly and disabled. Onsite staff are working to monitor the population of those in lines to assist elderly and disabled residents to the front of the line. Those who need these accommodations should find staff to inquire about expedited service.

- Shuttled staff from remote locations to allow for more onsite parking

- Additional sites will open in Broward, Miami-Dade, and Marion counties to continue to serve residents in these areas. Details will be announced at www.myflfamilies.com/fff as soon as possible.

- Every site is distributing bottled water to individuals waiting in line on foot.

- DCF takes the responsibility to be good stewards of taxpayer money very seriously and investigates all instances of potential fraud. DCF's Public Benefits Integrity (PBI) program has investigators on-site at each FFF location to review potentially fraudulent applicants and conduct investigations for profiles flagged as fraud-prone. PBI investigators are also monitoring social media sites for fraudulent sales of food assistance. Individuals who are found guilty of submitting false information on their application for D-SNAP benefits are subject to criminal prosecution and will be required to pay the money back. PBI on-site staff reviewed 33,070 D-SNAP applications as of October 25 and have avoided issuing more than $9.5 million in fraudulent benefits.

 In addition to DSNAP, DCF applied for federal food assistance program waivers and provided:

- Early release of food assistance benefits prior to Hurricane Irma making landfall to

help families prepare

- Hot Foods Waiver, and a subsequent extension, to allow families to purchase prepared food with their EBT cards at participating retailers

- Extended the time frame to report food loss from 10 to 20 days

- Mass food assistance replacement benefits for September to SNAP recipients in 52 counties effected by Hurricane Irma

- Extended October SNAP recertification deadlines for three months

###

# DCF Issues Updates for Federal Food for Florida Program

**For Immediate Release**: October 30, 2017

**DCF Issues Updates for Federal Food for Florida Program**
*~Miami and Broward DSNAP Events Scheduled~*
**TALLAHASSEE** – Today, the Florida Department of Children and Families (DCF) released updates on the federal Disaster Supplemental Nutrition Assistance Program (DSNAP) operations in Florida. The additional days for DSNAP operations in Miami-Dade and Broward counties have been scheduled for November 7-9.

"After just over 30 days of operations of the federal DSNAP program in Florida, DCF has processed more than 937,000 applications, in addition to more than one million households provided with supplemental SNAP benefits and nearly 1.5 million households had their SNAP benefits replaced. This means $1.2 billion has been put into families' hands to buy food across the state," said DCF Secretary Mike Carroll. "I'm proud of the effort our staff has made, with half of the agency contributing to this operation. These efforts will continue when we return to Miami-Dade and Broward counties next week to again serve families in these communities."

In response to Hurricane Irma, DCF has distributed more than $1.2 billion in federal disaster food assistance through DSNAP, supplemental benefits, and replacements for regular SNAP customers. As of October 26, DCF has processed more than 937,000 DSNAP applications for this federal program. This will help more than 7.2 million Floridians through SNAP and DSNAP as they continue to recover from the impacts of Hurricane Irma.

Public safety is paramount and is DCF's first priority as we operate assistance sites throughout the state. DCF will continue to follow the direction of local law enforcement in every community to ensure the safety of those we are committed to serving. DCF defers to local law enforcement for all determinations related to traffic or public safety issues.

DCF has aggressively pursued actions to ensure operations are as expeditious, safe, and efficient as possible. Following the conclusion of the Food for Florida program statewide, DCF will conduct a thorough after action review of all operations.

**Important details are included below.**

- DCF submitted the first request for disaster food assistance to the federal government on September 13, just three days after Hurricane Irma's first impact to Florida, to demonstrate Florida's immediate intent to administer the federal DSNAP program and begin the conversation with FNS on DSNAP planning efforts.

- DCF worked closely with FNS staff, including an in-person meeting in Ocala on September 18, to expedite the application to provide this assistance as soon as possible. The final application, submitted September 19, was approved by FNS on September 21.

- DCF sent a letter to the USDA on October 17 to request additional flexibility and resources in administering the federal DSNAP program in Florida.

- Read the FNS response to DCF here. The October 25 letter included that, *FNS appreciates the complexity and scope of the historic response to Hurricane Irma, and commends DCF for its preparation and efforts in processing nearly 600,000 applications to date, and the State's adjustment to site capacity and crowd control based on lessons learned since the start of D-SNAP operations.*

- The Marion County DSNAP event will be held at the Florida Horse Park in Ocala October 31 through November 2.

- The Pasco County DSNAP event will be held at the Pasco County Fairgrounds November 5-8.

- DCF is working diligently with Pasco County Fairground officials and local law enforcement to establish a safe and secure site for Pasco families.

- The gates will not open until 6:30 a.m. on November 5 per local officials and law enforcement will be strictly enforcing no overnight or on the road parking.

- The Broward County DSNAP event will be held at the BB&T Center in Sunrise, November 7-9. DCF has coordinated closely with the Sunrise Police Department, Broward Sheriff's Office, Broward County Administration, United Way, the Red Cross, and the venue's management to ensure safe and efficient operations.

- Per the Sunrise Police Department, bags or personal items larger than 12 by 12 inches, backpacks, coolers, umbrellas, and chairs are not permitted.

- The Miami-Dade County DSNAP event will be held at the Hard Rock Stadium in Miami Gardens, November 7-9. DCF has worked closely with the Miami-Dade Police Department and the venue's management to ensure safe and efficient operations.

- Please note that the stadium's clear bag policy will be in effect for each day of this event.

- Important reminders for Florida families:
- DSNAP is not for current food assistance customers.
- Apply online/pre-registration is strongly encouraged prior to visiting a site.
- Only head of household should come to the site for an interview.
- Please visit on the days listed here:  http://www.dcf.state.fl.us/programs/access /fff/siteLocations.shtml
- Please attend on the date we are serving the first initial of your last name.
- Please bring a valid Florida Driver's License or Identification Card.
- Assigned 750 staff at headquarters to support processing of applications
- Deployed more than 6,000 staff to assist in operations and administration of this federal program, including nearly 1,500 temporary workers, to Food for Florida sites to process applications
- Deployed staff from the panhandle to support operations in affected counties
- The ACCESS Call Center hours have been increased to help serve more people during the day for the duration of the DSNAP program to 7:00 a.m.-6:00 p.m.
- Hired traffic control companies to aid with parking and traffic control
- Special accommodations are available for the elderly and disabled. Onsite staff are working to monitor the population of those in lines to assist elderly and disabled residents to the front of the line. Those who need these accommodations should find staff to inquire about expedited service.
- Shuttled staff from remote locations to allow for more onsite parking
- Every site is distributing bottled water to individuals waiting in line on foot
- DCF takes the responsibility to be good stewards of taxpayer money very seriously and investigates all instances of potential fraud. DCF's Public Benefits Integrity (PBI) program has investigators on-site at each FFF location to review potentially fraudulent applicants and conduct investigations for profiles flagged as fraud-prone. PBI investigators are also monitoring social media sites for fraudulent sales of food assistance. Individuals who are found guilty of submitting false information on their application for D-SNAP benefits are subject to criminal prosecution and will be required to pay the money back. PBI on-site staff reviewed 34,138 D-SNAP applications as of October 26 and have avoided issuing more than $9.9 million in fraudulent benefits.

DCF Issues Updates for Federal Food for Florida Program

In addition to DSNAP, DCF applied for federal food assistance program waivers and provided:

- Early release of food assistance benefits prior to Hurricane Irma making landfall to help families prepare

- Hot Foods Waiver, and a subsequent extension, to allow families to purchase prepared food with their EBT cards at participating retailers

- Extended the time frame to report food loss from 10 to 20 days

- Mass food assistance replacement benefits for September to SNAP recipients in 52 counties effected by Hurricane Irma

- Extended October SNAP recertification deadlines for three months

### ###

# Miami-Dade Food For Florida Federal Disaster Food Assistance Program Information

**For Immediate Release**: November 3, 2017

**Contact**: Beatriz Lopez, (305) 345-8407

**Venue Contact:** Theresa Garner, Hard Rock Stadium, (305) 943-1451

### MIAMI-DADE FOOD FOR FLORIDA FEDERAL DISASTER FOOD ASSISTANCE PROGRAM INFORMATION

**Miami Gardens, FL** - The Department of Children and Families (DCF), in partnership with the U.S. Department of Agriculture, will administer the federal DSNAP program, Food for Florida, in Miami-Dade County from November 7-9, 2017 to assist individuals and families impacted by Hurricane Irma. The program will be held at Hard Rock Stadium in Miami Gardens. Miami-Dade residents are encouraged to attend this location for assistance.

To qualify for the Food for Florida Disaster Food Assistance program, applicants must have lived or worked in one of the counties declared for FEMA Individual Assistance on September 5, and not be receiving food assistance through the regular Food Assistance Program (SNAP). Additionally, eligible individuals and families must have suffered a disaster-related loss, such as damage to their homes or self-employment property, loss of food, reduction or loss of income, or have incurred other disaster related expenses. The program counts only income and expenses from September 5 through October 4, 2017.

Individuals are encouraged to fill out the initial application for assistance online before visiting the Food for Florida site. The application is available on the Food for Florida website.

A designated parking area at the North Gate will be available for individuals with special needs. Those with state-issued permits will enter through Gates 2 and 3 and will be directed accordingly.

Hard Rock Stadium's clear bag and prohibited items policies will be strictly enforced. For more information, visit http://hardrockstadium.com/stadium-experience/.

Public safety is DCF's first priority and DCF has worked closely with management at

Hard Rock Stadium as well as the Miami-Dade Police Department to ensure safe and efficient operations.

DCF will continue to follow the direction of law enforcement as well as Hard Rock Stadium security to ensure the safety of those we are committed to serving. DCF defers to local law enforcement for all determinations related to traffic or public safety issues. DCF has aggressively pursued actions to ensure operations are as expeditious, safe, and efficient as possible.

For media convenience, availabilities will be held from 10:30 a.m. – 12:30 p.m. each day of the event. Outside of these times, please contact the venue to ensure ease of access and service during the event.

**PARKING:**   Media should enter through Gate 4, make a left and parking is available at the West Gate. A media credential must be shown upon entrance.

The Food for Florida disaster food assistance program for Miami-Dade County will take place:

**November 7-9, 2017**

**7:00 AM – 6:00 PM**

**Hard Rock Stadium**

**347 Don Shula Drive**

**Miami Gardens, FL 33056**

**Serving by first letter of last name:**

**Tuesday, November 7th A – F**

**Wednesday, November 8th G – P**

**Thursday, November 9th Q - Z**

**\*Please note that Hard Rock Stadium's clear bag policy will be in effect for each day of this event.**

**\*Per local government, no cars or pedestrians will be permitted to line up in advance of the opening and advanced arrival is strongly discouraged.**

For more information, visit www.myflfamilies.com/fff.

**###**

# Unprecedented Turnout For Disaster SNAP Food Assistance Program

**For Immediate Release**: October 12, 2017

**Unprecedented Turnout For Disaster SNAP Food Assistance Program**
~Food for Florida has provided emergency funding for more than 300,000 families in Florida~

**TALLAHASSEE** - The Department of Children and Families (DCF), in partnership with the U.S. Department of Agriculture (USDA), has implemented the Food for Florida Disaster Food Assistance Program in 24 counties to date to assist those affected by Hurricane Irma. Food for Florida has elicited an unprecedented and extraordinary response from families recovering from Hurricane Irma and DCF has mobilized more than 5,900 staff, including 1,450 temporary staff hired specifically to aid in Food for Florida response, to 32 sites across Florida. To date, emergency federal food assistance benefits have been provided to more than 300,000 families statewide. Food for Florida is the largest Disaster SNAP food assistance program activation in United States history.

"The Florida Department of Children and Families is doing everything possible to ensure every family receives the resources and help they need as quickly as possible. At Food for Florida sites across the state, DCF has experienced an unprecedented response from families and we've deployed more than 5,900 staff, including 1,450 temporary staff hired specifically to aid in Food for Florida response, to ensure we're able to quickly process D-SNAP applications," said DCF Secretary Mike Carroll. "We understand that many locations are experiencing lines and we appreciate the patience and understanding of the more than 300,000 families we've served in this process. We will continue to work around the clock processing applications to minimize wait-times and help get Florida families back on their feet. To help make sure you are able to move through the application process as quickly as possible, DCF asks that Floridians continue to pre-register online and follow the site guidance below."

For most applicants who pre-registered and applied electronically, DCF has deposited D-SNAP funds into their accounts by the next business day.

To qualify for the Food for Florida benefits program, applicants must have lived or worked in one of the 48 federally-declared disaster counties on September 5, and not

receive food assistance through the regular SNAP Program. Additionally, eligible individuals and families must have suffered a disaster-related loss, such as damage to their homes or self-employment property, loss of food, reduction or loss of income, or have incurred other disaster related expenses.

In addition to those families served at Food for Florida sites, more than 2.4 million individuals already receiving food assistance automatically received benefits to bring them to the maximum benefit amount. These families do not need to apply or show up at a Food for Florida site to receive these benefits.

Additionally, DCF applied for federal food assistance program waivers and provided:

- Early release of food assistance benefits prior to Hurricane Irma making landfall to help families prepare for Hurricane Irma

- Hot Foods Waiver, and a subsequent extension, to allow families to purchase prepared food with their EBT card at participating retailers

- Extended the time frame to report food loss from 10 to 20 days

- Mass food assistance replacement benefits for September SNAP recipients in 52 counties effected by Hurricane Irma

- Extended October SNAP re-certification deadlines for three months

- To pre-register, an applicant needs a valid Florida Driver License or Florida Identification Card. Individuals, families, and authorized representatives who pre-register must still visit a Food for Florida disaster site, listed on the Food for Florida website, to be interviewed. Only the head of household needs to visit the site. Individuals may also apply at the Food for Florida Disaster Program site.

**Please see below for more information on site locations, hours of operation for site locations, hours of operation, and service order based on last name. Additional locations will be added to the Food for Florida Website as they are finalized.**

| County | Dates | Site Locations | Serving in Order of Last Name |
|--------|-------|----------------|-------------------------------|
| Baker | 10/20 – 10/24 | Parkview Baptist Church 268 NW Lake Jeffery Rd. Lake City, FL 32055 | 10/20 – A - F<br>10/21 – G - J<br>10/22 – K - O<br>10/23 – P - Z<br>10/24 – Make-up Day |

| | | | |
|---|---|---|---|
| Broward | 10/11 – 10/15 | Central Broward Reg. Park 3801W Sunrise Blvd. Lauderhill, FL 33311 | 10/11 – A - F 10/12 – G - J 10/13 – K - O 10/14 – P - Z 10/15 – Make-up Day |
| Broward | 10/11 – 10/15 | C.B. Smith Park 900 N Flamingo Rd Pembroke Pines, FL 33028 | 10/11 – A - F 10/12 – G - J 10/13 – K - O 10/14 – P - Z 10/15 – Make-up Day |
| Broward | 10/11 – 10/15 | Quiet Waters Parks and Recreation 401 S Powerline Rd Deerfield Beach, FL 33442 | 10/11 – A - F 10/12 – G - J 10/13 – K - O 10/14 – P - Z 10/15 – Make-up Day |
| Charlotte | 10/13 – 10/17 | Westfield Sarasota Square 8201 S. Tamiami Trail Sarasota, FL 35238 | 10/13 – A - F 10/14 – G - J 10/15 – K - O 10/16 – P - Z 10/17 – Make-up Day |
| Collier | 10/26 – 10/31 | Ft. Myers Greyhound Racing 10601 Bonita Beach Road SE Bonita Springs, FL 34135 | 10/26 – A - E 10/27 – F - I 10/28 – J - M 10/29 – N – P 10/30 – Q - Z 10/31 – Make-up Day |
| Columbia | 10/20 – 10/24 | Parkview Baptist Church 268 NW Lake Jeffery Rd. Lake City, FL 32055 | 10/20 – A - F 10/21 – G - J 10/22 – K - O 10/23 – P - Z 10/24 – Make-up Day |
| Duval | 10/11 – 10/17 | Regency Square Mall 9501 Arlington Expressway Suite 260 Jacksonville, FL 32225 | 10/11 – A - D 10/12 – E - H 10/13 – I - L 10/14 – M – P 10/15 – Q - T 10/16 – U - Z 10/17 – Make-up Day |

**Contact**: DCF Communications, (850) 717-4450

###

# DCF Provides Guidance For Those Applying For Disaster SNAP

**For Immediate Release**: September 26, 2017

**DCF PROVIDES GUIDANCE FOR THOSE APPLYING FOR DISASTER SNAP**

**TALLAHASSEE** – The Florida Department of Children and Families' (DCF) will open the first Disaster SNAP (or Food for Florida) sites this week and reminds Floridians seeking disaster food assistance of important details prior to visiting a Food for Florida site. To qualify for the Food for Florida Disaster Food Assistance Program, individuals must have lived or worked in one of the 48 declared counties on September 5, and NOT be a customer in the regular food assistance program.

Individuals and authorized representatives are strongly encouraged to pre-register online. Pre-registration is a brief application process that adds your information to the system in advance of your local site visit. This application is available here, at the Food for Florida website. Pre-registering on the day prior to visiting your local Food for Florida site will allow for faster processing of your application on-site.

All Food for Florida dates and locations will be posted on the Site Locations link on the Food for Florida website. Service at site locations will be organized by day according to the first letter of your last name. Each site's alphabetical serving order is listed on the site locations webpage. This program is not first come, first serve. Everyone's application will be taken and processed at their appropriate county location.

One EBT card per eligible household will be issued so only the applicant needs to visit the local Food for Florida site in person. Additional individuals attending may contribute to longer lines and extended service times.

To make your visit to your local Food for Florida site as convenient as possible, remember these important items:

- Fill out the initial application no later than the day before visiting your local site via the pre-registration link at the Food for Florida website.

- Only one applicant needs to visit the site in person as only one EBT card will be issued per eligible household.

DCF Provides Guidance For Those Applying For Disaster SNAP

- Visit the local site on the indicated date for your last name.

- Current food assistance participants should not visit the local Food for Florida site or pre-register; additional September/October benefits will be added to your EBT card within five days of your county's Food for Florida site opening.

Food for Florida sites will open across the state over the next five weeks to serve eligible Floridians who lived or worked in the 48 counties FEMA declared for Individual Assistance following damage from Hurricane Irma. Sites are opening on specific dates based on the infrastructure required to support a Food for Florida operation, such as venue size, power, and accessibility, as well as community resources available to purchase and safely store food.

For more information, visit the Food for Florida website.

**Contact**: DCF Communications, (850) 717-4450

**###**

# DCF To Initiate Disaster SNAP Food Assistance Program In 48 Counties

**For Immediate Release**: September 22, 2017

**DCF TO INITIATE DISASTER SNAP FOOD ASSISTANCE PROGRAM IN 48 COUNTIES**
*~ Food for Florida sites will assist individuals and families recovering from Hurricane Irma ~*

**TALLAHASSEE** - The Department of Children and Families (DCF), in partnership with the U.S. Department of Agriculture (USDA), will implement the **Food for Florida** Disaster Food Assistance Program in 48 counties to assist victims of Hurricane Irma. Details on local Food for Florida sites will be posted on the Food for Florida website as they become available.

"We are working around the clock to provide relief to those affected by Hurricane Irma damage," said DCF Secretary Mike Carroll. "We will continue to stand side-by-side with those who need us as they get back on their feet. We encourage those in need of food assistance to pre-register if possible through the website so we can quickly serve those in need."

To qualify for the Food for Florida Disaster Food Assistance program, applicants must have lived or worked in one of the counties declared for FEMA Individual Assistance on September 5, and not be receiving food assistance through the regular Food Assistance Program. Additionally, eligible individuals and families must have suffered a disaster-related loss, such as damage to their homes or self-employment property, loss of food, reduction or loss of income, or have incurred other disaster related expenses. Applicants must also be financially eligible. DCF will provide or mail Electronic Benefits Transfer cards to eligible individuals and families to use at authorized USDA food retailers. The program counts only income and expenses from September 5 through October 4, 2017.

Food for Florida pre-registration will be available on the Food for Florida website and open for people in need of food assistance in eligible counties through October 30. Food for Florida sites in Pinellas, Bradford, Union, Alachua, Lake, Sumter, and Citrus counties will open next week. Individuals who lived or worked in these counties can pre-register beginning today at 2:00 p.m. Pre-registration for other eligible counties

will be available prior to the local sites opening. Individuals, families, and authorized representatives that pre-register must still visit a Food for Florida site, listed on the Food for Florida website, to be interviewed. Individuals may also apply at the Food for Florida site locations without pre-registering. You must have a valid Florida Driver License or Florida Identification card.

Visit the Food for Florida website for more information on pre-registration, site locations, and hours of operation.

**Contact**: DCF Communications, (850) 717-4450

\###



**State of Florida**
**Department of Children and Families**

**Rick Scott**
*Governor*

**Mike Carroll**
*Secretary*

October 17, 2017

Mr. Robin Bailey
Southeastern Regional Administrator
USDA, Food & Nutrition Service
61 Forsyth St, SW, 8T36
Atlanta, Georgia 30303

Dear Mr. Bailey,

The Florida Department of Children and Families (DCF) has administered federal food assistance through the United States Department of Agriculture Disaster Supplemental Nutrition Assistance Program (DSNAP) to more than 2.2 million Floridians to date affected by Hurricane Irma. DCF has processed more than 577,000 DSNAP applications statewide and more than $836 million in food assistance has been distributed between DSNAP and SNAP supplements across Florida that will help more than 6 million Floridians get back on their feet.

While we have served a great number of families, we feel there is more that can and must be done to improve this process. DCF conducted DSNAP in the counties of Broward and Miami-Dade during October 11-14, and October 11-15, respectively. Due to the unprecedented and historic response, DCF seeks to provide another opportunity for residents of these counties to apply for DSNAP by opening one more site in each county for three additional days. Broward remains within the standard seven-day operation previously approved by Food and Nutrition Service, but DCF seeks an additional day for Miami-Dade, resulting in an eight-day operation.

Additionally, DCF is requesting approval to extend DSNAP operations in all counties going forward beyond the standard seven-day operation to best serve Floridians.

DCF observed the DSNAP operations in Texas following Hurricane Harvey. DCF saw the critical need to ensure the most efficient operations were in place to serve Floridians. At the conclusion of its operations, Texas processed approximately 500,000 applications, nearly the same number of applications that Florida has processed in three weeks. Therefore, it is imperative that FNS approve these requests to continue to provide the best service possible to Florida families.

Thank you for your consideration. I would appreciate an expeditious response as we are in a critical planning phase. If you have any questions, please contact Jeri Culley, Assistant Secretary for Economic Self Sufficiency, at 850-273-2424.

Sincerely,

Mike Carroll
Secretary

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

Mission: Work in Partnership with Local Communities to Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency

**USDA**
_____
**United States Department of Agriculture**

Food and
Nutrition
Service

Park Office
Center

3101 Park
Center Drive
Alexandria
VA  22302

**SUBJECT:**   Disaster Supplemental Nutrition Assistance Program – Approval for 48
Florida Counties

**TO:**   Robin Bailey                                    SEP 2 1 2017
Regional Administrator
Southeast Regional Office

The Food and Nutrition Service (FNS) is approving the Florida Department of Children
and Families' (DCF) request to operate a Disaster Supplemental Nutrition Assistance
Program (D-SNAP) in 48 counties due to the severe damage that struck the area beginning
September 9, 2017, from Hurricane Irma.  Between September 10 and September 17, 2017,
President Donald Trump declared 48 counties to be major disaster areas eligible for
individual assistance.

The State agency estimates that 2,487,817 new households may apply for D-SNAP
assistance and that up to 1,054,920 ongoing SNAP households may be eligible for
supplemental benefits.

As DCF has indicated its readiness to begin by September 27, 2017, FNS is approving
operations for that date, provided that:

- DCF is able to provide human comforts (water, restroom facilities, etc.) for
  D-SNAP applicants, including reasonable accommodations for the elderly and
  disabled;
- Press materials that clearly designate the location of application sites, explain
  eligibility and residency requirements, and include appropriate anti-fraud
  warnings are released before D-SNAP operations commence; and
- DCF has sufficient staff to efficiently process D-SNAP applications and the
  flexibility to augment staffing at each application site as needed.

**Disaster Area**

DCF is approved to operate D-SNAP to serve the residents of the following counties:
Alachua, Baker, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia,
Desoto, Dixie, Duval, Flagler, Gilchrist, Glades, Hardee, Hendry, Hernando, Highlands,
Hillsborough, Indian River, Lafayette, Lake, Lee, Levy, Manatee, Marion, Martin,
Miami-Dade, Monroe, Nassau, Okeechobee, Orange, Osceola, Palm Beach, Pasco,
Pinellas, Polk, Putnam, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee,
Union, and Volusia.  Additional counties may be added to the D-SNAP as requested by
the State agency and approved by FNS.

**Application Period and Sites**

DCF has requested to stagger the application periods by county between September 27, 2017, and October 31, 2017, in order to ensure adequate staffing capacity at each site. All sites will accept applications between the hours of 7:00 AM and 6:00 PM and be operational at least one weekend day. DCF is still working to secure all application sites but has provided the tentative schedule of operations below:

| County | Site Name or City | Start Date | End Date |
|---|---|---|---|
| Pinellas | Seminole | 9/27/2017 | 10/2/2017 |
| Bradford | Bradford/Union | 9/27/2017 | 9/30/2017 |
| Union | | | |
| Lake | Lake/Sumter | 9/30/2017 | 10/4/2017 |
| Sumter | | | |
| Alachua | Alachua | 9/30/2017 | 10/4/2017 |
| Volusia | Volusia | 10/4/2017 | 10/8/2017 |
| Clay | Clay/Putnam | 10/4/2017 | 10/8/2017 |
| Putnam | | | |
| Hillsborough | Plant City | 10/5/2017 | 10/10/2017 |
| Martin | Martin | 10/6/2017 | 10/10/2017 |
| St. Lucie | St. Lucie | 10/6/2017 | 10/10/2017 |
| Indian River | Indian River | 10/6/2017 | 10/10/2017 |
| Okeechobee | Okeechobee | 10/6/2017 | 10/10/2017 |
| Brevard | Brevard | 10/7/2017 | 10/11/2017 |
| Hernando | Hernando | 10/7/2017 | 10/11/2017 |
| Citrus | Citrus | 10/7/2017 | 10/11/2017 |
| Orange | Orange | 10/7/2017 | 10/11/2017 |
| Duval | Duval/Nassau | 10/11/2017 | 10/17/2017 |
| Nassau | | | |
| Flagler | Flagler/St. Johns | 10/11/2017 | 10/17/2017 |
| St. Johns | | | |
| Broward | Broward 1 | 10/11/2017 | 10/15/2017 |
| | Broward 2 | | |
| | Broward 3 | | |

| | | | |
|---|---|---|---|
| Miami-Dade | South Dade Government Center | 10/11/2017 | 10/15/2017 |
| | Jose Marti Park | | |
| | Amelia Earhart Park | | |
| | Tropical Park | | |
| | TBD | | |
| Desoto | Arcadia | 10/13/2017 | 10/14/2017 |
| Polk | Polk 1 | 10/14/2017 | 10/18/2017 |
| | Polk 2 | | |
| Hardee | Hardee | 10/14/2017 | 10/16/2017 |
| Highlands | Highlands | 10/14/2017 | 10/16/2017 |
| Osceola | Osceola | 10/14/2017 | 10/16/2017 |
| Sarasota | Sarasota | 10/15/2017 | 10/19/2017 |
| Manatee | Manatee | 10/15/2017 | 10/17/2017 |
| Palm Beach | Lake Worth | 10/17/2017 | 10/21/2017 |
| | Delray | | |
| | Belle Glade | | |
| Baker | Baker/Columbia | 10/21/2017 | 10/25/2017 |
| Columbia | | | |
| Marion | Marion | 10/21/2017 | 10/25/2017 |
| Seminole | Seminole | 10/21/2017 | 10/25/2017 |
| Monroe | Monroe | 10/21/2017 | 10/25/2017 |
| Pasco | New Port Richey | 10/22/2017 | 10/25/2017 |
| Collier | Collier/Lee | 10/25/2017 | 10/30/2017 |
| Lee | | | |
| Dixie | Dixie/Gilchrist/Levy | 10/27/2017 | 10/31/2017 |
| Gilchrist | | | |
| Levy | | | |
| Lafayette | Lafayette/Suwannee | 10/27/2017 | 10/31/2017 |
| Suwannee | | | |
| Charlotte | Charlotte/Glades/Hendry | 10/28/2017 | 10/30/2017 |
| Glades | | | |
| Hendry | | | |

FNS understands that this schedule may change based on DCF's ability to procure sites for D-SNAP operations. DCF has agreed to provide FNS a revised schedule of operations once it has been finalized.

DCF intends to serve households on designated days by last name and will reserve the final day of operations in each county to serve applicants who missed their designated day.

While DCF requested 2-7 day application periods for the aforementioned counties, FNS is approving an application period of up to 7 days for all counties. FNS strongly encourages the State agency to consider using all 7 days to serve disaster affected households, if needed. The application period will begin no earlier than September 27, 2017. DCF must notify FNS if this start date is postponed. If more than 7 days are needed to serve applicants in any of the affected counties, DCF may request a modification to this waiver.

**Benefit Period**

The benefit period for all affected counties will be 30 days, from September 5, 2017, to October 4, 2017. DCF will determine applicant eligibility using household income, resources, disaster-related expenses, and other circumstances for this period only. Although eligibility will be determined using the 30-day benefit period, eligible households will receive 2 months of D-SNAP benefits. September benefits will be based on the maximum allotments for Fiscal Year (FY) 2017 and October benefits will be based on the maximum allotments for FY 2018.

**Eligibility**

- Only households that resided or worked in the 48 affected counties on September 5, 2017, will be eligible for D-SNAP.

- Household composition as it existed on September 5, 2017, will be used in determining the allotment.

- DCF will determine household eligibility and benefits according to the current D-SNAP Guidance using the FY 2017 Disaster Gross Income Limits.

- DCF will consider households that have experienced food loss as their only adverse effect to be eligible for D-SNAP assistance.

- If a household has received or expects to receive a reimbursement for a disaster expense during the benefit period, the State agency shall compare the reimbursement amount to the amount of expenses paid or anticipated by the household during the benefit period in order to determine the amount, if any, of qualifying, unreimbursed out-of-pocket disaster-related expenses.

- DCF will adhere to the verification requirements in the D-SNAP Guidance, which include mandatory verification of identity; verification of residency and loss of income or inaccessibility of resources where possible; and verification of household composition and food loss if questionable. Per the D-SNAP guidance, the State agency may take up to 7 days to process D-SNAP applications when information presented is questionable.

- DCF will conduct a duplicate participation check before authorizing benefits and will enter all household members into the State's data systems.

- Approved households will be certified for 2 months and receive the maximum allotment for their household size for the months of September 2017 and October 2017. The October 2017 allotment must reflect the FY 2018 Cost of Living Adjustment (COLA).

- A household that has received a disaster distribution of USDA Foods prior to the first day of the D-SNAP application period is eligible to apply for D-SNAP.

**Ongoing Households**

Disaster supplements provide for equity in disaster assistance between ongoing SNAP households and new D-SNAP recipients, as supplements bring the benefits of ongoing SNAP households up to the maximum allotment for their household size.

Based on the data provided by the State agency, FNS is approving DCF to issue 2 months of automatic disaster supplements to all ongoing SNAP households in 46 of the requested 48 counties: Alachua, Baker, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, Desoto, Dixie, Duval, Flagler, Gilchrist, Glades, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Lafayette, Lake, Lee, Levy, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okeechobee, Orange, Palm Beach, Pasco, Pinellas, Polk, Putnam, Sarasota, Seminole, St. Johns, St. Lucie, Suwannee, Union, and Volusia.

Due to the unprecedented severity of this disaster which necessitated that nearly 7 million residents flee their homes due to State-issued evacuation orders in anticipation of Hurricane Irma's landfall, FNS is also approving DCF to issue automatic supplements in Osceola and Sumter counties.

DCF intends to issue automatic disaster supplements to ongoing SNAP households in phases concurrent with the launch of D-SNAP operations in each county. DCF indicates automatic disaster supplements may take up to 5 days to reach the EBT cards of ongoing SNAP households.

Ongoing SNAP households already receiving the maximum monthly SNAP allotment for their household size are not eligible for disaster supplements. No household may receive more than the maximum monthly allotment for their household size.

**Terms of Approval**

FNS approves DCF's D-SNAP request with the following terms:

1) DCF will submit to FNS a final list of site locations by county once site selection is complete.

2) DCF is authorized to take applications for up to 7 days beginning no earlier than September 27, 2017. DCF must advise FNS if it changes this start date prior to beginning D-SNAP operations. FNS may grant an extension of the application period if DCF requests one and demonstrates a need for additional time.

3) Only households who resided or worked in any of the affected counties on September 5, 2017, and suffered disaster related damage or disaster losses from the severe storms and flooding due to Hurricane Irma will be eligible for certification using D-SNAP criteria. Food loss alone is a qualifying factor.

4) DCF will closely monitor D-SNAP application and issuance sites, continue to assess the volume of potential applicants, and adjust D-SNAP sites, accommodations for human needs, staff and resources, and security as needed. DCF will use temporary staff employees who are State merit staff during D-SNAP operations. DCF may request additional staffing support from "Buddy State" SNAP agencies.

5) DCF has indicated that the State has a sufficient supply of Electronic Benefits Transfer (EBT) cards to issue to all anticipated D-SNAP applicants. DCF will carefully monitor the supply of cardstock, the number of applications received and processed each day in order to arrange for the production, and delivery of additional cards should their estimate of applicant households prove too low. DCF shall notify FNS immediately should there be difficulties with card stock volume or production.

6) DCF publicity materials and notices to ongoing clients should clearly explain its supplement policy to avoid overwhelming D-SNAP application sites with ongoing SNAP households that need not apply in person to receive the supplement.

7) Quality Control will exclude D-SNAP cases from the samples. DCF program managers will ensure integrity by reviewing 0.5 percent of D-SNAP cases (but not fewer than 25 cases and not more than 500 cases) to make sure the D-SNAP eligibility and allotment criteria were correctly applied. Additionally, DCF will conduct a 100 percent review of all applications from State agency employees who apply for D-SNAP benefits. Results of the integrity review must be submitted to FNS within 6 months of the close of the application period.

8) DCF must provide warnings of anti-fraud efforts and the consequences of committing fraud in notice material and in prominent signage at all application sites.

9) DCF will submit the reports as required in the D-SNAP Guidance.  These reports include:

- A daily report to FNS that includes the following information:

    o Number of households approved - new and on-going (supplements);
    o Number of persons approved - new and on-going (supplements);
    o Value of benefits approved - new and on-going (supplements);
    o Average benefit per household - new and on-going (supplements); and
    o Number of new households denied.

- An FNS-292B in the Food Program Reporting System (FPRS), which should be submitted within 45 days of the end of D-SNAP operations.

- A Post-Disaster Report consisting of a comprehensive review, individual reviews, problem analysis, and proposed improvements to the State's D-SNAP plan, which should be submitted to the FNS Southeast Regional Office no later than 6 months after the close of D-SNAP operations.

**Authority**

FNS is approving this D-SNAP under the authority in Section 402 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act and Section 5(h) of the Food and Nutrition Act of 2008.

*Laura Sh____ for*

Jeffrey N. Cohen
Acting Associate Administrator
Supplemental Nutrition Assistance Program

WAIVER REQUEST
DISASTER SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM

| | |
|---|---|
| Type of request: | Initial |
| State: | Florida |
| Region: | SERO |
| Regulatory Citations: | 7CFR 273.1(a), 273.2(f), 273.7, 273.8(e), 273.9(a), 273.10(e), and 273.10(f) |

Disaster Information: Hurricane Irma made landfall in Key West, Florida on September 10, 2017. A Presidential disaster declaration for individual assistance has been approved for 16 counties in Florida. Florida is requesting a DSNAP for the following thirty-seven counties: Alachua, Baker, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, Desoto, Duval, Flagler, Gilchrist, Glades, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Lake, Lee, Levy, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Union, and Volusia. The Florida Division of Emergency Management estimated 6.3 million Floridians were under an evacuation order as of September 9, 2017. These are unprecedented numbers and potentially one of the largest evacuations in U.S. history. The need for food will remain critical for these citizens due to the potential loss of food from power outages, severe flooding, and displacement from permanent homes.

Disaster Impact: All 46 counties experienced high power outages. These counties had over 50% of their customers without power for an extensive amount of time. Please see supporting power outage documentation. **Further documentation will be provided for flooding and damage information.**

Benefit Period: The benefit period will begin when mandatory evacuation orders began on September 5, 2017 and will continue through October 5, 2017.

Application Period: *TBD – List the start date and end date for the application period (typically 7 days). Describe locations, dates and*

*hours of operation for application sites (note if sites are opened on weekends/holidays).*

**Eligibility Criteria:** Eligibility criteria applies to individual/families that are not current SNAP recipients.  Individual/families must be living or working in the disaster area at the time of the disaster. Individuals/families must have experienced one of the following adverse effects: damage to or destruction of the household's home or self-employment business, disaster-related expenses not expected to be reimbursed during the disaster period, or lost or inaccessible income, including reduction or termination of income, or a delay in receipt of income during the disaster period.  The individual/families must plan to purchase food during the disaster period. Department of Children and Families (DCF) employees that apply must have a DCF employee complete the eligibility screening and determination.

**Ongoing Households:** Florida will automatically increase current SNAP recipients to the maximum benefit allotment based on household size.

**Anticipated Issuance:** **Florida will provide additional data to support DCF's anticipated estimates of D-SNAP applicants for these 37 identified counties.  DCF will also provide the estimated number of current SNAP households that will receive a supplement to the maximum allotment based on household size and estimated value of benefit issuance.**

**EBT:** The state's EBT Provider, Fidelity National Information Systems (FIS), maintains a supply of 1,000,000 vault cards on hand for over the counter issuance to support a Disaster Supplemental Nutrition Assistance Program, known in Florida as Food For Florida (FFF).  If the mail issuance card drop below 500,000 or if the vault cards drop below 225,000, FIS will automatically order additional card stock.  DCF hosts a annual mock disaster which includes testing EBT cards.

**Duplicate Participation:** Social Security Numbers will be used to match against the FLORIDA eligibility system and the pre-registration site, to prevent duplication for all household individuals.

**Program Integrity:** Fraud prevention strategies and security measures are outlined in the DSNAP State Plan.

Logistics:            Special provisions for site accessibility and certification areas will be available for elderly or disabled applicants who come to a site.  The Department utilizes a site selection criteria to identify potential sites prior to an event.  This assessment is performed at the Regional level and considers factors such as site size and location, access, parking, availability, proximity to customers, coordination with local government, etc.  These sites are pre-selected and negotiated prior to hurricane season.  Upon determination of administering a DSNAP in a selected location, additional consideration for elderly/disabled individuals when establishing and setting up a site location.  DCF selected sites are based on estimated impact to the community, ease of access, the availability of adequate parking, and the ability to provide sufficient crowd control.  Separate lines and tents are available to expedite processing of special needs individuals.

Staffing:             Florida will use state staff and temporary state employees to process applications onsite and at facilities using backroom processing for paper applications.  Florida's virtual environment allows staff to complete eligibility determinations from any location and does not require the relocation of staff for backroom processing.  DCF may obtain additional staffing for backroom processing by hiring temporary staff or by requesting "Buddy State" staff support .

                      *TBD on the number of staff/supervisors available and how they will be distributed among application sites.*

Employee Applications:  Known Department employees will have their eligibility determined by a permanent state employee with expertise in disaster food assistance policy and does not have a personal or professional relationship with the employee. This permanent state employee will be assigned by the site manager.  The permanent state employee may not always be a supervisor or on-site investigator, but will often be experienced staff from the regional or headquarters program office.  All questionable ESS employee applications will be referred to on-site Program Integrity Staff.  All known Department employees shall have a face-to-face interview with the individual determining eligibility on site.  Under extenuating circumstances, a site manager may establish an offsite location to determine eligibility, however, a face-to-

face interview will still be required.  Employees must submit official on-site applications and may only be accepted during the established application period.  Eligibility workers will not have blank applications available at their assigned workstations.

Attachments:                 *Required supporting documentation including: draft press releases, D–SNAP application, PDAs, FEMA declaration, map of disaster area.  Any other optional supporting information (such as client notices).*

WAIVER REQUEST

DISASTER SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM

| | |
|---|---|
| **Type of request:** | Initial |
| **State:** | Florida |
| **Region:** | SERO |
| **Regulatory Citations:** | 7CFR 273.1(a), 273.2(f), 273.7, 273.8(e), 273.9(a), 273.10(e), and 273.10(f) |

**Disaster Information:** Hurricane Irma made landfall in Key West, Florida on September 10, 2017, bringing severe storms, damaging winds and flooding, and causing extensive power outages to a majority of Florida counties in the state. A Presidential disaster declaration for individual assistance has been approved for 48 counties in Florida. Florida is requesting a Disaster Supplemental Nutrition Assistance Program (D-SNAP) for the following forty-eight counties: Alachua, Baker, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, Desoto, Dixie, Duval, Flagler, Gilchrist, Glades, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Lafayette, Lake, Lee, Levy, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Union, and Volusia. The Florida Division of Emergency Management estimated 6.3 million Floridians were under an evacuation order as of September 9, 2017. These are unprecedented numbers and potentially one of the largest evacuations in U.S. history. The need for food will remain critical for these citizens due to the potential loss of food from power outages, severe flooding, and displacement from permanent homes.

**Disaster Impact:** Florida is requesting to implement a D-SNAP for the 48 counties that received a Presidential Declaration for Individual Assistance and experienced high power outages. The local power companies reported that more than 50% of their customers experienced power outages lasting longer than four hours. Homes and businesses sustained significant damage and loss due to the severe storms.

**Benefit Period:** The benefit period will begin when mandatory evacuation orders began on September 5, 2017 and will continue through October 5, 2017.

**Disaster Benefit Month(s):** September and October 2017
Benefits for disaster households will not be prorated. Eligible households will receive the maximum monthly SNAP allotment for the household size.

**Application Period:** All 48 counties will not be operational simultaneously.  DCF proposes to administer D-SNAP at major intake sites which includes a staggered approach based on the application periods.  See Attachment A that addresses the locations, and start and end dates.  Each site will be open at least one weekend day and operate daily from 7 am to 6 pm during the designated time frame.  **This is a tentative schedule and subject to change based on availability of resources.**

- Designated sites will serve individuals during designated alpha days using their last names with the last day for anyone who missed their designated alpha day.

**Eligibility Criteria:** Eligibility criteria applies to individual/families that are not current SNAP recipients.  Individual/families must be living or working in the disaster area at the time of the disaster. Individuals/families must have experienced one of the following adverse effects: food loss; damage to or destruction of the household's home or self-employment business; disaster-related expenses not expected to be reimbursed during the disaster period; or lost or inaccessible income, including reduction or termination of income, or a delay in receipt of income during the disaster period.  The individual/families must plan to purchase food during the disaster period.

Actual disaster expenses will be used for deductions in determining eligibility.  Some examples of disaster-related expenses include, but are not limited, evacuation expenses, home/business repairs, temporary shelter, expenses for clean-up, etc.

Only accessible liquid assets such as cash and money in checking and savings accounts will count as resources.

The Department of Children and Families (DCF) Economic Self Sufficiency employees (this includes any temporary state employees) that apply must have a permanent DCF employee complete the eligibility screening and determination.

**Ongoing Households:** Florida will automatically increase current SNAP recipients to the maximum benefit allotment based on household size.  As DCF rolls out each D-SNAP by site location for the designated counties, the supplemental benefits will be issued to current SNAP recipients for the corresponding counties.

**Anticipated Issuance:** The total population for all 48 counties is 18,654,044, with an estimated 9,941,081 households.  After removing the current SNAP households, Florida estimates 30% of the remaining households will apply for D-SNAP.  Based on US Census date, the average household size for Florida is 2.63.  Using the September 2017 monthly allotment for a household of 3, Florida estimates $1,271,274,625 for D-SNAP benefits for September 2017.  See Attachment B.

The total SNAP population for all 48 counties is 2,973,863 which is 1,584,826 SNAP households.  Of those households, 1,054,920 would require a supplement to bring them up to the maximum allotment for their household size.  Florida estimates $166,456,330 in additional benefits per month. See Attachment D.

**EBT:** The state's EBT Provider, Fidelity National Information Systems (FIS), currently has a supply of 1,100,000 vault cards on hand for over the counter issuance to support a Disaster Supplemental Nutrition Assistance Program, known in Florida as Food For Florida (FFF).  If the mail issuance card drops below 500,000 or if the vault cards drop below 225,000, FIS will automatically order additional card stock. DCF hosts an annual mock disaster which includes testing EBT cards.  These cards have an associated custom manifest which has the Personal Account Number (PAN) printed in one column and a removable sticker printed with the PAN and a bar code.

All on-site card issuance requires heightened operations for management, support, supervision, and security.  Each site

manager or regional staff coordinate with local, county, or state law enforcement to assist in providing security onsite, including that of the EBT cards.  EBT cards will be stored on-site with 24-hour security.

DCF has received daily reports about available EBT retailers in the 48 counties.  As of September 16, 2017; 40 counties have 75% or more EBT retailers available, seven counties have between 50% and 74% available, and Monroe County has less than 50%.  As of September 19, 2017, most counties have restored power to most or all of their accounts.  Five counties still have between 10% and 29% of their total accounts still without power: Columbia (20%), Hendry (21%), Highlands (29%), Lee (10%), and Monroe (25%).

**Duplicate Participation:**    In order to prevent duplicate participation, D-SNAP applications are processed in the FLORIDA eligibility system.  Social Security Numbers and other demographic information will be used to match against the FLORIDA eligibility system and the pre-registration site, to prevent duplication for all household individuals.

**Program Integrity:**    Fraud prevention strategies and security measures are outlined in the D-SNAP State Plan.

**Logistics:**    Special provisions for site accessibility and certification areas will be available for elderly or disabled applicants who come to a site.  The Department utilizes site selection criteria to identify potential sites prior to an event.  This assessment is performed at the Regional level and considers factors such as site size and location, access, parking, availability, proximity to customers, coordination with local government, etc.  These sites are pre-selected and negotiated prior to hurricane season.  Upon determination of administering a D-SNAP in a selected location, additional consideration for elderly/disabled individuals are considered when establishing and setting up a site location, such as an identifiable "special needs" tent and/or separate entrance. DCF needs to amend a piece of the approved D-SNAP plan for elderly/disabled individuals and will require face-to-face interviews with this population.  An authorized representative can attend the face-to-face interview on behalf of the elderly/disabled individual.

DCF selected sites are based on estimated impact to the community, ease of access, the availability of adequate parking, and the ability to provide sufficient crowd control. Separate lines and tents are available to expedite processing of special needs individuals.  In addition, site managers work with DCF general services, FEMA, and Red Cross to provide essential services such as water, restroom facilities, golf carts, sunblock, insect repellant, etc.

**Staffing:**  Florida will use state staff and temporary state employees to process applications onsite and at facilities using backroom processing for paper applications.  The temporary state employees will be considered state merit staff.  Florida's virtual environment allows staff to complete eligibility determinations from any location and does not require the relocation of staff for backroom processing.  DCF may obtain additional staffing for backroom processing by hiring temporary state staff or by requesting "Buddy State" staff support.  See Attachment C for detailed staffing information.

**Communications:**  Florida uses a variety of methods to distribute information to the public through public service announcements, social media, and community organizations.  Florida's approved D-SNAP plan has press release templates prepared for immediate release when necessary.  As sites are implemented, press releases will be communicated to the public through a variety of methods.

**Employee Applications:**  Known Department employees will have their eligibility determined by a permanent state employee with expertise in disaster food assistance policy and does not have a personal or professional relationship with the employee. This permanent state employee will be assigned by the site manager.  The permanent state employee may not always be a supervisor or on-site investigator, but will often be experienced staff from the regional or headquarters program office.  All questionable ESS employee applications will be referred to on-site Program Integrity Staff.  All known Department employees shall have a face-to-face interview with the individual determining eligibility on site.  Under extenuating circumstances, a site manager may establish an offsite location to determine eligibility, however, a face-to-

face interview will still be required.  Employees must submit official on-site applications and may only be accepted during the established application period.  Eligibility workers will not have blank applications available at their assigned workstations.

**Attachments:**          *Required supporting documentation including: draft press releases, D–SNAP application, PDAs, FEMA declaration, map of disaster area.  Any other optional supporting information (such as client notices).*

**Signature and Title of Requesting Official**

*Liesta Sykes*

**Liesta Sykes, Director, Economic Self Sufficiency**

**Date of Request:  September 19, 2017**

Attachment A

| Region | County | Site City | Site Size | Number of Sites | Dates |
|---|---|---|---|---|---|
| SunCoast | Pinellas | Seminole | Medium | 1 | 9/27-10/2 |
| Northeast | Bradford - Union | Starke | Small | 1 | 9/27 - 9/30 |
| Central | Orange | Orlando | X-large | 1 | 9/30-10/4 |
| Central | Lake - Sumter | Leesburg | Small | 1 | 9/30-10/4 |
| Central | Seminole | Sanford | Medium | 1 | 9/30-10/4 |
| Northeast | Columbia - Baker | Lake City | Medium | 1 | 10/4-10/8 |
| Northeast | Putnam, Clay | Green Cove Springs | Large | 1 | 10/4-10/8 |
| SunCoast | Hillsborough | Plant City | Large | 1 | 10/5-10/10 |
| Southeast | Martin | Stuart | Large | 1 | 10/6-10/10 |
| Southeast | St. Lucie | Ft. Pierce | Large | 1 | 10/6-10/10 |
| Southeast | Indian River | Vero Beach | Large | 1 | 10/6-10/10 |
| Southeast | Okeechobee | Okeechobee | Large | 1 | 10/6-10/10 |
| Central | Brevard | Melbourne | Large | 1 | 10/7-10/11 |
| Central | Hernando | Brooksville | Small | 1 | 10/7-10/11 |
| Central | Citrus | Lecanto | Small | 1 | 10/7-10/11 |
| Northeast | Duval - Nassau | Jacksonville | X-large | 1 or 2 | 10/11-10/17 |
| Northeast | St. Johns - Flagler | St. Augustine | Large | 1 | 10/11-10/17 |
| Southeast | Broward | Pembrooke Pines, Lauderhill, Deerfield Beach | X-large | 3 | 10/11-10/15 |
| Southern | Miami-Dade | Tropical Park, Jose Marti Park, Landmark, South Dade Government Center, Amelia Earhart Park | X-large | 5 | 10/11-10/15 |
| SunCoast | Desoto | Arcadia | Small | 1 | 10/13-10/14 |
| Central | Polk | Lakeland & Haines City | Large | 2 | 10/14-10/18 |
| Central | Hardee | Wauchula | Small | 1 | 10/14-10/18 |
| Central | Highlands | Sebring | Medium | 1 | 10/14-10/18 |
| SunCoast | Manatee - Sarasota | Sarasota | Medium | 1 | 10/15-10/19 |
| Southeast | Palm Beach | West Palm Beach, | X-large | 3 | 10/17-10/21 |
| Northeast | Dixie - Gilchrist - Levy | Fanning Springs | Medium | 1 | 10/21-10/25 |
| Northeast | Lafayette - Suwannee | Live Oak | Small | 1 | 10/21-10/25 |
| Northeast | Alachua | Gainesville | Medium | 1 | 10/21-10/25 |
| Central | Marion | Ocala | Large | 1 | 10/21-10/25 |
| Central | Osceola | Kissimmee | Large | 1 | 10/21-10/25 |
| Southern | Monroe | Mobile Unit | Medium | | 10/21-10/25 |
| SunCoast | Pasco | New Port Richey | Medium | 1 | 10/22-10/25 |
| SunCoast | Collier - Lee | South Lee | Large | 1 | 10/25-10/30 |
| Northeast | Volusia | Daytona Beach | Large | 1 | 10/27-10/31 |
| SunCoast | Charlotte - Glades - Hendry | Clewiston | Large | 1 | 10/28-10/30 |

Attachment B

| County Name | Population | Estimated Number of Households | SNAP Households | Avg. SNAP HH SIze | Minus SNAP HHs | 30% | 511 |
|---|---|---|---|---|---|---|---|
| ALACHUA | 257,062 | 133,626 | 18,228 | 1.9 | 115,398 | 34,619 | 17,690,499 |
| BAKER | 26,965 | 11,924 | 2,120 | 2.3 | 9,804 | 2,941 | 1,503,022 |
| BRADFORD | 27,440 | 13,397 | 2,425 | 2.0 | 10,972 | 3,292 | 1,681,980 |
| BREVARD | 568,919 | 295,618 | 38,453 | 1.9 | 257,165 | 77,150 | 39,423,443 |
| BROWARD | 1,854,513 | 1,012,217 | 141,907 | 1.8 | 870,310 | 261,093 | 133,418,555 |
| CHARLOTTE | 170,450 | 92,498 | 8,858 | 1.8 | 83,640 | 25,092 | 12,822,024 |
| CITRUS | 143,054 | 75,097 | 11,537 | 1.9 | 63,560 | 19,068 | 9,743,798 |
| CLAY | 205,321 | 92,838 | 10,132 | 2.2 | 82,706 | 24,812 | 12,678,819 |
| COLLIER | 350,202 | 181,986 | 12,912 | 1.9 | 169,074 | 50,722 | 25,919,057 |
| COLUMBIA | 68,566 | 32,994 | 6,835 | 2.1 | 26,159 | 7,848 | 4,010,194 |
| DADE | 2,700,794 | 1,641,521 | 388,167 | 1.6 | 1,253,354 | 376,006 | 192,139,187 |
| DESOTO | 35,141 | 16,471 | 2,914 | 2.1 | 13,557 | 4,067 | 2,078,305 |
| DIXIE | 16,773 | 8,866 | 1,875 | 1.9 | 6,991 | 2,097 | 1,071,793 |
| DUVAL | 923,647 | 454,547 | 84,424 | 2.0 | 370,123 | 111,037 | 56,739,840 |
| FLAGLER | 103,095 | 49,884 | 6,087 | 2.1 | 43,797 | 13,139 | 6,714,062 |
| GILCHRIST | 16,848 | 7,876 | 1,401 | 2.1 | 6,475 | 1,942 | 992,601 |
| GLADES | 13,047 | 6,866 | 601 | 1.9 | 6,265 | 1,880 | 960,461 |
| HARDEE | 27,637 | 12,071 | 2,674 | 2.3 | 9,397 | 2,819 | 1,440,627 |
| HENDRY | 38,370 | 17,521 | 4,766 | 2.2 | 12,755 | 3,827 | 1,955,411 |
| HERNANDO | 179,503 | 87,946 | 15,073 | 2.0 | 72,873 | 21,862 | 11,171,381 |
| HIGHLANDS | 101,531 | 50,524 | 9,531 | 2.0 | 40,993 | 12,298 | 6,284,273 |
| HILLSBOROUGH | 1,352,797 | 685,659 | 120,579 | 2.0 | 565,080 | 169,524 | 86,626,730 |
| INDIAN RIVER | 146,410 | 78,692 | 9,416 | 1.9 | 69,276 | 20,783 | 10,619,936 |
| LAFAYETTE | 8,621 | 3,713 | 475 | 2.3 | 3,238 | 971 | 496,321 |
| LAKE | 323,985 | 159,469 | 22,620 | 2.0 | 136,849 | 41,055 | 20,978,896 |
| LEE | 680,539 | 332,564 | 47,326 | 2.0 | 285,238 | 85,571 | 43,727,030 |
| LEVY | 40,553 | 20,959 | 3,914 | 1.9 | 17,045 | 5,114 | 2,613,038 |
| MANATEE | 357,591 | 178,122 | 21,030 | 2.0 | 157,092 | 47,128 | 24,082,225 |
| MARION | 345,749 | 168,804 | 30,623 | 2.0 | 138,181 | 41,454 | 21,183,094 |
| MARTIN | 150,870 | 80,629 | 7,032 | 1.9 | 73,597 | 22,079 | 11,282,437 |
| MONROE | 76,047 | 48,101 | 4,260 | 1.6 | 43,841 | 13,152 | 6,720,825 |
| NASSAU | 77,841 | 38,642 | 3,889 | 2.0 | 34,753 | 10,426 | 5,327,678 |
| OKEECHOBEE | 40,806 | 20,127 | 4,410 | 2.0 | 15,717 | 4,715 | 2,409,398 |
| ORANGE | 1,280,387 | 643,363 | 109,401 | 2.0 | 533,962 | 160,189 | 81,856,411 |
| OSCEOLA | 322,862 | 156,336 | 34,292 | 2.1 | 122,044 | 36,613 | 18,709,398 |
| PALM BEACH | 1,391,741 | 748,030 | 90,170 | 1.9 | 657,860 | 197,358 | 100,849,968 |
| PASCO | 495,868 | 255,134 | 37,683 | 1.9 | 217,451 | 65,235 | 33,335,311 |
| PINELLAS | 954,569 | 548,108 | 68,916 | 1.7 | 479,192 | 143,758 | 73,460,209 |
| POLK | 646,989 | 309,468 | 65,140 | 2.1 | 244,328 | 73,298 | 37,455,442 |
| PUTNAM | 72,972 | 35,405 | 8,777 | 2.1 | 26,628 | 7,988 | 4,082,062 |
| SARASOTA | 399,538 | 221,064 | 17,518 | 1.8 | 203,546 | 61,064 | 31,203,599 |
| SEMINOLE | 449,124 | 224,577 | 22,727 | 2.0 | 201,850 | 60,555 | 30,943,578 |
| ST. JOHNS | 220,257 | 115,639 | 7,082 | 1.9 | 108,557 | 32,567 | 16,641,852 |
| ST. LUCIE | 292,826 | 149,061 | 23,840 | 2.0 | 125,221 | 37,566 | 19,196,373 |
| SUMTER | 118,577 | 61,147 | 4,689 | 1.9 | 56,458 | 16,937 | 8,654,976 |
| SUWANNEE | 44,349 | 20,743 | 4,086 | 2.1 | 16,657 | 4,997 | 2,553,503 |
| UNION | 15,887 | 7,136 | 1,092 | 2.2 | 6,044 | 1,813 | 926,608 |
| VOLUSIA | 517,411 | 270,567 | 42,919 | 1.9 | 227,648 | 68,294 | 34,898,394 |
| Total | 18,654,044 | 9,941,081 | 1,584,826 | 1.9 | 8,292,724 | 2,487,817 | 1,271,274,625 |

Attachment C

| Region | Dates | County | Total Estimated Applications (% of Eligible Households) | Site Days | Average Applications Per Site Day | Site Hours | Eligibility Staff | EBT QA Workers | EBT Card Runner | EBT Card Security | EBT Supervisors | PBI Integrity Staff | PBI Supervisors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCR | 9/27-10/2 | Pinellas (Site) | 143,758 | 6 | 23,960 | 11 | 109 | 54 | 11 | 2 | 1 | 17 | 2 |
| | | Subtotal | 143,758 | 6 | 23,960 | 11 | 109 | 54 | 11 | 2 | 1 | 17 | 2 |
| NER | 9/27-9/30 | Bradford (Site) | 3,292 | 4 | 823 | 11 | 4 | 2 | 0 | 0 | | 0 | 0 |
| | | Union | 1,813 | 4 | 453 | 11 | 2 | 1 | 0 | 0 | | 0 | 0 |
| | | Subtotal | 5,105 | 4 | 1,276 | 11 | 6 | 3 | 1 | 0 | | 0 | 0 |
| CNR | 9/30-10/4 | Orange (Site) | 180,189 | 5 | 32,038 | 11 | 146 | 73 | 15 | 3 | 1 | 23 | 0 |
| | | Subtotal | 180,189 | 5 | 32,038 | 11 | 146 | 73 | 15 | 3 | 1 | 23 | 0 |
| CNR | 9/30-10/4 | Lake (Site) | 41,055 | 5 | 8,211 | 11 | 37 | 19 | 4 | 1 | 1 | 6 | 0 |
| | | Sumter | 16,937 | 5 | 3,387 | 11 | 15 | 8 | 2 | 0 | | 2 | 0 |
| | | Subtotal | 57,992 | 5 | 11,598 | 11 | 53 | 26 | 6 | 1 | 1 | 8 | 0 |
| CNR | 9/30-10/4 | Seminole (Site) | 60,555 | 5 | 12,111 | 11 | 55 | 28 | 6 | 1 | 1 | 8 | 0 |
| | | Subtotal | 60,555 | 5 | 12,111 | 11 | 55 | 28 | 6 | 1 | 1 | 8 | 0 |
| SCR | 10/4-10/9 | Hillsborough (Site) | 169,524 | 6 | 28,254 | 11 | 128 | 64 | 13 | 3 | 1 | 21 | 0 |
| | | Subtotal | 169,524 | 6 | 28,254 | 11 | 128 | 64 | 13 | 3 | 1 | 21 | 0 |
| NER | 10/4-10/8 | Baker (Site) | 2,941 | 5 | 588 | 11 | 3 | 1 | 0 | 0 | | 1 | 0 |
| | | Columbia | 7,848 | 5 | 1,570 | 11 | 7 | 4 | 1 | 0 | | 1 | 0 |
| | | Subtotal | 10,789 | 5 | 2,158 | 11 | 10 | 5 | 1 | 0 | | 2 | 0 |
| NER | 10/4-10/8 | Clay (Site) | 24,812 | 5 | 4,962 | 11 | 23 | 11 | 2 | 1 | | 4 | 0 |
| | | Putnam | 7,903 | 5 | 1,580 | 11 | 7 | 4 | 1 | 0 | | 1 | 0 |
| | | Subtotal | 32,800 | 5 | 6,560 | 11 | 30 | 15 | 3 | 1 | | 5 | 0 |
| SER | 10/6-10/10 | Martin (Site) | 22,079 | 5 | 4,416 | 11 | 20 | 10 | 2 | 1 | | 3 | 0 |
| | | Subtotal | 22,079 | 5 | 4,416 | 11 | 20 | 10 | 2 | 1 | | 3 | 0 |
| SER | 10/6-10/10 | St. Lucie (Site) | 37,566 | 5 | 7,513 | 11 | 34 | 17 | 3 | 1 | 1 | 5 | 0 |
| | | Subtotal | 37,566 | 5 | 7,513 | 11 | 34 | 17 | 3 | 1 | 1 | 5 | 0 |
| SER | 10/6-10/10 | Indian River (Site) | 20,783 | 5 | 4,157 | 11 | 19 | 9 | 2 | 1 | | 3 | 0 |
| | | Subtotal | 20,783 | 5 | 4,157 | 11 | 19 | 9 | 2 | 1 | | 3 | 0 |
| SER | 10/6-10/10 | Okeechobee (Site) | 4,715 | 5 | 943 | 11 | 4 | 2 | 0 | 0 | | 1 | 0 |
| | | Subtotal | 4,715 | 5 | 943 | 11 | 4 | 2 | 0 | 0 | | 1 | 0 |
| SER | 10/7-10/11 | Brevard (Site) | 77,150 | 5 | 15,430 | 11 | 70 | 35 | 7 | 1 | 1 | 11 | 1 |
| | | Subtotal | 77,150 | 5 | 15,430 | 11 | 70 | 35 | 7 | 1 | 1 | 11 | 1 |
| CNR | 10/7-10/11 | Hernando (Site) | 21,862 | 5 | 4,372 | 11 | 20 | 10 | 2 | 1 | | 3 | 0 |
| | | Subtotal | 21,862 | 5 | 4,372 | 11 | 20 | 10 | 2 | 1 | | 3 | 0 |
| CNR | 10/7-10/11 | Citrus (Site) | 19,068 | 5 | 3,814 | 11 | 17 | 9 | 2 | 0 | | 3 | 0 |
| | | Subtotal | 19,068 | 5 | 3,814 | 11 | 17 | 9 | 2 | 0 | | 3 | 0 |
| SCR | 10/11-10/16 | Manatee (Site) | 47,128 | 6 | 7,855 | 11 | 36 | 18 | 4 | 1 | 1 | 6 | 0 |
| | | Subtotal | 47,128 | 6 | 7,855 | 11 | 36 | 18 | 4 | 1 | 1 | 6 | 0 |
| SCR | 10/11-10/16 | Sarasota (Site) | 61,064 | 6 | 10,177 | 11 | 46 | 23 | 5 | 1 | 1 | 7 | 0 |
| | | Subtotal | 61,064 | 6 | 10,177 | 11 | 46 | 23 | 5 | 1 | 1 | 7 | 0 |
| NER | 10/11-10/17 | Duval (Site) | 111,037 | 7 | 15,862 | 11 | 72 | 36 | 7 | 2 | 1 | 12 | 2 |
| | | Nassau | 10,426 | 7 | 1,489 | 11 | 7 | 3 | 1 | 0 | | 1 | 0 |
| | | Subtotal | 121,463 | 7 | 17,352 | 11 | 79 | 39 | 8 | 2 | 1 | 13 | 2 |
| NER | 10/11-10/17 | Flagler (Site) | 13,139 | 7 | 1,877 | 11 | 9 | 4 | 1 | 0 | | 1 | 0 |
| | | St. Johns | 32,567 | 7 | 4,652 | 11 | 21 | 11 | 2 | 1 | | 3 | 0 |
| | | Subtotal | 45,706 | 7 | 6,529 | 11 | 30 | 15 | 3 | 1 | | 4 | 0 |
| SER | 10/11-10/15 | Broward (Site) | 261,093 | 5 | 52,219 | 11 | 237 | 119 | 24 | 5 | 1 | 38 | 5 |
| | | Subtotal | 261,093 | 5 | 52,219 | 11 | 237 | 119 | 24 | 5 | 1 | 38 | 5 |
| SR | 10/11-10/15 | Miami-Dade (Site) | 376,006 | 5 | 75,201 | 11 | 342 | 171 | 34 | 7 | 1 | 55 | 7 |
| | | Subtotal | 376,006 | 5 | 75,201 | 11 | 342 | 171 | 34 | 7 | 1 | 55 | 7 |
| SCR | 10/13-10/14 | Desoto (Site) | 4,067 | 2 | 2,034 | 11 | 9 | 5 | 1 | 0 | | 1 | 0 |
| | | Subtotal | 4,067 | 2 | 2,034 | 11 | 9 | 5 | 1 | 0 | | 1 | 0 |

Attachment C

| Region | Date | Type | County | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNR | 10/14-10/18 | Site | Polk | 14,660 | 5 | 2,932 | 11 | 13 | 7 | 1 | 0 | 1 | 2 | 0 |
| | | Subtotal | | 14,660 | 5 | 2,932 | 11 | 13 | 7 | 1 | 0 | 1 | 2 | 0 |
| CNR | 10/14-10/18 | Site | Hardee | 2,819 | 5 | 564 | 11 | 3 | 1 | 0 | 0 | 1 | 0 | 0 |
| | | Subtotal | | 2,819 | 5 | 564 | 11 | 3 | 1 | 0 | 0 | 1 | 0 | 0 |
| CNR | 10/14-10/18 | Site | Highlands | 12,298 | 5 | 2,460 | 11 | 11 | 6 | 1 | 0 | 1 | 2 | 0 |
| | | Subtotal | | 12,298 | 5 | 2,460 | 11 | 11 | 6 | 1 | 0 | 1 | 2 | 0 |
| CNR | 10/17-10/21 | Site | Palm Beach | 197,358 | 5 | 39,472 | 11 | 179 | 90 | 18 | 1 | 1 | 29 | 4 |
| | | Subtotal | | 197,358 | 5 | 39,472 | 11 | 179 | 90 | 18 | 1 | 1 | 29 | 4 |
| SER | 10/18-10/21 | Site | Paseo | 65,235 | 4 | 16,309 | 11 | 74 | 37 | 7 | 1 | 1 | 12 | 4 |
| | | Subtotal | | 65,235 | 4 | 16,309 | 11 | 74 | 37 | 7 | 1 | 1 | 12 | 4 |
| SCR | 10/21-10/25 | Site | Dixie | 2,097 | 5 | 419 | 11 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| | | Subtotal | | 2,097 | 5 | 419 | 11 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| NER | 10/21-10/25 | Site | Gilchrist | 1,942 | 5 | 388 | 11 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| NER | 10/21-10/25 | Site | Levy | 5,114 | 5 | 1,023 | 11 | 5 | 2 | 1 | 0 | 0 | 1 | 0 |
| | | Subtotal | | 9,153 | 5 | 1,831 | 11 | 8 | 4 | 1 | 0 | 0 | 1 | 0 |
| NER | 10/21-10/25 | Site | Suwannee | 4,997 | 5 | 999 | 11 | 5 | 3 | 0 | 0 | 0 | 1 | 0 |
| | | Subtotal | | 4,997 | 5 | 999 | 11 | 5 | 3 | 0 | 0 | 0 | 1 | 0 |
| NER | 10/21-10/25 | Site | Lafayette | 971 | 5 | 194 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Subtotal | | 971 | 5 | 194 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| NER | 10/21-10/25 | Site | Alachua | 34,619 | 5 | 6,924 | 11 | 31 | 16 | 3 | 1 | 1 | 5 | 0 |
| | | Subtotal | | 34,619 | 5 | 6,924 | 11 | 31 | 16 | 3 | 1 | 1 | 5 | 0 |
| NER | 10/21-10/25 | Site | Marion | 41,454 | 5 | 8,291 | 11 | 38 | 19 | 4 | 1 | 1 | 6 | 0 |
| | | Subtotal | | 41,454 | 5 | 8,291 | 11 | 38 | 19 | 4 | 1 | 1 | 6 | 0 |
| CNR | 10/21-10/25 | Site | Osceola | 36,613 | 5 | 7,323 | 11 | 33 | 17 | 3 | 1 | 1 | 5 | 0 |
| | | Subtotal | | 36,613 | 5 | 7,323 | 11 | 33 | 17 | 3 | 1 | 1 | 5 | 0 |
| SR | 10/21-10/25 | Site | Monroe | 13,152 | 5 | 2,630 | 11 | 12 | 6 | 1 | 1 | 1 | 2 | 0 |
| | | Subtotal | | 13,152 | 5 | 2,630 | 11 | 12 | 6 | 1 | 1 | 1 | 2 | 0 |
| SCR | 10/23-10/28 | Site | Charlotte | 5,018 | 6 | 836 | 11 | 4 | 2 | 0 | 0 | 0 | 1 | 0 |
| | | Site | Collier | 10,144 | 6 | 1,691 | 11 | 8 | 4 | 1 | 0 | 0 | 1 | 0 |
| | | Site | Glades | 376 | 6 | 63 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Site | Hendry | 765 | 6 | 128 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Site | Lee | 17,114 | 6 | 2,852 | 11 | 13 | 6 | 1 | 1 | 0 | 2 | 0 |
| | | Subtotal | | 33,418 | 6 | 5,570 | 11 | 25 | 13 | 3 | 1 | 0 | 4 | 0 |
| NER | 10/27-10/31 | Site | Volusia | 13,659 | 5 | 2,732 | 11 | 12 | 6 | 1 | 1 | 1 | 2 | 0 |
| | | Subtotal | | 13,659 | 5 | 2,732 | 11 | 12 | 6 | 1 | 1 | 1 | 2 | 0 |

Attachment D

| County | # Households to Receive Supplement | Total of Supplement Payments |
|---|---|---|
| ALACHUA | 36,580 | $6,215,162 |
| BAKER | 128 | $19,527 |
| BRADFORD | 1,819 | $305,904 |
| BREVARD | 10,278 | $1,781,794 |
| BROWARD | 100,142 | $15,855,771 |
| CHARLOTTE | 758 | $115,280 |
| CITRUS | 805 | $119,818 |
| CLAY | 3,273 | $554,605 |
| COLLIER | 26,608 | $4,329,904 |
| COLUMBIA | 2,279 | $318,214 |
| DADE | 270,366 | $36,000,621 |
| DESOTO | 724 | $97,757 |
| DIXIE | 158 | $22,779 |
| DUVAL | 48,163 | $8,259,020 |
| FLAGLER | 456 | $74,707 |
| GILCHRIST | 102 | $15,865 |
| GLADES | 33 | $6,415 |
| HARDEE | 153 | $30,282 |
| HENDRY | 278 | $41,677 |
| HERNANDO | 1,093 | $183,248 |
| HIGHLANDS | 632 | $106,760 |
| HILLSBOROUGH | 87,948 | $14,583,324 |
| INDIAN RIVER | 584 | $87,868 |
| LAFAYETTE | 32 | $4,561 |
| LAKE | 2,448 | $400,949 |
| LEE | 36,139 | $6,177,743 |
| LEVY | 2,327 | $388,127 |
| MANATEE | 1,284 | $204,771 |
| MARION | 23,189 | $4,019,300 |
| MARTIN | 401 | $61,415 |
| MONROE | 2,753 | $421,388 |
| NASSAU | 306 | $50,941 |
| OKEECHOBEE | 242 | $38,990 |
| ORANGE | 59,897 | $10,207,814 |
| OSCEOLA | 38,425 | $6,646,791 |
| PALM BEACH | 42,922 | $6,611,838 |
| PASCO | 13,229 | $2,088,056 |
| PINELLAS | 40,880 | $6,678,802 |
| POLK | 48,486 | $8,348,126 |
| PUTNAM | 575 | $83,457 |
| SARASOTA | 22,548 | $3,734,999 |
| SEMINOLE | 29,908 | $5,280,084 |
| ST. JOHNS | 479 | $72,056 |
| ST. LUCIE | 27,555 | $4,325,958 |
| SUMTER | 27,620 | $4,727,726 |
| SUWANNEE | 303 | $51,841 |
| UNION | 60 | $8,657 |
| VOLUSIA | 39,552 | $6,695,638 |
| **TOTAL** | 1,054,920 | $166,456,330 |



# FOOD FOR FLORIDA

## DISASTER FOOD ASSISTANCE PROGRAM PLAN
## OCTOBER 2017 - SEPTEMBER 2018

Table of Contents

Overview.................................................................................................................1

Procedures for informing the public about the Disaster Food Assistance Program
.................................................................................................................7

Application procedures to reduce hardship and inconvenience.............................8

Fraud Prevention Plan: Program Integrity............................................................9

Training...............................................................................................................10

Certification Process ..........................................................................................11

Issuance Plan.....................................................................................................14

Daily Reporting...................................................................................................14

Procedures for conducting post-disaster review activity.....................................14

Attachments A Press Release Templates

Attachments B Food For Florida Pre-Registration

Attachment C Food For Florida Program Integrity Plan

Attachment D Food For Florida EBT Services Plan& Fliers

# Food For Florida Disaster Food Assistance Program Plan

**Overview**

1. Local, state, and federal government agencies with disaster assistance responsibilities
2. Key contact names, positions, and phone numbers of local, state, and federal government officials
3. Disaster relief agencies within the state such as the Salvation Army, Red Cross, advocate, and community groups
4. Informing the public about the Disaster Food Assistance Program
5. The Application Process
6. Fraud Prevention Plan:  Program Integrity
7. Training caseworkers in the operation of the Disaster Food Assistance Program and Application Process
8. Issuance Plan
9. Daily Reporting
10. Conducting post-disaster review activity

**Attachments**

    **A.** Press Release Templates

    **B.** Food For Florida Pre-Registration

    **C.** Food For Florida Program Integrity Plan

    **D.** Food For Florida EBT Services Plan and EBT Fliers

    **E.** Food For Florida Paper Application

# FOOD FOR FLORIDA

## OVERVIEW

The administration and delivery of the Disaster Food Assistance Program – "Food For Florida" (FFF) - is an integral part of the disaster response and recovery responsibilities of the Department of Children and Families (DCF).  DCF administers the FFF program under the Federal guidance and approval of the U.S. Department of Agriculture, Food and Nutrition Service (FNS).  The purpose of the FFF program is to provide for the food needs of persons negatively affected by a Presidentially declared disaster designated for "Individual Assistance".  Participants in the regular Food Assistance Program are not eligible for the FFF program.  Florida creates equity between regular food assistance and disaster assistance benefits by seeking a waiver to increase the benefits of households in the regular Food Assistance Program.

1. **Local, state, and federal government agencies with disaster assistance responsibilities**

   <u>**Florida Department of Children & Families**</u>

   **Headquarters Office**:

   - Administers the FFF program and coordinates with the USDA-FNS
   - Submits applications to implement a Disaster Food Assistance Program, and waivers to request mass replacements, supplements for regular Food Assistance Program participants, approval to purchase hot foods and other waivers of regulation, as needed to, FNS
   - Develops applications and other forms for the disaster program to support eligibility determination
   - Provides training and information to affected areas
   - Implements computer technology to support a Disaster Food Assistance Program
   - Issues benefits
   - Provides press releases, advisories, and public service announcements
   - Contracts and coordinates case record scanning and indexing if needed
   - Coordinates with Regional/Circuit staff for tents, sites, security, and equipment
   - Conducts fair hearings
   - Prepares and submits federal reports and
   - Coordinates and conducts post disaster quality reviews
   - Tracks and assigns volunteers to work the disaster sites

   **Regional/Circuit Department of Children Offices**:

   Provide staff to work at Disaster Food Assistance Program sites using current staff and temporary hires, if needed.  Regions and Circuits affected by the disaster coordinate with their counterparts across the state to provide staff for DCF responsibilities at the disaster sites (The Economic Self Sufficiency program contracts with a state term contract vendor, GuideSoft.  GuideSoft is the liaison to temporary employment agencies that are being considered for this contract; they assist with securing the rates for the need.  GuideSoft secures the subcontracting staff for the following services for the pricing structure for the following positions: Eligibility Worker, General Labor, Line Control, Meeter, Greeter, Clip Board Assembler, Distributor, Line Supervisor, Shipper/Batcher and Temporary Agency Staff Coordinator. These are the positions that been identified as most necessary, but we will have the ability to add if needed.)

- Identify and obtain site location
- Provide local training
- Interview Disaster Food Assistance Program applicants on-site
- Process Disaster Food Assistance Program applications on-site and in backroom processing centers, if needed
- Use state staff and temporary state employees to process applications at local facilities attached to one network using backroom processing if any automated application processes fail.  Florida's virtual environment allows staff to complete eligibility determinations from any location and does not require the relocation of staff for backroom processing.  DCF may obtain additional staffing for backroom processing by hiring temporary staff or by requesting "Buddy State" staff support
- Represent the Department at appeal hearings
- Provide press releases and coordinates public service announcements for local distribution and
- Conduct post disaster quality reviews.

### Federal Emergency Management Agency

- Coordinates with DCF staff to provide data for the disaster response.

### USDA/FNS

- Provides funding, support, guidance, and approvals of waivers and forms.

### Florida Department of Agriculture

- Provides commodity distribution.

### Florida Department of Economic Opportunity

- Coordinates with DCF to hire and screen temporary state employees to process Disaster Food Assistance Program applications.

### Florida Department of Law Enforcement

- Provides staff to assist with Program Integrity functions.

### State Emergency Operations Center

- Coordinates with DCF staff to provide data for disaster preparedness and response as well as sources of on-site ice and water.

2. **Names, positions, and phone numbers of local, state, and federal government officials who are key contact persons during a disaster**

| Name | Title | Phone |
|------|-------|-------|
| Mike Carroll | Secretary | 850-487-1111 |
| David Fairbanks | Deputy Secretary | 850-487-1111 |

| Name | Title | Phone |
|------|-------|-------|
| Jeri Culley | Assistant Secretary for Economic Self-Sufficiency | 850-717-4093<br>Cell 850-273-2424 |
| Liesta Sykes | Program Director | 850-717-4142<br>Cell 850-354-4820 |
| Robin Ingram | ACCESS Communications Manager and Volunteer Coordinator | 850-717-4595<br>Cell 850-228-4691 |
| Susan Thomas | Chief, Program Policy | 850-717-4135<br>Cell 850-228-7886 |
| Michael Pogue | Chief, EBT | 850-717-4096<br>Cell 850-519-8839 |
| Debbie McLemore | Chief, Quality Management | 850-717-4688 |
| Nathan Koch | Chief, Appeal Hearings | 850-488-1429 |
| Jacinta Murphy | Senior Management Analyst Supervisor, Food Assistance and Temporary Cash Assistance Program Policy | 850-717-4120<br>Cell 850-570-8648 |
| Chuck Peltier | Senior Management Analyst Supervisor, EBT | 850-717-4059<br>Cell 850-228-7973 |
| Andrew McClenahan | Director, Office of Public Benefits Integrity | 850-717-4641 |
| Karen Jilson | Deputy Director/Chief, ACCESS Integrity | 850-717-4144 |
| Jamie Franz | Economic Self Sufficiency Program Administrator | 850-717-4725<br>Cell: 850-320-2713 |
| Kevan Meltzer | Director, Application Services | 850-320-9170<br>Cell 850-251-9264 |
| William Martinez | Chief, Technologies and Systems Development | 850-717-4285<br>Cell 850-251-9264 |
| Barbara Roglieri | Database Administrator, Systems Development | 850-320-9272<br>Cell 850-597-0982 |
| Matthew Howard | State Agency Disaster Coordinator | 850-717-4017<br>Cell 850-251-7825 |
| Rhonda Herndon | Director, WIC Florida Department of Health | 850-245-4202 |
| Cathy Quick | FDACS Program, Florida Department of Agriculture and Consumer Services | 850-617-7159<br>Cell 850-545-7975 |
| Andy Windsor | Food, Nutrition, and Wellness, Florida Department of Agriculture and Consumer Services | 850-617-7170<br>Cell 850-251-0709 |
| Lisa Church | Food, Nutrition, and Wellness, Florida Department of Agriculture and Consumer Services | 850-617-7413 |
| Peggy Fouts | SNAP Regional Director | 404-562-7099 |
| Robin Bailey | FNS Regional Administrator | 404-562-1801 |

3. **Identification of disaster relief agencies within the state such as the Red Cross, Salvation Army, advocate, and community groups**

| | |
|---|---|
| Salvation Army<br>Kevin Smith, Disaster Director<br>5631 Van Dyke Road<br>Lutz, FL 33558<br>813-962-6611 | Provides:<br>• Staff to prepare and serve hot meals, sandwiches, snacks, and drinks<br>• Temporary shelters for affected areas with widespread power outages<br>• Food, clothing, housing, and jobs<br>• In-kind goods and medical supplies and<br>• Emotional and spiritual care |
| American Red Cross<br>Sharon Tyler, CEO<br>1115 Easterwood Drive<br>Tallahassee, FL 32311<br>850-878-6080<br>Toll free: 866-943-9010 | Provides:<br>• Disaster preparedness training<br>• Computer access for contact with relatives<br>• Staff to distribute food, clothing, shelter, encouragement, health and mental health services to address human needs<br>• Funding for temporary housing, emergency home repairs, transportation, household items, medicine, and tools and<br>• Long-term recovery assistance after other resources such as insurance and government assistance have ended |
| Florida Impact<br>Trudy Novicki<br>1331 E. Lafayette Street<br>Suite A<br>Tallahassee, FL 32301<br>(786) 360-9485 | Provides:<br>• Advice to callers of available public and private emergency food resources<br>• Links for information for healthcare, nutrition programs, housing and utilities, and income assistance and<br>• A comprehensive resource referral tool (including those to Food Assistance Program and ACCESS) at http://www.flimpact.org/resources.html |
| Community Partner Network<br>http://www.dcf.state.fl.us/access/CPSLookup/search.aspx | Provides:<br>• Computer access for pre-registration for Disaster Food Assistance Program and application for regular food assistance to improve access to public assistance services |

4. **Procedures for informing the public about the Disaster Food Assistance Program**

- DCF Headquarters Office of Communications will act as lead to provide press releases to newspapers, television, and radio stations.

- The Office of Communications will coordinate with FEMA for other press releases issued jointly.

- Both the state and local level staff will use templates provided by DCF Headquarters for press releases and advisories, to get information out to the public about specific geographic area(s) impacted by the disaster and locations of Disaster Food Assistance Program sites.  Each local area uses its inventory of media outlets to distribute press releases.  **Attachment A** includes examples of press releases.

- DCF will identify contacts at organizations and community partners that can help in Disaster Food Assistance Program planning and implementation and establish working relationships and/or partnerships with others involved in disaster relief.

DCF will make contact with power companies and local staff in advance of the disaster to determine what kind of data they can provide to assist in defining disaster areas.

- Headquarters and local DCF offices will distribute fliers announcing the Disaster Food Assistance Program through organizations such as the Red Cross, United Way, partner agencies, businesses, community organizations, and other social service organizations.  DCF will notify local businesses about Disaster Food Assistance Program sites.  The DCF fliers will announce the Disaster Food Assistance Program locations and provisions for site accessibility available for special needs applicants.  Fliers explaining the EBT process are included with the EBT information in **Attachment D**.  Fliers will be available in English, Spanish, and Creole.  Interpreters will be available to assist with registration of non-English speaking applicants.  DCF provides information to retailers about the State's plans for disaster response prior to and following a disaster situation through EBT Retail Management.  As noted in the EBT Services Plan Attachment D, EBT staff conducts a retailer disaster readiness survey prior to each season and posts availability of retail establishments beginning immediately after a disaster.  DCF provides press releases, waiver approval notifications, and escalation processes to retailers on an ongoing basis as recovery efforts progress.

- DCF provides customers a 1-800 number with a pre-recorded message for each circuit in the public information provided to media.

- The Office of Communications will provide press releases that include information about Program Integrity.

- Headquarters will use the Florida Retailer Association and our EBT vendor retailer notification process, to get the word out about any waivers that are implemented, such as the hot foods waiver.   This would include placing information on the retailer hotline and website as well as the Florida Retailer's Association website and newsletters.


5. **Application procedures to reduce hardship and inconvenience**

- To expedite the process of getting benefits to those affected by natural disasters, Florida uses a web based pre-registration system to streamline the application process.  The Food For Florida web address will be available on the Disaster Food Assistance Program web site and on the FEMA Disaster Services web site http://www.disasterassistance.gov/daip_en.portal.  Because of a special project between the FFF program and FEMA, Florida customers are able to access the FFF pre-registration through the FEMA Emergency Assistance website.  Details about the pre-registration process are included in **Attachment B**.

- DCF will incorporate procedures into the Disaster Food Assistance Program application to accommodate applicants with special needs, in consultation with FNS.  This will allow households where all adults are elderly or disabled to apply

for Disaster Food Assistance Program benefits through the internet or over the telephone, eliminating the need for a face-to-face interview at the local Disaster Food Assistance Program site.

- Selections of site locations for the Disaster Food Assistance Program consider the needs of potential individuals, including elderly/disabled individuals. DCF selects sites based on ease of access, the availability of adequate parking, and the ability to provide sufficient crowd control, etc. Separate lines and tents are available to expedite processing of special needs individuals. Special provisions for site accessibility and certification areas will be available for elderly or disabled applicants who come to a site. The Department utilizes a site selection criteria to identify potential sites prior to an event. This assessment is performed at the Regional level and considers factors such as site size and location, access, parking, availability, proximity to customers, coordination with local government, etc. These sites are pre-selected and negotiated prior to hurricane season. Upon approval of a D-SNAP program, a readiness assessment is conducted to determine if the pre-selected site is suitable for use for that event.

- The on-site operation uses local law enforcement staff to provide security.

- Paper applications will be available in English, Spanish, and Creole and evaluated on-site for those who do not pre-register. **Attachment E** includes the application and worksheet. Interpreters will be available to assist with registration of non-English speaking applicants.

- Applicants who are unable to apply on-site may assign authorized representatives to apply on their behalf.

- Links with the Florida Department of Motor Vehicles are available to streamline verification of identity for individuals who pre-register.

- Links with the Social Security Administration and the Department of Economic Opportunity databases are available to automate verification of income for individuals who pre-register and/or meet special needs criteria.

- Ice and water, protection from the elements, bathrooms, snacks, and minor medical care will be available throughout the entire on-site operation.

- Households that are residents of the disaster area but housed temporarily outside the disaster area, may apply through pre-registration, an authorized representative, or request a paper application by mail.

6. **Fraud Prevention Plan: Program Integrity**

- The integrity of the Disaster Food Assistance Program is the responsibility of all staff involved during the entire period disaster food assistance benefits are being issued. Specialized staff are also dedicated to this activity. Specialized staff includes Program Integrity Staff Specialists from the Department's Office of Public Benefits Integrity, the Office of the Inspector General, and the Department of Financial Services' Public Assistance Fraud unit. The purpose of the Program Integrity Staff Specialists is to prevent instances of fraud using guidelines to identify discrepant or questionable cases, application screening, and to deter

fraud based on their presence.  These staff accomplish all of this while ensuring to meet the food needs of persons negatively affected by a disaster.  Depending on the size of the on-site location, each location will house a minimum of two Program Integrity Staff Specialists.

- DCF or the Department of Economic Opportunity will conduct background screening of temporary staff prior to their hire.
- DCF plans for data matching with other state and federal agencies to improve accuracy of reported information.
- The FLORIDA computer system will provide duplicate participation checks to prevent current food assistance recipients from receiving Disaster Food Assistance Program benefits and duplicate participation in the Disaster Food Assistance Program.
- Staff shall enter all paper applications denied by Program Integrity into the Food For Florida System (FFFS) as soon as possible.
- Program Integrity will display anti-fraud posters at the on-site Disaster Food Assistance Program locations.  The paper application and the pre-registration information includes penalty warnings about providing false information to receive Disaster Food Assistance Program benefits, or misuse of the benefits.
- The Communications Manager will provide press releases that include information about Program Integrity.
- The pre-registration system will include alerts to notify on-site staff of discrepant or questionable information.  The alerts include:
  - ➢ *Households that failed screening after 3 attempts then subsequently passed with a decrease in income or assets or an increase in household size or composition;*
  - ➢ *Households with seven (7) or more members;*
  - ➢ *Households with individuals over age 65, with no income reported; or*
  - ➢ *Households with disaster related expenses in excess of $5,000 that have been paid or are expected to be paid during the disaster period.*

  Staff will also use the Program Integrity alerts developed for the general population for special needs households.  Program Integrity staff will interview households with an alert prior to benefit authorization.

- A separate evaluation of applications from Department employees will occur, using local DCF staff to determine eligibility.  See "Department Employee Applicants" in the Program Integrity Plan, **Attachment C**.
- Attachment C "Food For Florida Program Integrity Plan" contains additional information about Program Integrity.
- The Department, through its Statewide Disaster Coordinator, utilizes data from the State Emergency Operations Center to assist in response and determination

of need for a D-SNAP program.  This includes Preliminary Damage Assessment data collected by State and FEMA Recovery staff, as well as power loss data that is collected multiple times daily from private and municipal utilities to determine power loss impact and duration.

7. **Plan for training in the operation of the Disaster Food Assistance Program and Certification Process**

**Training:**

DCF Headquarters Office and Circuit Training staff will provide training one to three days prior to site opening.  Training will include:

- Overview of the Food For Florida Program
- Food For Florida eligibility requirements
- Interviewing skills
- Screening of applications for completeness, required verification, and checking for duplicate or on-going participation
- Fraud prevention tips (see FFF Program Integrity Eligibility Workers Tip Sheet included in Attachment **C**)
- Staff responsibilities
- Verification requirements
- Benefit issuance and
- Backroom processing

**Certification Process:**

- Applicants complete Pre-Registration as described in **Attachment B** or the Disaster Food Assistance Program paper application.
- Applicants who complete Pre-Registration are screened using automation and data matches.  Completion of the interview and verification occur at the Disaster Food Assistance Program site for both the automated and partially automated processes.  Applicants who complete the Disaster Food Assistance Program paper application are screened and interviewed to determine eligibility using the following policies:

| Requirement | The household... |
|---|---|
| Currently receiving food assistance benefits **(Part A Question #1 on application)** | • Is ineligible for Disaster Food Assistance Program benefits if currently receiving benefits through the regular Food Assistance Program. |
| Residency | • Must have been living in the disaster area at the time of the disaster. |

| | |
|---|---|
| **(Part A Question #2 on application)** | • May be eligible if temporarily living outside of the disaster area but lived within the disaster area at the time of the disaster. |
| Adverse Effects **(Part A Question #3, on application)** | • Must have experienced at least one of the following adverse effects:<br><br>  o Damage to or destruction of the household's home or self-employment business, **or**<br><br>  o Disaster-related expenses not expected to be reimbursed during the disaster period (e.g. <u>food loss</u>, home or business repairs, temporary shelter expenses, evacuation expenses, home/business protection, disaster-related personal injury including funeral expenses), **or**<br><br>  o Lost or inaccessible income, including reduction or termination of income, or a delay in receipt of income during the benefit period.<br><br>• If the household had no adverse effect, the application will be denied.<br><br>**Note:  The applicant must have answered "yes" to having suffered at least one effect in question # 3 to be eligible for Disaster Food Assistance benefits.** |
| Expectation to purchase food **(Part A Question #4 on application)** | • Must plan to purchase food during the disaster period. |
| ESS Employee **(Part A Question #5 on application)** | • If the applicant or someone for whom they are applying is an Economic Self Sufficiency (ESS) employee, assigned DCF employees must complete the eligibility screening and determination. |

## Income Limits and Allotments

| Disaster Food Assistance Program Household Size | Disaster Income Limit (As of 10/01/15) * | Allotment as of 10/01/16 |
|---|---|---|
| 1 | 1,640 | 194 |
| 2 | 1,987 | 357 |
| 3 | 2,334 | 511 |
| 4 | 2,693 | 649 |
| 5 | 3,069 | 771 |
| 6 | 3,445 | 925 |
| 7 | 3,791 | 1,022 |
| 8 | 4,138 | 1,169 |
| Each Additional Member | +347 | +146 |

*These figures include all necessary calculation (e.g. calculation for 1 person household: FSP maximum net monthly income limit of $981 + standard deduction of $155 (1-3 members = $155, 4 members $168, 5 members $197, 6+ members $226) + shelter deduction $504 = $1,640)

## Income and Asset Requirements

**Budget Test:**  The household's total net income received (or expected to be received) during the disaster period, PLUS its accessible liquid assets, MINUS a deduction for disaster-related expenses, SHALL NOT EXCEED the disaster income limit.

| Accessible Assets **(Part D of application) Note:** Include all liquid assets available during the <u>disaster</u> period.  On the application, it is listed as "during the disaster period" under assets. | Includes: <br> • Cash on hand <br> • Funds in checking accounts and <br> • Funds in savings accounts <br><br> Does not include: <br><br> • IRA accounts <br> • Stocks or Bonds <br> • Life insurance <br> • Trust funds <br> • Real property <br> • Disaster insurance payments <br> • Disaster assistance received or expected to be received during the benefit period and <br> • Payments from federal, state, or local government agencies or disaster assistance organizations |
|---|---|

| | |
|---|---|
| Income<br>(Part F of application) | The eligibility determination will include **all** net income received or expected to receive during the disaster period.  Staff will use actual income amounts for any income already received during the disaster period and will use projected income amounts, based on the anticipated pay amounts, multiplied by the anticipated number of pays, for any income the household members expect to receive during the remainder of the disaster period.  Staff must obtain information about how often the individual receives the income.  If anyone in the household works, the household must provide the name of the employer, agency, or company.<br><br>Income Includes:<br><br>• Wages a household actually receives after taxes and all other payroll withholding<br>• Public assistance payments, child support, or other unearned income and<br>• Net self-employment income<br><br>**EXAMPLE:**  An individual usually receives his income weekly.  However, due to the disaster, the business shut down for two weeks.  The individual expects 2 full pays during the remainder of the disaster period.  The individual receives $350.00 weekly take-home pay.  The staff multiply the $350.00 by 2 to arrive at the projected income amount for the remainder of the disaster period ($700.00). |
| Deductible Disaster-related Expenses<br>(Part E of application) | • Out-of-pocket disaster related expenses include expenses the household has paid or expects to pay during the disaster period for disaster evacuation expenses, home or business repairs, temporary shelter, evacuation, property protection, personal injury, clean up items, and storage.<br><br>**NOTE:** If the household receives or anticipates receiving a reimbursement for these expenses during the disaster period, only the un-reimbursed amount is an allowable expense. |
| Benefit Period | The period for which disaster benefits are issued. |
| Disaster Period | A period normally beginning a few days prior to the date the disaster occurs and lasting for 30 days. |
| Disaster Income Limit | The disaster income limit for the FFF Disaster Food Assistance Program depending on household size. |
| Disaster Benefit Allotment | An allotment equal to the monthly allotment established for the regular Food Assistance Program for the appropriate household size. |

## Verification Requirements

| Requirement | Verification | Suggested Ways to Verify |
|---|---|---|
| Identity | Mandatory | • Photo ID<br>• Any two non-photo documents that verify identity or<br>• A signed written statement from a collateral contact, with name, address and phone number of the collateral contact, swearing to the identity of the applicant (This does not need to be notarized, only signed) |
| Residency | Where possible | • Utility bills, tax bills, Florida driver's license, Florida ID card, insurance policies or other bills showing the individual's name and Florida address |
| Household Composition | If questionable | • After taking the application form, staff will ask the applicant to orally list the names, ages, and birthdays of all household members and<br>• Staff will enter birthdates for each household member |
| Income/Assets | Where possible | • Pay stubs, bank statements, etc. |

8. **Issuance plan**

- Florida EBT disaster response services consist of a menu of options that DCF can select and implement depending on the severity and nature of the disaster as well as affected individuals' specific needs. These include lifting staggered issuance schedules, automated replacement of lost benefits, implementation of a Disaster Food Assistance Program, and raising benefit levels in the regular Food Assistance Program to achieve equity with the Disaster Food Assistance Program.

- Food For Florida EBT Services Plan is included as **Attachment D**.

- Issuance Process: when we are using full automation, the benefits will be available the next day after approval. Benefits will always be available the next day after approval during full automation. The onus goes on the other side as to how the applications will be process if we are doing manual processing or other method. (What happens are the applications are shipped overnight to a central processing site, data entered by state or contract staff, and once authorized, benefits will be available the following day.) EBT, benefits are always available the day after the case is authorized (that is the benefit availability date assigned by FLORIDA). Procedures to re-issue EBT cards which existing clients lost in disaster. Response: Current replacement card process is used for the regular (non-DSNAP) caseload. They may use the newly implemented FLORIDA SSP or call EBT Customer Service for immediate card replacement.

9. **Daily Reporting**

Daily reporting of Disaster Food Assistance Program activities is an integral process to ensure the efficient operation of the program. Staff compile reports three times a day for on-site activities, including wait time, number of applicants in line, and denials. In addition, assigned staff compile the following reports and transmit them to FNS, once daily:

- The number of persons and households applying for the Disaster Food Assistance Program, approvals, benefit amounts, and denials. Staff will report this information by source of application: Disaster Food Assistance Program site, pre-registration application, and telephone application.

- The report will also show data on application and benefits amounts for special needs applicants, if available.

10. **Procedures for conducting post-disaster review activity**

- Develop close out reports both on-site and backroom.

- The Office of Continuous Improvement (OCI)-Quality Assurance (QA) staff will conduct a post disaster review consisting of four parts: comprehensive review, individual reviews, problem analysis and proposed improvements as outlined in the D-SNAP Guidance.

A. **Comprehensive Review**

- QA staff will perform a comprehensive review of the Disaster Food Assistance Program in coordination with the following DCF program areas that handle certification systems, fraud control, issuance, program access issues (such as persons with disabilities, the elderly and other vulnerable populations), security, public information and outreach.  The review will detail the operations employed, document any major problems experienced and discuss methods used to solve problems.

**B.  Individual Reviews**

- The review will include an interview with all sampled individuals.  OCI will conduct this review of public (Disaster Food Assistance) cases after the Disaster Food Assistance Program.  This sample will be 0.5% of the Disaster Food Assistance Program approved and denied applications (excluding DCF Office of Economic Self-Sufficiency (ESS) employee cases) up to a maximum of 500 reviews.  For this review, no cases may be dropped including incompletes.

  QM staff will conduct a review of 100 percent of all approved ESS DCF employee cases (both regular and temporary state employees) to determine if benefits were calculated correctly.  This review will also examine if the application was handled appropriately by designated state staff.  For this review, no cases may be dropped including incompletes.  Information about the public and employee case reviews will be included in the post-disaster report to FNS.

  Staff will refer cases identified as having underpayments to the local office for restoration of benefits due to agency error.

**C.  Problem Analysis**

- QA staff will conduct a problem analysis on all cases to determine the number of cases with problems, nature of the problem, amount of incomplete reviews, cases in which claims were established, value of claims and restored benefits, and any action taken against ESS DCF employees as a result of findings.

**D. Proposed Improvements**

- QA staff will compile a list of lessons learned and best practices.  DCF will use the lessons learned and best practices to modify and enhance procedures for future Disaster Food Assistance Program operations.

  Staff will make amendments to the Disaster Plan and procedures as necessary based on findings from review of disaster certification, issuance and fraud prevention activities.

- QA will submit a Post Disaster Review Report of sample findings to state and federal officials within six months after the end of the Disaster Food Assistance Program.

- The ESS Data and Technology Unit will complete the FNS-292B report and forward to FNS within 45 days of the termination of the disaster operation.

- The ESS Data and Technology Unit will complete the monthly FNS–388 that reflects disaster issuance and participation figures, including replacement benefits, which is sent to the food program reporting system.

The department conducted the annual mock disaster exercise on May 17th 2017 at Quite Waters State Park in Deerfield Beach.  The DSNAP program in conjunction with the FLORIDA system and EBT provider (FIS), components were tested.  There were 2 sessions conducted with over 50 clients/staff participating in each session. Over the counter card issuance followed by mail issuance of EBT cards.  Paper applications and electronic applications were tested with both issuance methods as well.  Overall the exercise was a success with little to no failure points this year.  Our Emergency Response Vehicles (ERV) units that supplies satellite communications to worker laptops with access to the DSNAP, FLORIDA, and FIS systems worked very well.

# Attachment A

# Press Release Templates

**Rick Scott**
*Governor*

**State of Florida**
**Department of Children and Families**

**Mike Carroll**
*Secretary*



**FOR IMMEDIATE RELEASE**

**Contact: Name: (Communications)**

**Date:**

**(850) 717-4450**

## DCF RUSHES FOOD ASSISTANCE IN
## RESPONSE TO HURRICANE_____

TALLAHASSEE - The Department of Children and Families (DCF), in partnership with the U.S. Department of Agriculture (USDA), is issuing the <u><MONTH></u> food assistance benefits early on <u><DAY>, <DATE></u> in response to the disastrous effects of Hurricane _____. DCF is releasing the benefits early to ensure that storm-impacted residents have an adequate food supply during the disaster recovery period.

The early issuance applies only to participants of the regular Food Assistance Program in the following counties: _____. By issuing <u><MONTH></u> benefits early in <u><MONTH></u>, current food assistance recipients will be able to access their benefits by using their Electronic Benefit Transfer (EBT) card to begin immediate preparation for the storm.

Currently, approximately <u><#></u> households will benefit from this waiver.  An estimated $_____ in food assistance benefits will be issued.

More information about the Food Assistance Program is available by visiting <u><website></u>. (Website(s) to be provided at time of use) or at 1-866-762-2237.

### ###

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

*Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency*

**Rick Scott**
*Governor*

**State of Florida**
**Department of Children and Families**

**Mike Carroll**
*Secretary*



MyFLFamilies.com

---

**FOR IMMEDIATE RELEASE**                    **Contact: Name: (Communications)**

**Date:**                                                                    **(850) 717-4450**

## DCF TO INITIATE "FOOD FOR FLORIDA" DISASTER FOOD ASSISTANCE PROGRAM IN <#> COUNTIES

**TALLAHASSEE** - The Department of Children and Families (DCF), in partnership with the U.S. Department of Agriculture (USDA), will implement the **"Food For Florida"** Disaster Food Assistance Program in <NAME> counties to assist victims of Hurricane <NAME> (See dates and addresses of locations in each county for residents below.)

"We are working around the clock to provide relief to those affected by <DISASTER NAME> damage," said DCF Secretary Mike Carroll. "We will continue to stand side-by-side with those who need us as they get back on their feet."

To qualify for the "Food For Florida" benefits program, applicants must have lived in one of the counties listed above on <DATE>, and not receiving food assistance through the regular Food Assistance Program. Additionally, eligible individuals and families must have suffered a disaster related loss, such as damage to their homes or self-employment property, loss of food, reduction or loss of income, or have incurred other disaster related expenses. Applicants must also be financially eligible. Combined "take home pay", other income and money available in bank accounts, less disaster related expenses cannot exceed program limits. The program counts only income and expenses from <DATE to DATE>. The limit for one person is $_____ and the limit for four person family is $_____.

The Food For Florida Pre-registration Website: _____ will be open for people in need of food assistance in these counties from <DATE> to <DATE>. To pre-register, an applicant will need a valid Florida Drivers License or Florida Identification Card. Special procedures will allow households with elderly or disabled individuals to apply using the internet or over the telephone. Individuals and families that pre-register must still visit a Food For Florida disaster site, listed below, to be interviewed, however, the process should be much quicker. Individuals may also apply at the Food For Florida Disaster Program site. "We encourage those in need of food assistance to pre-register through the website," Secretary Carroll noted. "Our goal is providing faster service to assist recovery for those in need."

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

---

*Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency*

The basis for the Benefits is family size.  One person is eligible for $194 in Disaster Food Assistance Program benefits.  A family of four is eligible for $649.

DCF will provide or mail Electronic Benefits Transfer (EBT) cards to eligible individuals and families to use at authorized USDA food retailers.

More information about the "Food For Florida" Disaster Food Assistance Program is available by logging onto: <WEBSITE>. **"Food For Florida" Site Locations and Hours of Operation or** by calling 1-866-762-2237.

The application period in _____County will operate <u>&lt;DATE&gt;</u> though <u>&lt;DATE&gt;</u> from <u>&lt;TIME&gt;</u> to <u>&lt;TIME&gt;</u>. Site locations and hours of operation are as follows:

 (Location addresses)



**Rick Scott**
*Governor*

**State of Florida**
**Department of Children and Families**

**Mike Carroll**
*Secretary*



MyFLFamilies.com

---

**FOR IMMEDIATE RELEASE**
**Date:**

**Contact: Name: (Communications)**
**(850) 717-4450**

## STATE, USDA REPLACE $ \_\_\_\_ MILLION IN FOOD ASSISTANCE FOR VICTIMS OF HURRICANE _____

## IN _____ COUNTIES

**TALLAHASSEE** - The State of Florida, in partnership with the United States Department of Agriculture (USDA), is issuing mass replacements of $ _____ in benefits for current food assistance recipients in areas most severely impacted by Hurricane _____.

This automated effort, coordinated by the Department of Children and Families (DCF), helps current food assistance households who lost food destroyed by the storm or due to power outages.  The action provides aid to more than <u><#></u> households in _____ counties.

Households will receive _____ % of the amount of their regular <u><MONTH></u> benefits amount, an average of $\_\_\_ per family.  Benefits will be automatically loaded onto each household's Electronic Benefits Transfer (EBT) account and households can use the benefits in USDA authorized retailers.

DCF requested and received a waiver of regulations from the USDA to make the mass benefit replacement possible.

More information about the Food Assistance Program is available by visiting: <u><WEBSITE></u> or by calling 1-866-762-2237.

---

*Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency*



**State of Florida**
**Department of Children and Families**

**Rick Scott**
*Governor*

**Mike Carroll**
*Secretary*

MYFLFAMILIES.COM

**FOR IMMEDIATE RELEASE**            **Contact: Name: (Communications)**
**Date:**                                                  **(850) 717-4450**

## DCF "FOOD FOR FLORIDA" PROGRAM DELIVERS $_____ IN BENEFITS TO COUNTIES IMPACTED BY HURRICANE_____

**TALLAHASSEE -** <DAY, DATE> marked the end of the "Food For Florida" Disaster Food Assistance Program delivered in <#> counties impacted by Hurricane _____ by the Florida Department of Children and Families (DCF).  After <DISASTER NAME>, DCF quickly provided relief by launching the "Food For Florida" program in the areas hardest hit.  (**Note:** Dependent on the nature of the disaster and the time of the month, etc. we would add the other services that we provided.  Each disaster may be different.)

An essential partner in Florida's recovery process, DCF has provided nearly _____ in benefits into the communities impacted by Hurricane _____. The "Food For Florida" program was offered on-site in <LIST COUNTIES>.

"Again this year, the DCF team was privileged to serve our fellow Floridians that have been affected by hurricane season," said Secretary Mike Carroll.  "With the assistance of the Florida Department of Law Enforcement, Florida Highway Patrol, local law enforcement, local governments, USDA Food and Nutrition Services, Florida National Guard, and our colleagues in the workforce system, we were able to bring this program to nearly _____ households or approximately _____ million individuals and provide most with the food benefits needed to get them back on their feet."

DCF has already provided more than <#> Electronic Benefits Transfer (EBT) cards to eligible households for use at authorized USDA food retailers. "Food For Florida" benefits are valid for <#> days from the date of issuance and households must use the benefits during that time.  Regular food assistance recipients and those eligible for the "Food For Florida" Program may use their benefits to purchase hot prepared foods from authorized retailers through <DATE>.  This rule change will help those who lost their home and cooking equipment and/or electrical power because of the hurricane.

DCF automatically replaced ___ percent of the <MONTH> benefits to recipients in the regular program to account for storm related losses.  Eligible households also automatically received extra benefits (a supplement) in <MONTH> to bring their amount to the maximum for their household size.  The Disaster Food Assistance Program

*Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency*

allowed Floridians who had been affected by <u>< DISASTER NAME ></u> to receive food assistance benefits if they were eligible. (**Note**: if we used these services, we will provide updates.)

More information on the "Food for Florida" Disaster Food Assistance Program is available by logging onto: <WEBSITE> or by calling 1-866-762-2237.

**Rick Scott**
*Governor*

**State of Florida**
**Department of Children and Families**

**Mike Carroll**
*Secretary*



FOR IMMEDIATE RELEASE

**<Date:>**

Contact: Name: (Communications)
(850) 717-4450

## HURRICANE _____

## HOT FOOD PURCHASE WITH FOOD ASSISTANCE BENEFITS ALLOWED FOR _____ COUNTY(S)

**TALLAHASSEE** - Food assistance recipients in <#> counties severely affected by Hurricane _____ may use their benefits to purchase hot prepared foods through <DATE>.  The counties are: _____.  The change will help people who lost their homes and cooking supplies because of the disaster.

Eligible households must purchase the food from authorized United States Department of Agriculture (USDA), Food and Nutrition Service (FNS) retailers.  Department of Children and Families (DCF) sent letters to retailers in the affected counties advising them of the exception to program rules.

The Florida DCF received approval of a waiver of regulations from the USDA, FNS to allow these purchases.

Recipients with questions may visit: <WEBSITE> or call 1-866-762-2237.

*Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency*

# Attachment B
# Food For Florida
# Pre-Registration

# Food For Florida Pre-Registration

The Food For Florida Pre-Registration site is located on the Department of Children and Families Internet web page.  Initial pages provide information about Food For Florida benefits, eligibility criteria, and the pre-registration process.

Pre-registration will be available after the USDA-FNS approves the state's request to operate a Disaster Food Assistance Program in specified locations.  The database will be updated at that time to include the appropriate counties and disaster budget periods. Pre-registration <u>may</u> occur up until the day before the last day of on-site processing. Pre-registration may be available at the Disaster site during full automation.  To convert a pre-registration to application for benefits, the head of household or their authorized representative must go to the disaster intake site and present their valid driver's license or a state identification card.

The web pages follow the structure of the paper Food For Florida application and use simple error messages and help text to guide the registrant through the process.  Edits direct the registrant to include information critical to the eligibility determination, while background transactions match identity against Florida Division of Motor Vehicles (pre-registration site allows only one pre-registration per driver's license per disaster), and check for primary residency in the designated disaster area.  The pre-registration system performs mathematical computations required to determine financial eligibility for the Disaster Food Assistance Program.  It includes alerts to notify on-site staff of discrepancies or questionable information.  Cases advised two or more times of likely ineligibility will be flagged for additional review prior to approval and must meet with a Program Integrity worker.  SSNs will also be used to match against the FLORIDA system and the pre-registration site, to prevent duplication for all household individuals.

Procedures to allow households to pre-register by telephone would provide for the call agent to simply click the "pre-register now" button and follow the regular process.  In these situations, call agents would accept information verbally and enter it into the pre-registration database to walk the caller through the screens and complete the fields as appropriate.  The head of household or authorized representative would activate the application on-site at the Disaster Food Assistance Program location.

Procedures for special needs applicants will use the existing pre-registration web site and process for the general population with modifications to check for those registrants that meet the special needs criteria.  The call agent would simply walk the caller through the screens explaining, obtaining, and completing the fields as appropriate.  Behind the scenes, the household will be evaluated and if special needs criteria are met, a message will alert the agent.  The agent will then explain the process and how to complete the electronic attestation of signature page on the web.

Once completed and submitted, the Food For Florida pre-registration simplifies the on-site verification of identity and issuance of the Electronic Benefits Transfer card, in addition to streamlining the automated data population and benefit authorization on the FLORIDA System.



The language in the white scroll down box above is:

- Food For Florida provides food assistance for individuals and families affected by a recent disaster, who are not receiving food assistance benefits in the regular Food Assistance Program.
- To qualify for Food For Florida benefits, the household must:
  - live in a designated disaster county;
  - have food loss, damage to home or self-employment property, a delay, reduction, or loss of income due to the disaster, or have disaster-related expense;
  - have available assets and income less than the limits required for this program;
  - complete a Food For Florida application during the disaster application period; and
  - provide proof of identity.
- You will need the following information for all individuals for whom you are applying:
  - date of birth;
  - social security numbers (if available);
  - income information, **(such as take-home pay [wages or self-employment], child support, Unemployment Compensation, Social Security, pension or retirement, disability, or any other money)**, balances in checking and savings accounts; and
  - disaster-related expenses.
- To apply for benefits, you can:
  - Pre-register for the Food For Florida program by completing these on-line pre-registration pages and electronically submitting the registration. To use this Food For Florida pre-registration web site you must have a Florida Driver's License or Florida Identification card.

You may also visit a Food For Florida site in your area where you will complete a paper application, provide proof of identity, and be interviewed to determine your eligibility for benefits.



**Economic Self Sufficiency**
**Food for Florida**

Pre-Registration Number:

**Registrant Demographic Information**

? HELP

Click here if you are requesting benefits for someone else's household. ☐

Please complete the following fields with the Name, Social Security Number, Date of Birth, Sex and Florida Driver License or Florida ID card number of the Registrant. If the Registrant does not have a social security number, you may leave the field blank

First Name * James    Middle Initial A    Last Name * Adopholus

Social Security Number 111 - 22 - 3331    Date Of Birth(MM/DD/CCYY) * 01 - 07 - 1982    Sex * Male

Florida Driver's License/Florida ID card number * A631721620070

When completed, click on the CONTINUE button below.

* - indicates field is mandatory

GO BACK    CONTINUE

Done    ● Internet

Attachment B Food For Florida Pre-Registration
3



Food For Florida - Windows Internet Explorer

Economic Self Sufficiency
Food for Florida

**Pre-Registration Number: 1000591**

**Sign On**

? HELP

You will need to create a password that you will use to access your pre-registration. Passwords must be 6 to 8 characters long

Food For Florida Pre-Registration Number or FEMA Registration ID **1000591**
Password *
Re-Enter Password *
Security Question * Your mother's maiden name
Security Answer * test

Please be sure to save your pre-registration number and password. You will need them either to access your unfinished pre-registration or to check the status once it is submitted.

* - Indicates field is mandatory.

× Go    × Continue

Done    Local intranet    125%

Food For Florida - Microsoft Internet Explorer provided by DCF Southern Zone

http://foodforflorida.dcf.state.fl.us/foodforflorida/frmAddress.do/performAction=init

Food For Florida

**Pre-Registration Number: 4000187**

## Household's Address Information

[ ? HELP ]

Please enter the Household's permanent living address. If the household's mail is delivered to an alternate mailing address, such as a P.O. Box, click "Yes" to the different mailing address question. If you receive an error message stating that all or part of the permanent residence address is not recognized by the address validating software in use, please check to be sure all fields are correct. If the address is entered correctly, you may continue with the pre-registration process by clicking on the Save/Continue Button to bring up the next page.

| Street Number | Unit | Direction | Street Name * | Suffix | Direction |

| Apt. Number | Address Line 2 (Do not enter PO Box Addresses) |

| City * | State | Zip * | County * | Disaster Name * |

| Phone Number | Cell Phone or Alternate Phone Number |

Does the household receive mail at a different address? *    ○ Yes ○ No

Did the disaster damage or destroy the household's home or self-employment property, delay, reduce, or stop income; cause the household to lose food; or create any additional expense for the household? *    ○ Yes ○ No

Does your household plan to buy food during the disaster period? *    ○ Yes ○ No

When completed, click on the CONTINUE button below.

* - indicates field is mandatory.

[ QUIT ]   [ GO BACK ]   [ SAVE/ CONTINUE ]

Done                        Internet        100%

start    Connie Mathers - Out...    Food For Florida - Mic...        2:05 PM

---

Food For Florida

File   Edit   View   Favorites   Tools   Help

EBT Browser Admin Logon...    EBT Browser Admin Logon...    EBT online reports 1010    FootPrints - Self Ticket    Free Hotmail

Economic Self Sufficiency
Food for Florida

**Pre-Registration Number: 3010943**

## Household's Address Information

[ ? HELP ]

Please enter the Household's permanent living address. If the household's mail is delivered to an alternate mailing address, such as a P.O. Box, click "Yes" to the different mailing address question. If you receive an error message stating that all or part of the permanent residence address is not recognized by the address validating software in use, please check to be sure all fields are correct. If the address is entered correctly, you may continue with the pre-registration process by clicking on the Save/Continue Button to bring up the next page.

| Street Number | Unit | Direction | Street Name * | Suffix | Direction |

| Apt. Number | Address Line 2 (Do not enter PO Box Addresses) |

| City * | State | Zip * | County * | Disaster Name * |

| Phone Number | Cell Phone or Alternate Phone Number |

Does the household receive mail at a different address? *    ○ Yes ○ No

Did the disaster damage or destroy the household's home or self-employment property; delay, reduce, or stop income, cause the household to lose food or create any additional expense for the household? *    ○ Yes ○ No

When completed, click on the CONTINUE button below.

* - indicates field is mandatory.

Attachment B Food For Florida Pre-Registration
5





Economic Self Sufficiency
Food for Florida

**Pre-Registration Number: 3000012**

## Other Household Members

? HELP

- List all other members of the household who were living and eating with you, or with the registrant if you are an Authorized Representative, at the time of the disaster, and who are still living and eating with you now.
  - Do not include people who are staying in the household temporarily. Do not include household members away at college.
  - If the household is temporarily staying with another household because of the disaster, do not include the members of the other household.
- Social Security Numbers (SSNs) are requested, but not required, and are used to identify each household member and to make sure they are eligible for Food For Florida benefits.

| First Name * | Middle Initial | Last Name * | Social Security Number | Date Of Birth(MM/DD/CCYY) * | Sex * | Remove |
|---|---|---|---|---|---|---|
| James | A | Adopholus | 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 | 01 - 07 - 1962 | Male | |
| Hilda | | Adopholus | 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 | 03 - 12 - 1965 | Female | ✖ |
| tommy | | adopholus | - - | 02 - 12 - 1999 | Male | ✖ |

Do you want to add another Individual? Yes

* - Indicates field is mandatory

Quit | GO BACK | CONTINUE

Done Internet

http://160.131.92.113 ... /individuals.do?performAction=init

Food For Florida

File Edit View Favorites Tools Help

EBT Browser Admin Logo... EBT Browser Admin Logon EBT online reports 1010 FootPrints - Self Ticket Free Hotmail Suggested Sites (2) Suggested Sites Web Slice Gallery (2) Web Slice Gallery

Convert Select

Economic Self Sufficiency
Food for Florida

**Pre-Registration Number: 3010943**

## Other Household Members

? HELP

- List all other members of the household who were living and eating with you, or with the registrant if you are an Authorized Representative, at the time of the disaster, and who are still living and eating with you now.
  - Do not include people who are staying in the household temporarily. Do not include household members away at college.
  - If the household is temporarily staying with another household because of the disaster, do not include the members of the other household.
- Social Security Numbers (SSNs) are requested, but not required, and are used to identify each household member and to make sure they are eligible for Food For Florida benefits.
- To update Primary Applicant details(First Disabled row), please press GO BACK to Registrant Demographic Information Screen.
- If you wish to remove an individual from the household listing, Click on the red "X" next to line containing his or her information.

| First Name * | Middle Initial | Last Name * | Social Security Number | Date Of Birth(MM-DD-CCYY) * | Sex * | Remove |
|---|---|---|---|---|---|---|
| tom | | kane | - - | 08 - 07 - 1966 | Male | |

Do you want to add another Individual? Yes

When completed, click on the CONTINUE button below.

* - Indicates field is mandatory

QUIT | GO BACK | SAVE/CONTINUE

Attachment B Food For Florida Pre-Registration
6

Economic Self Sufficiency
Food for Florida

Pre-Registration Number: 3000013

## Asset/Income/Expenses screen

? HELP

Please enter all the cash in the household's checking and savings accounts that the household has access now or will have access to between the disaster period dates of 06-01-2006 and 07-30-2006.

| Type of asset | Asset value | Remove |
|---|---|---|
| Combined Cash on hand | 75 | ✖ |
| Combined Checking account balances | 120 | ✖ |

Do you want to add more assets?   Yes

Please enter all the disaster-caused expenses the household paid or expects to pay between the disaster period dates of 06-17-2006 and 06-23-2006.
Do not include expenses that will be reimbursed between the disaster period dates of 06-17-2006 and 06-23-2006.

| Type of expense | Expense amount | Remove |
|---|---|---|
| Cost to protect property before or after the disas | 600 | ✖ |
| Cost of food destroyed by disaster | 126 | ✖ |
| Cost to make repairs or replace self-employment | 489 | |

Do you want to add more expenses?   Yes

Please enter all the cash and take-home pay the household will be able to get between the dates of 06-17-2006 and 06-23-2006

| Whose Income: | Type of Income | Net Amount | Remove |
|---|---|---|---|
| James Adopholus | Take-home Pay from Wages | 1080 | ✖ |
| Hilda Adopholus | Other Sources | 400 | ✖ |

**Please enter all the cash and take home pay the household will be able to get between the dates of _____ and _____.   If the income is from employment, please list the employer's name.   If the employment is from working with DCF or another State Agency, please select the box next to the income in the column 'Employed by State Agency'.**

| Whose Income: | Type of Income | Employer's Name | Net Amount | Employed by State Agency | Remove |
|---|---|---|---|---|---|
| James Adopholus | Take-home Pay from Wages | | 1080 | | ✖ |
| Hilda Adopholus | Other Sources | | 400 | | ✖ |

Do you want to add more income?   Yes

Once you have completed this information, click the CONTINUE button below.

* - Indicates field is mandatory

Quit      ⟵ GO BACK      CONTINUE ⟶

Done                                                                                    Internet

**Food for Florida**

**Pre-Registration Number: 3010843**

## Asset/Income/Expenses Information

[ ? HELP ]

Please enter all the cash in the household's checking and savings accounts that the household has access now or will have access to between the disaster period dates of 03-01-2016 and 04-30-2017.

| Type of asset | Asset value | Remove |
|---|---|---|
| [ ▾ ] | | |

Do you want to add more assets?   [ Yes ]

Please enter all the disaster-caused expenses the household paid or expects to pay between the disaster period dates of 03-01-2016 and 04-30-2017.
Do not include expenses that will be reimbursed between the disaster period dates of 03-01-2016 and 04-30-2017.

| Type of expense | Expense amount | Remove |
|---|---|---|
| [ ▾ ] | | |

Do you want to add more expenses?   [ Yes ]

Please enter all the net income(such as take-home pay [wages or self employment], child support, Unemployment Compensation, Social Security Benefits, pension or retirement, disability benefits or any other money) that your household has received or expects to receive between the disaster period dates of 03-01-2016 and 04-30-2017.

| Whose income? | Type of income | Net Amount | Remove |
|---|---|---|---|
| [ ▾ ] | [ ▾ ] | | |

Do you want to add more income?   [ Yes ]

Does your household plan to buy food during the disaster period dates of 03-01-2016 and 04-30-2017 ? *      Yes     No

When Complete, click the CONTINUE button below.

* - Indicates field is mandatory.

[ QUIT ]   [ GO BACK ]   [ SAVE/ CONTINUE ]

Attachment B Food For Florida Pre-Registration
8



**Economic Self Sufficiency**
**Food for Florida**

Pre-Registration Number: 3000012   |   County: LEON   |   Disaster: Test

### Pre-Registration Summary.

[? HELP]

Below is a summary of your Pre-registration. Please review carefully to be sure that all the information is correct and that you have not left fields blank by mistake. If you need to correct a field or include additional information, click on the 'Edit' button in the section of the summary that contains the field to be changed or completed. The system will return you to the correct page in the pre-registration process. Once you have completed your corrections or additions, click on the ?Continue? button and the system will return you to the Summary Page.

#### HOUSEHOLD SITUATION [edit]

Did the disaster damage or destroy the household's home or self-employment property, delay, reduce, or stop income; cause the household to lose food, or create any additional expense for the household?    Yes

#### AUTHORIZED REPRESENTATIVE [edit]

Name of Authorized Representative:                Authorized Representative's Phone Number:

#### HOUSEHOLD MEMBERS   [edit applicant] | [edit address]

| | | |
|---|---|---|
| First Name: **James** | Last Name: **Adopholus** | Registrant's Soc.Sec.No.: **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** |
| Registrant's Permanent Home Address : **1940 monroe ST** | Birth Date(mm/dd/yyyy): **01/07/1962** | Sex: **Male** |
| Registrant's City: **Tallahassee**   State: **FL** | Zip Code:  Registrant's Driver's Lic. No. or State ID No.: **32303    A631421620070** | Other ID: |
| Registrant's Phone Number: **(850)999-9999** | Registrant's Mailing Address: **Same as permanent address** | |
| Cell or Other Contact Phone Number: | Registrant's Mailing Address City: | State:   Zip Code: |
| First Name / Last Name | Social Security No. | Birth Date(mm/dd/yyyy) |
| Hilda Adopholus | 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 | 03/12/1965 |
| tommy adopholus | | 02/12/1999 |

#### ASSETS [edit]

| | AMOUNT | Type of expense | AMOUNT |
|---|---|---|---|
| Cash/Checking Account/Savings Account | | Cost to protect property before or after the disaster | $800 |
| Combined Cash on hand | $75 | Cost of food destroyed by disaster | $126 |
| Combined Checking account balances | $120 | Cost to make repairs or replace self-employment supplies or home items due to disaster | $489 |
| **TOTAL** | $195 | **TOTAL** | $1215 |

**EXPENSES** [edit]

#### INCOME [edit]

| Name of Person Receiving Income | Type of Income | NET Amount |
|---|---|---|
| James Adopholus | Take-home Pay from Wages | $1080 |
| Hilda Adopholus | Other Sources | $400 |
| | **TOTAL** | $1480 |

#### Employment Information

| Name of Employed Person | Employer Name | Employer State Agency? |
|---|---|---|
| James Adophus | Target | |

Quit      ⇐ GO BACK      CONTINUE ⇒              ⌕ PRINT

Done                                    ● Internet

Attachment B Food For Florida Pre-Registration
9



Economic Self Sufficiency
Food for Florida

Pre-Registration Number: 3012043 | County: LEON | Disaster: FFF032017

**Pre-Registration Summary.**

Below is a summary of your Pre-Registration. Please review carefully to be sure that all the information is correct and that you have not left fields blank by mistake. If you need to correct a field or include additional information, click on the 'Edit' button in the section of the summary that contains the field to be changed or completed. The system will return you to the correct page in the pre-registration process. Once you have completed your corrections or additions, click on the 'CONTINUE' button at the bottom of the page you are on and the system will return you to the Pre-Registration Summary Page.

When you are finished reviewing your pre-registration, click on the 'CONTINUE' button at the bottom of the page.

| HOUSEHOLD SITUATION [edit] | |
|---|---|
| Did the disaster damage or destroy the household's home or self-employment property; delay, reduce, or stop income; cause the household to lose food; or create any additional expense for the household? | Yes |

| AUTHORIZED REPRESENTATIVE [edit] | |
|---|---|
| Name of Authorized Representative | Authorized Representative's Phone Number |

| HOUSEHOLD MEMBERS [edit applicant] \| [edit address] | | |
|---|---|---|
| First Name: tom | Last Name: kane | Registrant's Soc Sec No.: |
| Registrant's Permanent Home Address: 1317 winewood | Birth Date(mm-dd-ccyy): 08/07/1966 | Sex: Male |
| Registrant's City: tallahassee | State: FL | Zip Code: 32399 | Registrant's Driver's Lic. No. or State ID No. K624015663870 | Other ID: |
| Registrant's Phone Number: | Registrant's Mailing Address: Same as permanent address | |
| Cell or Other Contact Phone Number: | Registrant's Mailing Address City: | State: | Zip Code: |
| OTHER HOUSEHOLD MEMBERS who were living in the household at the time of the disaster. [edit] | | |
| First Name / Last Name | Social Security No. | Birth Date(mm-dd-ccyy) |

| ASSETS [edit] | | EXPENSES [edit] | |
|---|---|---|---|
| Cash/Checking Account/Savings Account | AMOUNT | Type of expense | AMOUNT |
| Combined Savings account balances | $300 | Cost to make repairs or replace self-employment supplies or home items due to disaster | $700 |
| TOTAL | $300 | TOTAL | $700 |

| INCOME [edit] | | |
|---|---|---|
| Name of Person Receiving Income | Type of Income | NET Amount |
| tom kane | Take-home Pay from Wages | $900 |
| | TOTAL | $900 |

QUIT   GO BACK   CONTINUE   PRINT

Attachment B Food For Florida Pre-Registration
10



**Economic Self Sufficiency**
**Food for Florida**

Pre-Registration Number: 3000012   |   County: LEON   |   Disaster: Test

**Electronic Submission Page**

? HELP

I understand the questions on this pre-registration and the penalties for hiding or giving false information. I certify, under penalty of perjury, that the information I have given is correct and complete to the best of my knowledge. I also authorize the release of any information necessary to determine the correctness of my pre-registration. If I disagree with any action taken on my case, I can request a fair hearing orally or in writing.

**PENALTY WARNING**

If you receive food stamp benefits, you must follow the requirements listed below. The household may be chosen for a state or federal review to ensure that the household was eligible to receive Food For Florida benefits.

- **DO NOT give false information or hide information to get Food For Florida benefits.**
- **DO NOT sell or give away your Electronic Benefits Transfer (EBT) card.**
- **DO NOT use your Food For Florida benefits to buy unauthorized items such as alcohol or tobacco.**
- **DO NOT use another household's EBT card.**

**PRIVACY STATEMENT**

You are not required by law to give us your social security number or the social security number of other member of your household. However, if you provide social security number(s), we can determine your eligibility for assistance or other services fast faster and more accurately. Social security numbers are used by us for identity verification, income and eligibility verification, computer matching, program reviews or audits, and other purposes related to the administration of our public assistance programs.

GO BACK     SIGN NOW

Done     Internet



**Economic Self Sufficiency**
**Food for Florida**

Pre-Registration Number: 3010943   |   County: LEON   |   Disaster: FFF032017

## Register Now

? HELP

To submit your pre-registration, you must click on the "Sign Now" button at the bottom of this page. If you do not click the "Sign Now" button, you may experience a delay when you appear at a disaster site to provide proof of your identity to complete the disaster benefits application process.

I understand the questions on this pre-registration and the penalties for hiding or giving false information. I certify, under penalty of perjury, that the information I have given is correct and complete to the best of my knowledge. I also authorize the release of any information necessary to determine the correctness of my pre-registration. If I disagree with any action taken on my case, I can request a fair hearing orally or in writing.

### PENALTY WARNING

If you receive food stamp benefits, you must follow the requirements listed below. The household may be chosen for a state or federal review to ensure that the household was eligible to receive Food For Florida benefits.

- **DO NOT give false information or hide information to get Food For Florida benefits.**
- **DO NOT sell or give away your Electronic Benefits Transfer (EBT) card.**
- **DO NOT use your Food For Florida benefits to buy unauthorized items such as alcohol or tobacco.**
- **DO NOT use another household's EBT card.**

### PRIVACY STATEMENT

You are not required by law to give us your social security number or the social security number of other member of your household. However, if you provide social security number(s), we can determine your eligibility for assistance or other services faster and more accurately. Social security numbers are used by us for identity verification, income and eligibility verification, computer matching, program reviews or audits, and other purposes related to the administration of our public assistance programs.


GO BACK     SIGN NOW

Attachment B Food For Florida Pre-Registration
12

**Economic Self Sufficiency**
**Food for Florida**

Pre-Registration Number: 3000012   |   County: LEON   |   Disaster: Test

### Registration Confirmed

Thank you for registering. **Please save your Pre-Registration Number for future reference.**

You have completed the pre-registration to the Food For Florida application. In order to complete the Food For Florida application, you will need to bring proof of identification to any of the Food For Florida sites listed below on 06/07/2006 between 08:00 AM and 05:00 PM

If you are an Authorized Representative, you will need to bring a form of identity for yourself and the Registrant's Florida Driver's License or Florida Identification card that was used to complete this pre-registration. If you are an Authorized Representative, you will also need to bring a signed statement from the Registrant giving you permission to apply for Food For Florida benefits on behalf of the household.

Once the Registrant's identification is presented to an agent at a Food For Florida site, your application will officially be submitted.

Your Food for Florida pre-registration number is: **3000012**
Registrant's Name: **James Adopholus**
Registrant's Driver's Lic. No. or State ID No.: **A631421620070**

**At this time, establishing the Food For Florida site in your area is underway. You can find the site in your area by logging on to the State of Florida's Disaster Web Page at http://www.dcf.state.fl.us/test/disasterprep/FFF.shtml the day before you are scheduled to appear at the site.**

EXIT        PRINT

Done                                                                          Internet

Attachment B Food For Florida Pre-Registration
13

# Attachment C
# Food For Florida
# Program Integrity Plan



**FOOD FOR FLORIDA
PROGRAM INTEGRITY GUIDE**



## Table of Contents

OVERVIEW ............................................................................................................... 3

The administration and delivery of the Disaster Food Assistance Program – "Food For Florida" (FFF) - is an integral part of the disaster response and recovery responsibilities of the Department of Children and Families (DCF).  DCF administers the FFF program under the Federal guidance and approval of the U.S. Department of Agriculture, Food and Nutrition Service (FNS).  The purpose of the FFF program is to provide for the food needs of persons negatively affected by a Presidentially declared disaster designated for "Individual Assistance".  Participants in the regular Food Assistance Program are not eligible for the FFF program.  Florida creates equity between regular food assistance and disaster assistance benefits by seeking a waiver to increase the benefits of households in the regular Food Assistance Program. ................................................................... 3

      6.    Fraud Prevention Plan:  Program Integrity ................................................. 9

•     Staff responsibilities ..................................................................................... 11

•     Verification requirements ............................................................................ 11

Income Limits and Allotments .................................................................................. 13

Disaster Food Assistance Program Household Size.................................................. 13

Disaster Income Limit (As of 10/01/15) *................................................................. 13

Allotment as of 10/01/16 .......................................................................................... 13

1 ................................................................................................................................. 13

1,640......................................................................................................................... 13

194............................................................................................................................ 13

2 ................................................................................................................................. 13

1,987......................................................................................................................... 13

357............................................................................................................................ 13

3 ................................................................................................................................. 13

2,334......................................................................................................................... 13

511............................................................................................................................ 13

4 ................................................................................................................................. 13

2,693......................................................................................................................... 13

649............................................................................................................................ 13

5 ................................................................................................................................. 13

3,069......................................................................................................................... 13

771............................................................................................................................ 13

6 ................................................................................................................................. 13

3,445......................................................................................................................... 13

925............................................................................................................................ 13

7 ....................................................................................................................13

3,791 ..............................................................................................................13

1,022 ..............................................................................................................13

8 ....................................................................................................................13

4,138 ..............................................................................................................13

1,169 ..............................................................................................................13

**Each Additional Member** .............................................................................13

+347 ...............................................................................................................13

+146 ...............................................................................................................13

**\*These figures include all necessary calculation (e.g. calculation for 1 person household: FSP maximum net monthly income limit of $981 + standard deduction of $155 (1-3 members = $155, 4 members $168, 5 members $197, 6+ members $226) + shelter deduction $504 = $1,640)** .....................13

**Income and Asset Requirements** ...................................................................13

**Budget Test:  The household's total net income received (or expected to be received) during the disaster period, PLUS its accessible liquid assets, MINUS a deduction for disaster-related expenses, SHALL NOT EXCEED the disaster income limit.** ...................13

**Verification Requirements** ............................................................................14

**I. Business Continuation Plan** .......................................................................1

    EBT Service Provider ..................................................................................1
    Local Retailers............................................................................................2
    ATMs ..........................................................................................................2
    Disaster Services ........................................................................................3

**Level 1 Disaster** .............................................................................................3

    Criteria .......................................................................................................3
    EBT Options ...............................................................................................3

**Level 2 Disaster** .............................................................................................4

    Criteria .......................................................................................................4
    EBT Options ...............................................................................................4

**Level 3 Disaster** .............................................................................................5

    Criteria .......................................................................................................5
    EBT Options ...............................................................................................5

**II. Card Issuance Alternatives** .......................................................................6

    A. On-site Issuance of Cards......................................................................6
    1. Option One – Manual Process (Over the Counter (OTC))......................8
    2. Option Two – Automated (Over the Counter (OTC)) .............................9
    3. Option Three - Partial Automation (Over the Counter (OTC))..............9
    B. Mail Issuance of Cards.........................................................................10
    1. Option One - Manual Process (Mail) ...................................................11

2. Option Two – Automated (Mail) ............................................................... 12

3. Option Three - Partial Automation (Mail) ............................................... 12

C. Special Needs Issuance and Off-Site Alternative .................................. 13

D. Inventory and Security Procedures .......................................................... 14

E. Card Manifest Instructions ........................................................................ 20

F. Card Issuance Operations .......................................................................... 21

EBT Issuance Sheet ........................................................................................ 22

G. EBT Issuance Sheet .................................................................................... 23

H. Disaster Site Card Issuance Closeout .................................................... 24

**III. Replacement Cards & PINs** ........................................................................ **26**

Replacement Cards ........................................................................................ 26

Personal Identification Numbers (PINs) ...................................................... 26

Troubleshooting Disaster Cards .................................................................. 28

**EBT Fliers and Disaster PIN Types** ............................................................... **29**

................................................................................................................................. **29**

**Disaster Card Carrier** ....................................................................................... **35**

# HERE IS YOUR
# FOOD FOR FLORIDA
# DISASTER BENEFIT CARD

You may use the Florida Disaster Benefit Card attached below at authorized USDA SNAP retailers nationwide. You can also use your card wherever you see the Quest logo: **QUEST**

### Important!

- Sign your name in ink on the white stripe on the back of your card right now!
- If you lose or damage your card, call EBT Customer Service.

### DO NOT THROW THIS CARD AWAY!
It is the only way to get your benefits!

### Please Note:

*If you are receiving your first Food for Florida Disaster Benefit Card:*
- You must use your Personal Identification Number (PIN) with your card to complete a transaction.
- Your PIN has been preassigned for you. If you lose, do not remember, or wish to change your PIN, call 1-888-356-3281 and select another PIN.
- If you do not receive your Notice of Eligibility, call ACCESS Customer Service at 1-866-762-2237.

*Disaster Benefit Facts:*
- This Card is ready to use once you have received your PIN and your benefits are placed into your account.
- Benefits will be available for 90 days from the date they are placed into your account.

The Department of Children and Families does not discriminate based on age, color, disability, national origin, race, religion, or sex. Any person or group who makes a complaint about or is against discrimination cannot, by law, be punished for such activities.

The USDA is an equal opportunity provider and employer.

*Please detach and keep this with your card at all times.*

## HOW TO USE YOUR FOOD FOR FLORIDA DISASTER BENEFIT CARD TO BUY FOOD AT RETAIL LOCATIONS

1. Know your balance before you go shopping.
2. Swipe your Food for Florida Card through the Point-Of-Sale (POS) terminal OR hand your card to the cashier.
3. Select FOOD STAMP.
4. Enter your four-digit Personal Identification Number (PIN) on the keypad. The terminal will show ****.
5. Press the OK or ENTER key.
6. The cashier will enter the purchase amount and, if it is correct, you press the YES key.
7. The cashier will give you your receipt; make sure the information on the receipt is correct.
8. Keep this receipt so you will know your balance the next time you shop.

## Customer Assistance Options

**ACCESS Customer Service**
**1-866-762-2237**

**EBT Customer Service**
**1-888-356-3281 or 1-800-955-8771 (TDD/TTY)**

**24 Hours a Day/7 Days a Week**
- Change your PIN
- File a claim
- Check your last 10 transactions
- Find out your current balance

For account information, including your balance and recent transactions, go to:
www.ebtEDGE.com

For Food for Florida program information, go to:
www.dcf.state.fl.us/programs/access/fff

35037/001

.................................................................35

**Florida**........................................................37

    Authorized Representative's Phone Number ..................... 37

Attachment C Food For Florida Program Integrity Plan
5

PART D – HOUSEHOLD ASSETS (during disaster period) ............................... 37
PART E – HOUSEHOLD INCOME:  List all income (such as take-home pay, retirement, child support, Unemployment, Social Security, or disability) that your household received or expects to receive during the disaster period.  Do not include money you already entered in "PART D – ASSETS". ................................ 37
PART F – HOUSEHOLD EXPENSES (during disaster period) ............................ 37
PART G – CERTIFICATION AND SIGNATURE BY APPLICANT (or by Authorized Representative, if applicable) ........................................................... 37

**Florida** ...................................................................................................... **39**

APPLICATION FOR DISASTER FOOD ASSISTANCE ..................................... 39
PART E – HOUSEHOLD INCOME:  List all income (such as take-home pay [wages], child support, Unemployment Compensation, Social Security income, pension or retirement income, disability income, or any other money) that your household has received or expects to receive DURING THE DISASTER PERIOD.  Do not include money you already entered in "PART D – ASSETS". ... 39
PART G – CERTIFICATION AND SIGNATURE BY APPLICANT (or by Authorized Representative, if applicable) ........................................................... 39

**Florida** ...................................................................................................... **40**

**Household Size** ........................................................................................... **40**

**Disaster Income Limit** ................................................................................. **40**

**Allotment** .................................................................................................... **40**

**1** ................................................................................................................... **40**

**1,640** ............................................................................................................ **40**

**194** ............................................................................................................... **40**

**2** ................................................................................................................... **40**

**1,987** ............................................................................................................ **40**

**357** ............................................................................................................... **40**

**3** ................................................................................................................... **40**

**2,334** ............................................................................................................ **40**

**511** ............................................................................................................... **40**

**4** ................................................................................................................... **40**

**2,693** ............................................................................................................ **40**

**649** ............................................................................................................... **40**

**5** ................................................................................................................... **40**

**3,069** ............................................................................................................ **40**

**771** ............................................................................................................... **40**

**6** ................................................................................................................... **40**

**3,445** ............................................................................................................ **40**

**925** ................................................................................................................................................**40**

**7** ....................................................................................................................................................**40**

**3,791** .............................................................................................................................................**40**

**1,022** .............................................................................................................................................**40**

**8** ....................................................................................................................................................**40**

**4,138** .............................................................................................................................................**40**

**1,169** .............................................................................................................................................**40**

**Each Additional Member** ...........................................................................................................**40**

**+347** ..............................................................................................................................................**40**

**+146**..............................................................................................................................................**40**

    PASS ......................................................................................................................... 40

## FOOD FOR FLORIDA - PROGRAM INTEGRITY

**Introduction:**

The Food For Florida (FFF) Program is intended to assist individuals that were affected by a disaster to receive food assistance. The integrity of the program is the responsibility of all staff. Specialized staff is also dedicated to this activity. Specialized staff includes those from the Department's Public Benefits Integrity program, Quality Management Unit, the Office of the Inspector General and the Department of Financial Service's Public Assistance Fraud unit and are collectively known as Program Integrity (PI) Staff Specialists.

Depending on the size of the on-site location, a minimum of two Program Integrity Staff Specialists shall be housed at each location. Because the applicant's statements may be accepted as verification, the Program Integrity Staff Specialist's role is to maintain the integrity of the program within the guidelines established.

The site manager is responsible for implementation of policy and rules effecting eligibility. Contact either the site manager or their designee for any policy related questions. The site manager is also responsible for communication with the media. Refer all media questions to them.

Program Integrity Staff Specialists must not impede the application process. Remember, these applicants have just experienced a disaster. Remain courteous and non-confrontational at all times.

**Program Integrity Staff Specialist Job Description:**

See Attachment 1

**Equipment and Location:**

**Equipment –** On-site locations may not have landline telephone access, or computer access. A Hot Spot may be provided for internet access. If not, at a minimum, for each fraud prevention area you should have:

- Laptop
- Access to the:
    - Intranet/Internet;
    - FLORIDA system;
    - Food For Florida system (FFFS);
    - Department of Economic Opportunity CONNECT system;
    - Department of Highway Safety and Motor Vehicles Driver's License system,
    - LexisNexis (Accurint report, if current user)
- Card reader
- Cell phone
- Small table and chair(s)
- Calculator
- Local telephone book

- Portable printer (optional)
- Fraud prevention signage
- Fraud prevention identification
- Supply of FFF Paper Applications
- Supply of FFF Denial Notices
- Supply of FFF Signature Pages
- Supply of FFF Signature Page/application information (front/back)
- Supply of Additional Household Members Page
- Storage (boxes) for Applications, Denial Notices, Signature Pages and Additional Household Members Page
- DCF/FFF Application highlighter (paper and hybrid process)

If Program Integrity Staff do not have access to the above systems, you should identify at least one employee at a location where access is available (Service Center or Program Office) to receive information from on-site staff.

**Location –** Set up fraud prevention area(s) close to temporary state employees who are eligibility workers. (see Attachment 4)

Display Food For Florida Fraud Prevention signage at your area and prominently wear fraud prevention identification on your person.

**Overview:**

**Pre-registration –** Depending on the severity of the disaster, applicants with a Florida Driver's License or Identification card may have the capability to pre-register for disaster food assistance via the internet on the Food For Florida website.  Pre-registration time-periods will be established for each individual disaster.  Automatic referrals to Program Integrity Staff will be generated based on alerts that eligibility workers receive in pre-registration when the card is swiped through the card reader device.

- In addition to pre-registrations, paper applications will be accepted on-site.
- Any pre-registrations which result in an alert, (see Attachment 6) or are deemed questionable by the eligibility worker will be referred to Program Integrity staff.
- All applicants must produce identification at an onsite location.
- Exception: Special needs pre-registrations.
- Any pre-registrations, including known ESS employees (see page 7), that appear to be questionable, will be referred to Program Integrity staff.
- A pre-registration does not become an official application until the EBT card is scanned through the card reader **or** the applicant signs the signature page.
- Paper applications will be processed in back offices (See Attachment 10 for procedures).

**On site Procedures:**

**Introductions –** Introduce yourself to the eligibility staff and law enforcement personnel who will be working on site, so that they will recognize you as a Program Integrity Staff Specialist.

- Introduce yourself to eligibility staff and have them contact you with any discrepant or questionable applications based on the Eligibility Workers Tip Sheet (see Attachment 5) or involving an alert (see Attachment 6)

- Introduce yourself to law enforcement on site.  Applicants may be known to local law enforcement officials who may have knowledge about their:
  - Household composition
  - Multiple aliases
  - Employment situation

**Evaluating Applications –** Be prepared to use the following evaluation procedures for applications that have been referred to you.  Review information the applicant provided.

- Verifying their identity:
  - Does identification appear to be authentic?

- Verifying their household members:
  - Are there any members listed with the name of the hurricane?
  - Are there any unusual names on the application?
  - Are there any repeating names with different variations?
  - Are there any names of pets on the application?
  - Are there dates of birth (DOB) listed for all household members? The applicant <u>should</u> list all birth dates.  Does the applicant have a written list of the DOB's for household members?
  - If you are questioning the authenticity of a DOB(s), have the applicant orally repeat the birth dates for each questionable household member and see if they match what is written.
    - An authorized representative can apply for disaster food assistance and not everyone can remember the birth dates of all household members they are applying for, thus the necessity of recording birth dates.

- Depending on the reason why the application was referred to Program Integrity Staff, consider the following:
  - Were <u>all</u> household members residing in an eligible household on the specified day(s) of the disaster?  Does this household contain a single parent with one or more children?  If so, did the child(ren) reside with the applicant on specified day(s) and not with the other parent?
  - Are there sequential or similar Social Security Numbers (SSN) on the application?

- While Social Security numbers are not required, if provided there may be valid reasons why SSNs are similar. Does the applicant have the actual Social Security card(s)? Do they have a plausible explanation? Do not deny an application as a result. Remember, you can always refer the case to Benefit Recovery.

- Is the applicant wearing a wedding ring, but reporting no spouse in household? Is there a spouse in the household with income?

- Is the applicant wearing a work uniform, but reporting no employment? Are they currently working or will they return to work during the disaster period?

- Is this a large household with no income for at least two months? How are they managing now? What resources are they reporting? Are they a current food assistance recipient? Why not?

  - Refer applicants to the regular Food Assistance Program if necessary.

- Is the applicant reporting minimal income or no income and reporting high paid or expected to pay, disaster related expenses during the benefit period? Based on their income situation, how did or will they pay for their disaster related expenses?

- If Program Integrity Staff have access to the FLORIDA system, are individuals known to the FLORIDA system? Is applicant reporting household members on a Food For Florida application that are included in an active Cash/Medicaid case? Is there a valid reason?

- Did applicants get denied and then re-apply? What has changed and why? Have bank accounts decreased from previous application?

- Has anyone in the household gone back to work recently and will they be receiving a paycheck during the disaster period?

- Is the application an original and not a copy? Accept only the official application on site.

**Evaluation of Data Resources –** When evaluating applications referred to you by eligibility staff, it may become necessary to interview the applicant and resolve questionable situations. Review information from data sources, which you have access to:

- **FLORIDA System –** Access pertinent screens in FLORIDA to resolve discrepancies.

  - Are individuals known to FLORIDA? Is applicant reporting household members on a Food For Florida application that are included in active Cash/Medicaid case? Is there a valid reason?

- **Department of Economic Opportunity –** (Employment information now provided by the Department of Economic Opportunity via their CONNECT system) Review information for previous employment history.

  - Employment information may be a quarter behind and not current, so

this information should not be used to verify employment during the disaster certification period.  Call employer to confirm.

- **County Property Appraiser** website – Review applicant's information to determine if applicant owns property and may reside in the affected county.
- **Department of Highway Safety and Motor Vehicles** (DHSMV) system – Review applicant's information to determine if applicant owns any vehicles and may reside in the affected county.
- **LexisNexis** – Accurint website – Verify applicant information.
  - Information obtained via sources from the internet may not be valid. Contact each questionable source for validation.

**ESS Employee Applicants –** Department employees, both permanent and temporary, are eligible to participate in the Food For Florida Program.

- Known Department employees will have their eligibility determined by a permanent state employee with expertise in disaster food assistance policy and does not have a personal or professional relationship with the employee.  This permanent state employee will be assigned by the site manager.  The permanent state employee may not always be a supervisor or on-site investigator, but will often be experienced staff from the regional or headquarters program office.  All questionable ESS employee applications will be referred to on-site Program Integrity Staff.
- All known Department employees shall have a face-to-face interview with the individual determining eligibility on site.  Under extenuating circumstances, a site manager (or above) may establish an offsite location to determine eligibility, however, a face-to-face interview will still be required.
- Any applications involving Department employees whose eligibility cannot be determined or is questionable must be referred to Program Integrity personnel on site.
- Employees must submit official on-site applications and may only be accepted during the established 5-day application period.  **Eligibility workers shall not have blank applications available at their assigned workstations.**

**Program Integrity Intervention Procedures –** the following procedures should be followed after intervention by Program Integrity.

**Paper Applications:**

- Verify identification/identity.
- If applicant has a Florida Driver's License/Identification card, scan through card reader.
- Identify referral reason(s) from eligibility worker or from the codes below the signature line of the application.  (Example code: Section F = Household Expenses)
- Question applicant and resolve referral reason(s)/code(s).

- Determine eligibility.  If the case should be approved, sign and give EBT the application to complete the process.
- If the application is denied, complete denial notice, give applicant original denial notice (white) and copy of application (yellow).
- Staple copy of denial notice (yellow) to the top of the original application (white) and place in denial box.
- All paper applications denied by Program Integrity Staff, must be entered into the Food For Florida System as soon as possible.  If you do not have access to the Food For Florida System, report by the end of the day, to the Program Integrity Coordinator, or designee, all paper applications that were denied each day.
  - Do not include any pre-registrations that have already been denied in the Food For Florida System.

**Pre-registrations:**

- Access Worker View in FFF system.  (See Attachment 7)
- Scan the applicant's Florida Driver's License/Identification card through the card reader (or manually input only if the customer presents the card but the card reader is unable to scan the Florida Driver's License/Florida Identification card because of damage to the magnetic strip) to obtain the applicant's pre-registration.
- Identify any red alerts.
- View Pre-registration summary page and resolve red alerts.
- If information affecting eligibility has not changed, and applicant is eligible, approve application and contact EBT so they may scan the EBT card through a card reader and explain EBT procedures.
- If information affecting eligibility has changed, make the changes in the worker view.  If applicant is eligible, approve application and contact EBT so they may scan the EBT card through a card reader and explain EBT procedures.
- If applicant is not eligible, deny pre-registration, complete a denial notice, give applicant original (white), and place(yellow) copy in denial box

**Backup Reports (Partial Automation)**

- Locate applicant's pre-registration information on Program Integrity Backup Report and record your initials indicating that the applicant has contacted Program Integrity Staff.
- Verify identity.
- If Program Integrity Staff have access to the FFFS worker view, complete as indicated in Pre-registrations, page eight.
- If Program Integrity Staff do not have access to the eligibility worker view, you will need to use the Program Integrity Backup Report of all pre-registrations which will contain the reason code for the referral and/or the

number of attempts it took the applicant to complete a pre-registration. (A = Assets; E = Expenses; I = Income; N = Any combination of the three) You will need to review and resolve any questionable information based on the alert reason codes and number of attempts, if applicable, on this report.

- If approving a pre-registration (with no changes) using a Program Integrity Backup Report and unable to scan the accepted identity verification (Florida Driver's License or Identification card), complete a signature page, and have the applicant sign and date the signature page. (Verification of identity codes: PI = Photo ID, OT = Other) Refer applicant to EBT with the completed signature page.

- If changes are necessary, and Program Integrity Staff **do not** have access to the worker view, on the back of the signature page indicate the necessary changes and re-compute the budget sections based on the new circumstances. The applicant will have to provide all information necessary to complete a budget and re-sign/date the changes. Report to the Program Integrity Coordinator, or designee, by the end of each day, all pre-registrations that were changed and subsequently approved each day based solely on the Program Integrity Backup Report.
  - Do not include any pre-registrations that have already been denied in the Food For Florida System.

- If denying a pre-registration using a Program Integrity Backup Report, complete a denial notice, include the applicant's Social Security number, if available, and the Florida Driver's License/Identification card number and give applicant original (white) and place copy (yellow) in denial box. Note on the Back up Report that the application was denied. (code D)

- All pre-registrations denied by Program Integrity Staff, will be entered into the Food For Florida System. If you do not have access to the Food For Florida System, by the end of the day, report to the Program Integrity Coordinator, or designee, all pre-registrations that were denied each day based on the Program Integrity Backup Report.
  - Do not include any pre-registrations that have already been denied in the Food For Florida System.

**Physical Site Monitoring** – depending on how your onsite location is configured, monitoring of certain areas should take place. If feasible:

- Survey and monitor parking areas (have law enforcement assist). Look for suspicious individuals in parking areas recruiting applicants or selling identifications.

- Monitor parking areas for out of area license plates.

- Look for applicants returning to apply for duplicate issuance.

- Look for household members who arrive together and apply separately.
  - If household members were living and eating together at the time of the disaster and are living and eating together now, they should apply as a single household.

**Reporting Results –** Because of your review, if you have caused a household to receive fewer benefits, compute any savings:

- Utilize Program Integrity Tracking Log (see Attachment 8 and 8A) to record savings.
- If you <u>clearly</u> cannot stop/reduce benefits onsite and fraud is suspected:
  - Utilize Program Integrity Tracking Log (Attachment 8A) to record possible Benefit Recovery (BR) referrals
  - Refer overpayment to Benefit Recovery due to Program Integrity
- Provide daily activity report (see Attachments 9 and 9A) by the end of each day to the Program Integrity Coordinator via one of the following:
  - E-mail:  Program_Integrity@myflfamilies.com
  - Telephone:  Office:  850-xxx-xxxx Cell:  850-xxx-xxxx
  - Fax:  850-922-4996

# Attachments

**Job Description**
**Working Title: PROGRAM INTEGRITY SPECIALIST**

This position reports to the Program Integrity Coordinator and is responsible for the coordination of all Program Integrity activities at the site.

**Responsibilities:**

- Interviews customers referred by FFF eligibility workers or those applications/pre-registrations flagged for review.
- Conduct random sampling of all FFF applications taken at the site.
- Resolve any potential problems concerning suspected fraud.
- Authorize/deny benefits.
- Collect data about fraud prevention/alleged fraud statistics on a daily basis.
- Report statistics to designated personnel as required.
- Offer technical assistance to eligibility staff as requested.

**KNOWLEDGE / SKILLS/ ABILITIES**

- Knowledge of federal disaster policies.
- Knowledge of FLORIDA system, policy, and procedures.
- Ability to plan and organize effective disaster services support.
- Ability to maintain effective working relationships with others.
- Ability to communicate effectively, orally and in writing.
- Ability to manage responsibilities and assist others effectively in high stress situations for extended periods.
- Ability to analyze problems comprehensively and recommend change(s) quickly and effectively.
- Ability to be flexible.
- Ability to deal with the public in a tactful, courteous and effective manner.
- Ability to listen effectively.
- Ability to follow verbal and written instructions.
- Ability to keep records.
- Ability to review data for legibility and completeness.
- Ability to work calmly and effectively in high stress situations.

The incumbent must be able to work 12-15 hour days

**ATTACHMENT 1**

## FOOD FOR FLORIDA PROGRAM INTEGRITY
## PRE-DISASTER PREPARATION – MOCK EXERCISE OR ACTUAL EVENT

- ✧ Review and update, if necessary, Program Integrity Guide
- ✧ Identify volunteers for FFF site(s)
- ✧ Request user names/passwords for fraud volunteers and send to volunteers
- ✧ Provide fraud training to Program Integrity staff approx. 5-7 days before the event
- ✧ Provide hands on system training- familiarize staff with FFF system, including program integrity reports, card readers, how to approve
- ✧ Determine if keyboards/mice are needed
- ✧ Ensure fraud volunteers participate in ESS FFF eligibility training
- ✧ Arrive at event at least 1 hour prior to start time
- ✧ Test technology equipment including card readers with assigned EBT volunteer
- ✧ Obtain FFF back up report daily
- ✧ Obtain Program Integrity report daily
- ✧ Ensure fraud volunteers have same supplies as eligibility workers (including denial forms)
- ✧ Ensure eligibility workers have laminated Worker Tip sheets
- ✧ Ensure fraud staff have laminated eligibility rules and income limits
- ✧ Review initial pre-registrations referred to Program Integrity – are there any blue alerts?
- ✧ Review initial paper applications – are there fraud codes on the bottom?
- ✧ Contact person in charge at applicable location to instruct staff on proper referral process
- ✧ Paper applications- all paper applications needing Program Integrity attention, as well as the applicant, should be walked over to the Program Integrity area by an Eligibility Meeter Greeter who will hand the actual paper application to Program Integrity Meeter Greeter
- ✧ Remove Worker Tip sheets at the end of the day and replace the next day
- ✧ Enter paper application denied by Program Integrity staff in the FFF system as time permits, or at the end of the day

**ATTACHMENT 2**

**Recommended Staffing for Disaster Food Assistance Sites
Paper Applications and/or Pre-Registrations**

| Customers per Hour | Customers per 12 Hour Day | Number of Program Integrity Staff Needed |
|---|---|---|
| 100 | 1,200 | 0.8 |
| 200 | 2,400 | 1.6 |
| 300 | 3,600 | 2.4 |
| 400 | 4,800 | 3.2 |
| 500 | 6,000 | 4 |
| 600 | 7,200 | 4.8 |
| 700 | 8,400 | 5.6 |
| 800 | 9,600 | 6.4 |
| 900 | 10,800 | 7.2 |
| 1,000 | 12,000 | 8 |
| 1,100 | 13,200 | 8.8 |
| 1,200 | 14,400 | 9.6 |
| 1,300 | 15,600 | 10.4 |
| 1,400 | 16,800 | 11.2 |
| 1,500 | 18,000 | 12 |
| 1,600 | 19,200 | 12.8 |
| 1,700 | 20,400 | 13.6 |
| 1,800 | 21,600 | 14.4 |
| 1,900 | 22,800 | 15.2 |
| 2,000 | 24,000 | 16 |

**ATTACHMENT 3**



**ATTACHMENT 4**

**FOOD FOR FLORIDA**
**PROGRAM INTEGRITY**
**ELIGIBILITY WORKERS TIP SHEET**

**Refer the applicant to Program Integrity staff whenever you have a questionable application or you observe one or more of the following indicators:**

- Households reporting more than $5,000 in paid, or expected to be paid, disaster related expenses during the benefit period.  (CF04)

- Households containing seven members or more.  (CF01)

- Households containing a member 65 years of age or older with no income. (CF02)

- The identification does not appear to be valid or authentic.

- Applicants that were previously denied and have reapplied.  (CF03)

- Social Security Numbers follow a clear pattern; for example 234567890 or similar number for other household members.

- You have questions about whether the names on the application are valid.

- Applicants renting or living in apartments with disaster related expenses for which the property owner or owner would normally be responsible.

**Question applicant if you observe any of the following and refer to Program Integrity staff if it remains questionable:**

- Birth dates are missing or unknown.  Have the applicant verbally repeat the birth dates or ages.  If they do not match, refer.

- If household size seems questionable, were all household members residing in the eligible home during the disaster period?  Was anyone just visiting?

- Did children of single parents reside with the applicant during the disaster period vs. residing with the other parent?

- Large households with no income for at least two months.  What income or savings/checking accounts are they reporting?

- Do not accept any applications from known ESS employees unless the site manager has assigned you the task.

**ATTACHMENT 5**

## FOOD FOR FLORIDA PRE-REGISTRATION
## PROGRAM INTEGRITY ALERTS

- Households containing seven or more members. (CF01)
- Households with individuals over the age of 65, and no income. (CF02)
- Households that were denied after two attempts, then subsequently approved with a decrease in income or resources. (CF03)
- Households with paid disaster related expenses in excess of $5,000. (CF04)

## PROGRAM INTEGRITY PRE-REGISTRATION BACKUP REPORT
## NUMBER OF ATTEMPTS TO COMPLETE APPLICATION CODE

A = Assets
E = Expenses
I = Income
N = Any combination of the three

**Other Codes**

If approving a pre-registration (with no changes) using a Program Integrity Backup Report and unable to scan the accepted identity verification (Florida Driver's License or Identification card), complete a signature page, and have the applicant sign and date the signature page.  (Verification of identity codes: PI = Photo ID, OT = Other).

If denying a pre-registration using a Program Integrity Backup Report, complete a denial notice, include the applicant's Social Security number, if available, and the Florida Driver's License/Identification card number and give applicant original (white) and place copy (yellow) in denial box.  Note on the Back up Report that the application was denied.  (Code D)

Identify referral reason(s) from eligibility worker showing the questionable section of the paper application below the signature line of the application.  (Example code: Section F = Household Expenses)

**ATTACHMENT 6**

Food For Florida
Worker View

1)   On the internet, access url:
http://foodforflorida-acc.dcf.state.fl.us/foodforflorida/frmWorkerLogin.do?performAction=init

2)   Enter your worker ID and password;

3)   Location: Enter appropriate location in drop down menu;

4)   Application Type: Enter appropriate application type in drop down menu:



**ATTACHMENT 7**

Disaster:  Select the appropriate disaster name from the drop-down menu:



**ATTACHMENT 7**
**Page 2**

Florida Driver's License/ID card:

1) If you have a card reader, scan in the Florida Driver's License/Florida Identification card;

2) Or, enter the information manually only if the customer presents the card but the card reader is unable to scan the Florida Driver's License/Florida Identification card because of damage to the magnetic strip:



Click on Summary to access application summary:



If you need to make any changes on a pre-registration, click on the appropriate edit link:

Food For Florida - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address http://foodforflorida.eoc.dcf.state.fl.us/foodforflorida/frmSummary.do?performAction=init

Go Links

Economic Self Sufficiency
Food for Florida

Pre-Registration Number: 3001520 | County: LEON | Disaster: Amanda

Logoff

**Pre-Registration Summary.**

? HELP

Below is a summary of your Pre-Registration. Please review carefully to be sure that all the information is correct and that you have not left fields blank by mistake. If you need to correct a field or include additional information, click on the 'Edit' button in the section of the summary that contains the field to be changed or completed. The system will return you to the correct page in the pre-registration process. Once you have completed your corrections or additions, click on the 'CONTINUE' button and the system will return you to the Summary Page.

**HOUSEHOLD SITUATION** [edit]

Did the disaster damage or destroy the household's home or self-employment property, delay, reduce, or stop income, cause the household to lose food, or create any additional expense for the household? Yes

**AUTHORIZED REPRESENTATIVE** [edit]

Name of Authorized Representative | Authorized Representative's Phone Number:

**HOUSEHOLD MEMBERS** [edit applicant] | [edit address]

First Name: **Identification**
Last Name: **Sample**
Registrant's Soc Sec No: **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**

Registrant's Permanent Home Address: **2900 Apalachee PW**
Birth Date(mm-dd-ccyy): **07/07/1982**
Sex: **Female**

Registrant's City: **Tallahassee**
State: **FL**
Zip Code: **32399**
Registrant's Driver's Lic. No. or State ID No.: **S514403827470**
Other ID:

Registrant's Phone Number:
Registrant's Mailing Address: **Same as permanent address**

Cell or Other Contact Phone Number:
Registrant's Mailing Address City
State
Zip Code:

**OTHER HOUSEHOLD MEMBERS who were living in the household at the time of the disaster.** [edit]

| First Name / Last Name | Social Security No. | Birth Date(mm-dd-ccyy) |
|---|---|---|

**ASSETS** [edit]

| Cash/Checking Account/Savings Account | AMOUNT |
|---|---|

**EXPENSES** [edit]

| Type of expense | AMOUNT |
|---|---|
| Cost to protect property before or after the disaster | $7000 |
| TOTAL | $7000 |

**INCOME** [edit]

| Name of Person Receiving Income | Type of Income | NET Amount |
|---|---|---|

GO BACK

PRINT

Done

Internet

**ATTACHMENT 7**
**Page 5**

Locate eligibility factor needing change:

Food For Florida - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address http://foodforflorida-acc.dcf.state.fl.us/foodforflorida/frmAssetIncomeExpense.do?performAction=init

Go Links

Economic Self Sufficiency
Food for Florida

**Pre-Registration Number:** 3001620 | **County:** LEON | **Disaster:** Amanda

Logoff

**Asset/Income/Expenses Information**

HELP

**Please enter all the cash in the household's checking and savings accounts that the household has access now or will have access to between the disaster period dates of 05-21-2007 and 06-20-2007.**

| Type of asset | Asset value | Remove |
|---|---|---|
| | | |

Do you want to add more assets? Yes

**Please enter all the disaster-caused expenses the household paid or expects to pay between the disaster period dates of 05-21-2007 and 06-20-2007.**
Do not include expenses that will be reimbursed between the disaster period dates of 05-21-2007 and 06-20-2007

| Type of expense | Expense amount | Remove |
|---|---|---|
| Cost to protect property before or after the disaster | 7000 | x |

Do you want to add more expenses? Yes

**Please enter all the net income(such as take-home pay [wages or self employment], child support, Unemployment Compensation, Social Security Benefits, pension or retirement, disability benefits or any other money) that your household has received or expects to receive between the disaster period dates of 05-21-2007 and 06-20-2007**

| Whose Income: | Type of Income | Net Amount | Remove |
|---|---|---|---|
| | | | |

Do you want to add more income? Yes

When Complete, click the CONTINUE button below.

* - Indicates field is mandatory

QUIT GO BACK SAVE/CONTINUE

Done Internet

**ATTACHMENT 7**
**Page 6**

1) Make appropriate change;

2) Click on Save/Continue button:

Food For Florida - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Economic Self Sufficiency
Food for Florida
Logoff
Pre-Registration Number: 3001520 | County: LEON | Disaster: Amanda
Asset/Income/Expenses Information
HELP
Please enter all the cash in the household's checking and savings accounts that the household has access now or will have access to between the disaster period dates of 05-21-2007 and 06-20-2007.
Type of asset
Asset value
Remove
Do you want to add more assets? Yes
Please enter all the disaster-caused expenses the household paid or expects to pay between the disaster period dates of 05-21-2007 and 06-20-2007.
Do not include expenses that will be reimbursed between the disaster period dates of 05-21-2007 and 06-20-2007
Type of expense
Expense amount
Remove
Cost to protect property before or after the disaster
5000
Do you want to add more expenses? Yes
Please enter all the net income(such as take-home pay [wages or self employment], child support, Unemployment Compensation, Social Security Benefits, pension or retirement, disability benefits or any other money) that your household has received or expects to receive between the disaster period dates of 05-21-2007 and 06-20-2007
Whose income:
Type of income
Net Amount
Remove
Do you want to add more income? Yes
When Complete, click the CONTINUE button below.
* - indicates field is mandatory.
QUIT
GO BACK
SAVE/CONTINUE
Done
Internet

ATTACHMENT 7
Page 7

1) Click on Approval button if applicant appears to be eligible to receive benefits;

2) Refer to EBT;

3) If applicant is not eligible, click on deny button.



**ATTACHMENT 7**
**Page 8**

1) EBT card is scanned through card reader by EBT staff member;

2) Case is now completed on site;

3) Click on Exit for next applicant.

ATTACHMENT 7
Page 9



## PROGRAM INTEGRITY TRACKING LOG INSTRUCTIONS

(1)   Site location - list the name of the onsite or processing location that you are stationed at (i.e.  Okaloosa/Walton Community College; Century Service Center)

(2)   Date – list the date you completed your review.

(3)   Social Security Number – enter the SSN of the head of the household. (if available) if unavailable, enter date of birth.

(4)   Application name – enter the applicant's name.  Should correspond with #3 above.

(5)   Amount of benefits entitled before Program Integrity intervention – enter the amount of benefits the applicant's household would be eligible for based on information provided before Program Integrity intervention.

(6)   Amount of benefits entitled after Program Integrity intervention – enter the amount of benefits applicant's household appears to be entitled to after Program Integrity intervention.

(7)   Savings due to Program Integrity intervention – subtract column #6 from column #5 above.

(8)   If BVBR referral needed, enter referral reason – if you are going to refer this case to benefit recovery (for further investigation by the Division of Public Assistance Fraud), list the reason why you believe the case should be referred.

**ATTACHMENT 8**

**FOOD FOR FLORIDA**
**PROGRAM INTEGRITY TRACKING LOG**

| Site Location | Date | Social Security Number or Date of birth | Application Name | Amount of Benefits entitled before Program Integrity intervention | Amount of Benefits entitled after Program Integrity intervention | Savings due to Program Integrity intervention | If BVBR Referral needed, enter referral reason |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ATTACHMENT 8A**

**FOOD FOR FLORIDA**
**HEADQUARTERS**
**FRAUD PREVENTION REPORT INSTRUCTIONS**
**ON-SITE AND PROCESSING SITES**

(1)  Site - list the name of the on-site or processing location that you are stationed at (i.e.  Okaloosa/Walton Community College; Century Service Center)

(2)  County – list the county name of the onsite or processing center location

(3)  Date of operation – list the date you were onsite or at the processing site, respectively

(4)  # of applications referred for fraud investigation (BVBR) – enter the daily total number of applications entered in column 4 on Attachment 8A or 8B

(5)  Total food assistance $ benefit amount referred (for BVBR) – enter the daily total dollar amount in column 5 on Attachment 8A or 8B

(6)  # applications denied/reduced due to fraud prevention (Program Integrity) - enter the daily total number of applications entered in column number 6 on Attachment 8A or 8B

(7)  Total $ saved as a result of fraud prevention (Program Integrity) - enter the daily total dollar amount of applications entered in column number 7 on Attachment 8A or 8B

**ATTACHMENT 9**

# FOOD FOR FLORIDA
## HEADQUARTERS FRAUD PREVENTION REPORT
## ON-SITE LOCATIONS

| Site | County | Date of Operation | # Applications Referred for Fraud Investigation (BVBR) | Total FA $ Benefit Amount Referred (for BVBR) | # Applications Denied/Reduced due to Fraud Prevention (Program Integrity) | Total $ Saved as a result of Fraud Prevention (Program Integrity) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| SITE TOTAL |  |  | 0 | $0 | 0 | $0 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| SITE TOTAL |  |  | 0 | $0 | 0 | $0 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| SITE TOTAL |  |  | 0 | $0 | 0 | $0 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| SITE TOTAL |  |  | 0 | $0 | 0 | $0 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| SITE TOTAL |  |  | 0 | $0 | 0 | $0 |
| TOTALS |  |  | 0 | $0 | 0 | $0 |

**ATTACHMENT 9A**

### FOOD FOR FLORIDA
### HEADQUARTERS FRAUD PREVENTION REPORT
### PROCESSING SITES

| Site | County | Date of Operation | # Applications Referred for Fraud Investigation (BVBR) | Total FA $ Benefit Amount Referred (for BVBR) | # Applications Denied/Reduced due to Fraud Prevention (Program Integrity) | Total $ Saved as a result of Fraud Prevention (Program Integrity) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SITE TOTAL | | | 0 | $0 | 0 | $0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SITE TOTAL | | | 0 | $0 | 0 | $0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SITE TOTAL | | | 0 | $0 | 0 | $0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SITE TOTAL | | | 0 | $0 | 0 | $0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SITE TOTAL | | | 0 | $0 | 0 | $0 |
| TOTALS | | | 0 | $0 | 0 | $0 |

ATTACHMENT 9B

## PROCESSING LOCATIONS (BACK OFFICES) PROCEDURES

**Introductions** – Introduce yourself to the eligibility staff who will be working back office sites, so that they will recognize you as a Program Integrity Staff Specialist.

- Introduce yourself to the Processing Specialists and tell them to contact you with any discrepant or questionable applications.  Program Integrity Staff Specialists on site may not have reviewed applications, so you will need to review applications to resolve any discrepancies.
  - Processing staff must not have blank applications.

**Evaluating applications** – When evaluating applications referred to you by processing staff, review information the applicant provided.

- Verifying their household members.
  - Are there any members listed with the name of the hurricane?
  - Are there any unusual names on the application?
  - Are there any repeating names with different variations?
  - Are there any names of pets on the application?
- Are there dates of birth (DOB) listed for all household members?  The applicant <u>should</u> have listed all birth dates.

**Evaluation data resources** – Review information from data sources, which you have access to:

- **FLORIDA** system – Access pertinent screens in FLORIDA to resolve discrepancies.
  - Are individuals known to FLORIDA?  Is applicant reporting household members on a Food For Florida application that are included in active Cash/Medicaid case?  Is there a valid reason?
- **Department of Economic Opportunity** – (Employment information now provided by the Department of Economic Opportunity via their CONNECT system) Review information for previous employment history.
  - Employment information may be a quarter behind and not current, so this information should not be used to verify employment during the disaster certification period.  Call employer to confirm.
- **County Property Appraiser** website – Review applicant's information to determine if applicant owns property and may reside in the affected county.
- **Department of Highway Safety and Motor Vehicles** (DHSMV) system – Review applicant's information to determine if applicant owns any vehicles and may reside in the affected county.
- **LexisNexis** – Accurint website – Verify applicant information.
  - Information obtained via sources from the internet may not be valid.  Contact each questionable source for validation. (Example: County Property Appraiser's office should be contacted to verify residence)

**ATTACHMENT 10**

If you discover any discrepant applications, including ESS employees, at the conclusion of your review, contact the Program Integrity Coordinator.

**Reporting results –** because of your review, if you have caused a household to receive fewer benefits, compute any savings:

- Utilize Program Integrity Tracking Log (see Attachment 8 and 8A) to record savings.
- If you <u>clearly</u> cannot stop/reduce benefits during backroom processing and fraud is suspected:
  - Utilize Program Integrity Tracking Log (Attachment 8A) to record possible Benefit Recovery (BR) referrals
  - Refer overpayment to BR due to Program Integrity
- Provide daily report (see Attachment 9 and 9B) on previous day's activity by 10:00 am EST to the Program Integrity Coordinator via one of the following:
  - E-mail:  Program_Integrity@myflfamilies.com
  - Telephone:  Office:  850-xxx-xxxx Cell:  850-xxx-xxxx
  - Fax:  850-922-4996

**ATTACHMENT 10**
**Page 2**

# ATTACHMENT D
# Food For Florida
# EBT Services Plan & Fliers



## OFFICE OF ECONOMIC SELF-SUFFICIENCY

### MyFLFamilies.com

# EBT Disaster Procedures for 2017 - 2018

**Food For Florida**

**EBT Services Plan & Fliers**

# Food For Florida

# EBT Disaster Plan 2017 - 2018



## Mission:

Work in partnership with local communities to protect the vulnerable, promote strong and economically self-sufficient families, and advance personal and family recovery and resiliency.

# Table of Contents

I. Business Continuation Plan ........................................................................................... 1

   EBT Service Provider ..................................................................................... 1
   Local Retailers .............................................................................................. 2
   ATMs ............................................................................................................. 2
   Disaster Services Overview .......................................................................... 3

Level 1 Disaster ....................................................................................................... 3

   Criteria ........................................................................................................... 3
   EBT Options .................................................................................................. 3

Level 2 Disaster ....................................................................................................... 4

   Criteria ........................................................................................................... 4
   EBT Options .................................................................................................. 4

Level 3 Disaster ....................................................................................................... 5

   Criteria ........................................................................................................... 5
   EBT Options .................................................................................................. 5

II. Card Issuance Alternatives .................................................................................. 6

   A. On-site Issuance of Cards ......................................................................... 6
   1. Option One – Manual Process (OTC) ........................................................ 8
   2. Option Two – Automated (OTC) ................................................................. 9
   3. Option Three - Partial Automation (OTC) ................................................... 9
   B. Mail Issuance of Cards ............................................................................ 10
   1. Option One - Manual Process (Mail) ........................................................ 11
   2. Option Two – Automated (Mail) ................................................................ 12
   3. Option Three - Partial Automation (Mail) .................................................. 12
   C. Special Needs Issuance and Off-Site Alternative .................................... 13
   D. Inventory and Security Procedures .......................................................... 14
   E. Card Manifest & Instructions .................................................................... 20
   F. Card Issuance Operations ........................................................................ 21
   G. EBT Issuance Sheet & Instructions .......................................................... 23

III. Replacement Cards & PINs ............................................................................... 26

   Replacement Cards .................................................................................... 26
   Personal Identification Numbers (PINs) ..................................................... 26
   Troubleshooting Disaster Cards ................................................................. 28

EBT Fliers and Disaster PIN Types ......................................................................... 29

Disaster Card Carrier .............................................................................................. 34

# I. Business Continuation Plan

It is the goal of the Florida Department of Children and Families, EBT Project Office, and our partners to continue processing and disbursement of food assistance and Temporary Cash Assistance benefits in the event of adverse situations related to natural or manmade disasters.

This section addresses the major functional risk points and solutions derived to enable continuation of business with minimal interruption.

## EBT Service Provider

**Risks:**
- Power
- Communications
- Processing

**Functions:**
- Benefit Issuance
- Settlement
- Reconciliation

**Solutions:**
- If the FIS EBT System experiences an outage anticipated to extend beyond one hour, the system will be switched to the system back-up "hot site" in Phoenix, Arizona.  The backup for User Acceptance Testing is Phoenix, Arizona.

- Outages between the FLORIDA eligibility system and the FIS EBT system will be evaluated for the need to switch to back-up hot site(s) or alternate telecommunications routing.

- FIS EBT Disaster recovery (DR) routers and re-direct lines have been connected to the FLORIDA back-up hot site, DSM, in Winter Haven, Florida.

- The FIS State Support functions are supported by a site in Milwaukee, Wisconsin.

- The FIS Customer Call Center functions are primarily supported by sites in St. Petersburg, Florida, Little Rock, Arkansas, and Tuscaloosa, Alabama.

- The main FIS EBT card production site is in Romeoville, Illinois, and is supported by an alternate site in San Antonio, Texas, and St. Petersburg, Florida.

## Local Retailers

**Risks:**
- Power
- Communications

**Functions:**
- Benefit Redemption

**Solutions:**
- Major retailers have generators and back up satellite telecommunications installed.

- An EBT service provider has the ability to manually authorize system approved manual vouchers.

- Stand-in processing for manual vouchers can be authorized.

- A Disaster Manual Voucher form and process has been developed for Level 1, 2, and 3 disasters that do not require prior authorization.

## ATMs

**Risks:**
- Power
- Communications

**Functions:**
- Benefit Redemption

**Solutions:**
- ATM risks are mitigated by the number of transaction acquirers and the unlikelihood that all systems would fail.

- Major financial institutions and retailers have generators and back-up satellite telecommunications installed.

## Disaster Services

**Overview**

1. In the event of a catastrophic disaster authorization for "individual assistance" to implement a Disaster Food Assistance Program will be requested from the United States Department of Agriculture, Food and Nutrition Service.

   The specific disaster situation will be analyzed and evaluated to determine what kind of card issuance and operational alternatives are needed for a prompt and efficient response.  Flexibility is the key as each disaster is different and recovery needs change.

2. Florida EBT disaster services consist of a menu of options that can be selected and implemented depending on the severity and nature of the disaster and the specific needs of those affected.  Secondary disaster situations may develop requiring immediate attention.

3. Disasters may be categorized into three levels, in accordance with USDA-FNS guidance as an evaluation tool.  Experience teaches that levels overlap and service functions should be interchangeable in the models for use at any level.  The levels will be implemented and terminated quickly as priorities often change during the recovery process.  The classification criteria for each level of disaster and the service options are shown below.

# Level 1 Disaster

## Criteria

- Category 1 or 2 storm or equivalent.
- Minimal numbers of residents and commercial establishments negatively impacted (25% or less).
- Limited power and telecommunications infrastructure impact - "spot outages", restoration in 1 - 3 days.
- Benefit redemption points available (80% +).

## EBT Options

- Lift staggered issuance in advance of the disaster.
- Post disaster retailer survey and monitoring.
- Post disaster financial institution survey and monitoring.
- Replace any damaged or lost EBT - only POS.
- Process mass replacements and/or supplements, if approved.

## Level 1 Disaster (EBT Options) continued:

- Customer Service assistance to callers in the affected areas, e.g., informing of operational benefit redemption points and issuing replacement cards to alternate addresses for affected recipients.
- Special services messages added to Interactive Voice Response (IVR)
- Manual voucher processing with extended authorization period.

## Level 2 Disaster

### Criteria
- Category 2, 3, or 4 storm or equivalent.
- Moderate to widespread number of residents and commercial establishments negatively impacted (25% – 50%).
- Power and telecommunications outages, restoration in 4 - 7 days.
- Benefit redemption points available (65% +).

### EBT Options
- Lift staggered issuance in advance of the disaster.
- Post disaster retailer survey and monitoring.
- Communicate policy/procedural changes to benefit redemption points.
- Replace any damaged or lost EBT - only POS.
- Manual voucher processing with extended authorization period.
- Post disaster financial institution survey and monitoring.
- Process mass replacement of benefits as approved.
- Policy waiver to permit purchase of hot prepared food items with food assistance benefits.
- Policy waiver to allow early release of food assistance benefits for current or future month, as needed.
- Assist in implementing a Food For Florida Program, if requested and approved.
- Policy waiver to shorten expungement time frame for disaster benefits.
- Policy waiver to permit key entry of the card number at the POS without the physical card present.
- Customer service assistance to callers in the affected areas, e.g., informing of operational benefit redemption points and issuing replacement cards to alternate addresses for affected recipients.
- Modification of security requirements for customer identification.
- Special services messages added to Integrated Voice Response unit (IVR).
- Drop ship disaster cards to designated sites.
- Over the counter disaster card issuance.
- Mail disaster card issuance in multiple daily card files.
- Process supplemental benefits as approved.
- Implement specialized disaster daily reporting, if needed.

## Level 3 Disaster

### Criteria
- Catastrophic, category 4 or 5 storm or equivalent.
- Widespread damage with large numbers of residents and commercial establishments negatively impacted (50% or more).
- Power and telecommunications outages, restoration in 7+ days.
- Benefit redemption points available (<65%).

### EBT Options
- Lift staggered issuance in advance of the disaster.
- Post disaster retailer survey and monitoring.
- Manual voucher processing with extended authorization period, if needed.
- Communicate policy/procedural changes to benefit redemption points.
- Replace any damaged or lost EBT - only POS.
- Post disaster financial institution survey and monitoring.
- Process mass replacement of benefits as approved.
- Policy waiver to permit purchase of hot prepared food items with food assistance benefits.
- Policy waiver to allow early release of food assistance benefits for the current or future month, as needed.
- Assist implementing a Food For Florida Program, if requested and approved.
- Policy waiver to shorten expungement time frame for disaster benefits.
- Policy waiver to permit key entry of the card number at the POS without the physical card present.
- Customer service assistance to callers in the affected areas, e.g., informing of operational benefit redemption points and issuing replacement cards to alternate addresses for affected recipients.
- Special services messages added to up front Integrated Voice Response unit (IVR).
- Modification of security requirements for customer identification.
- Drop ship disaster cards to designated sites.
- Over the counter disaster card issuance.
- Mail disaster card issuance in multiple daily card files.
- Enhanced Customer Service (e.g., additional CSR's, separate toll-free number, special messages for any wait time, routing of certain call issues to CSR's for assistance).
- Implement specialized disaster daily reporting.
- Process supplemental benefits as approved.

## II. Card Issuance Alternatives

Florida EBT disaster response consists of a variety of service options that can be selected and implemented depending on the severity and nature of each individual disaster.

Card issuance alternatives are available for use based on analysis and evaluation of the disaster's scope and circumstances.  These methods of issuance can be implemented and terminated quickly as priorities and needs change.  More than one alternative can be used concurrently to provide maximum flexibility.

### A. On-site Issuance of Cards
*Known as "Over The Counter" or OTC*

There are three service options available for on-site card issuance.  The three options use various levels of automation.  This includes systems access via a telecommunications infrastructure.

All on-site card issuance options require heightened operations for management, support, supervision, security, etc.  A separation of duties is required for both personnel and maintenance of the card inventory.

On-site card issuance provides a method to issue cards directly to eligible or potentially eligible Food For Florida customers at the application processing site and can be used with all disaster levels.

Florida's current card stock inventory for DSNAP is 1.1 million vault cards.  Card plastics inventory is monitored by the EBT vendor and additional plastics are ordered based on current inventory levels and usage.  Lead time for a substantial increase as a result of a disaster would be 6 weeks, thus the requirement for Florida to maintain inventory of over 1 million cards.

### On-Site Card Issuance Facts and Procedures

- All on-site disaster cards include a card carrier with a tear off Tips card and an EBT flier.
- On-site disaster cards require no activation.  They become active status on system action to set up an EBT account.
- On-site disaster card numbers contain 16 digits and begin with **50813990**.
- The card will have a printed **"Food for Florida"** thermo-graph on the front.  The customer's name is not present.
- The customer will be required to present positive identification to receive the disaster card.

  **Note:**
  ID must be verified as part of an eligibility screening process.  An eligibility worker must confirm verification of ID.

- For the "Manual" and "Semi Automated" card issuance processes, the customer will be required to sign and date an EBT card manifest.  This validates acceptance of the disaster card.  For the "Automated" process, the validation is done by swiping the disaster card through a card reader.

## On-Site Card Issuance Facts and Procedures continued:

- The primary payee's disaster card may be issued to an authorized representative. The authorized representative must present positive identification and sign the EBT card manifest.

- The PIN method used during a disaster will be determined by the State prior to the opening of a disaster site.  An EBT flier that explains the PIN method will be provided to the customer at the site.

  A different PIN method can be used for each event.
  Below are the five different PIN methods that can be used:

  1.  Last four digits of the card number
  2.  The cardholder birth month and year (MM/YY)
  3.  Last four digits of the case number
  4.  The 9th, 10th, 11th, and 12th, digits of the card number
  5.  The cardholder birth month and day (MM/DD)

  The customer may call the toll-free Customer Service number on the back of the disaster card to change their PIN.

## 1. Option One – Manual Process (Over the Counter (OTC))

This option does not require systems access (electricity and telecommunications). Applications are accepted on-site.  After completing the application and the initial eligibility screening, the customer will follow the process below:

A.  After the customer completes their disaster application, they will wait in the paper application line to be reviewed.
B.  The customer will be asked to provide positive identification.
C.  An eligibility worker will verify the customer's ID, review the paper application, and complete the worksheet section of the application.
D.  An EBT worker will check to ensure all documents are present.
E.  An EBT worker will re-verify the customer's ID, select the next disaster card from the inventory and verify the card number on the card matches the card number on the manifest.
F.  An EBT worker will place one EBT barcode sticker from the manifest on the original (top) sheet of the paper application and the second EBT barcode on the copy (second sheet) of the paper application.  The original copy is sent to the Back Room for scanning and processing; the copy is the applicant's receipt.
G.  An EBT worker will give the customer their disaster EBT card, card carrier, and an EBT flier.  The flier provides the PIN information and when benefits may be available.
H.  An EBT worker will place the original paper application in the designated area for pick-up and delivery to an off-site processing center.
I.  Benefits for this option should be available within a few days, dependent on FLORIDA batch processing.

## 2. Option Two – Automated (Over the Counter (OTC))

In this option, the customers are pre-registered by internet or phone and are processed on-site through the express process. This is the only method in which the disaster EBT Card is swiped.

A. The customer pre-registers by the internet or phone.
B. The customer arrives at the site and is directed to the express line for pre-registered applicants.
C. The customer validates the application by presenting a valid Florida Driver's License or Florida ID matching the number entered during pre-registration.
D. An eligibility worker then swipes the customer's valid Florida Driver's License or Florida ID through a card reader or enters the driver's license on the screen. This pulls up the customer's pre-registration application.
E. After an eligibility worker confirms the applicant's electronic signature and the application process is completed, the EBT worker will re-verify the customers ID.
F. The EBT worker will select the next disaster card from the inventory and swipe the applicant's card through the card reader (or manually enter the number on screen) to link to the electronic application.
G. The EBT worker will ensure the number on the card matches the number on the manifest.
H. The EBT worker will place one barcode sticker from the manifest on an EBT flier (this is the applicants receipt) and then voids the second (matching) barcode on the manifest.
I. The EBT worker will give the customer their disaster card carrier and an EBT flier. The flier provides the PIN information and when benefits may be available.
J. Benefits for this option should be available within a few days, dependent on FLORIDA batch processing.

**Note:**
If no automation is available, the EBT process would be the same as "On-Site Card Issuance" Option One (1).

## 3. Option Three - Partial Automation (Over the Counter (OTC))

This option uses a "Back-Up" list for customers that have already "Pre-Registered" using the Food For Florida web system. Customers are pre-registered by internet or phone and are processed on-site through the express process.

A. The customer pre-registers by the internet or phone.
B. The customer arrives at the site and is directed to the express line for pre-registered applicants.
C. An eligibility worker locates the customer on the pre-registration "Back-Up" list.
D. The customer acknowledges the application by presenting a valid Florida Driver's license or Florida ID matching the number entered during pre-registration.
E. An eligibility worker verifies the customer's ID and the eligibility worker and customer sign the signature page.

## Option Three - Partial Automation (OTC) continued:

F. An EBT worker re-verifies the customers ID.

G. The EBT worker will select the next disaster card from the inventory and verify the card number on the card matches the card number on the manifest.

H. The EBT worker will place one barcode sticker from the manifest on the original signature page and place the second barcode on the copy of the signature page. The original signature page is sent to the Back Room for scanning and processing The copy of the signature page with the bar code is the applicant's receipt.

I. The EBT worker will give the customer their disaster EBT card, card carrier, and an EBT flier. The flier provides the PIN information and when benefits may be available.

J. The EBT worker will place the original signature page in the designated area for pick-up and delivery to an off-site processing center.

K. Benefits for this option should be available within a few days, dependent on FLORIDA batch processing.

## B. Mail Issuance of Cards

There are three service options available for Mail Issuance. The three options use various levels of automation. This includes systems access via a telecommunications infrastructure.

Unlike on-site card issuance options that require heightened operations for management, support, supervision, security, etc. On-site card issuance requires a separation of duties for both personnel and maintenance of the physical card inventory. The following inventory maintenance tracking forms are required for over the counter card issuance:

- Tracking Log Master
- EBT Site Card/Supplies Shipment Log
- EBT Card Box Daily Assignment Log
- EBT Manifest Log

## Mail Issuance Card Facts and Procedures

- All mailed disaster EBT cards contain a card carrier that includes a tear off "Tips" card with important information.
- Disaster EBT cards require no activation and are mailed in an active status to the primary cardholder.
- Mailed disaster EBT card numbers contain 16 digits and begin with **50813990**.
- The initial card will have a printed **"Food for Florida"** thermo-graph on the front below the cardholder's name.

## Mail Issuance Card Facts and Procedures continued:

- Disaster EBT cards are mailed to the case mailing address on the FLORIDA system as listed on the AICI screen.
- Mailed disaster EBT cards are not forwarded by the post office.

The return address on the envelope is:

**ACCESS EBT Card**
**PO Box 290**
**Milwaukee, WI 53201-0290**

- Unless the waiver for "Relaxed Key Entry" of a card number is in use, an undelivered card received in Milwaukee, WI will be issued a status code as undelivered on the FIS ebtEDGE system and destroyed.
- A new card is not generated unless the cardholder contacts Customer Service and requests another card.  If the "Relaxed Key Entry" waiver is in effect, the returned card number will be recorded on a spreadsheet; the physical card destroyed, and the status will be updated in the system at a later date.
- The goal for a customer to receive a mailed disaster card is three days from the date of application (this is determined by the backroom processing).
- The PIN method used during a disaster will be determined by the State prior to the opening of a Food For Florida disaster site.  The EBT flier explains the PIN method information and is provided to the applicant at the site.

A different PIN method could be used per event if needed.  Below are the five different PIN methods that can be used.

1. Last four digits of the card number
2. The cardholder's birth month and year (MM/YY)
3. Last four of the case number
4. The 9th, 10th, 11th, and 12th, digit in the card number
5. The cardholder's birth month and day (MM/DD)

The customer may call the toll-free Customer Service number on the back of the disaster EBT card to change their PIN.

## 1. Option One - Manual Process (Mail)

This option does not require systems access (electricity and telecommunications).  Applications are accepted on-site.  After completing the application and the initial eligibility screening, the customer will follow the process below:

A. After the customer completes their disaster application, they will wait in the paper application line to be reviewed.
B. The customer will be asked to provide positive identification.

**Option One – Manual Process (Mail) continued:**

C. An eligibility worker will verify the customer's ID, review the paper application, and complete the worksheet section of the application.
D. An EBT worker will check to ensure all documents are present.
E. An EBT worker will re-verify the customers ID.
F. An EBT worker will place one DCF sticker on the original copy of the paper application and one DCF sticker on the copy of the paper application.  The original copy is sent to the Back Room for scanning and processing; the copy is the applicant's receipt.
G. An EBT worker will give the applicant an EBT flier.  The flier provides the PIN information and when benefits may be available.
H. An EBT worker will place the original paper application in the designated area for pick-up and delivery to an off-site processing center.
I. Benefits for this option should be available within a few days, dependent on FLORIDA batch processing.

## 2. Option Two – Automated (Mail)

In this option, the individuals are pre-registered by internet or phone and are processed on-site through the express process.

A. The individual pre-registers by the internet or phone.
B. The individual arrives at the site and is directed to the express line for pre-registered applicants.
C. The customer validates the application by presenting a valid Florida Driver's License or Florida ID matching the number entered on the pre-registration.
D. An eligibility worker swipes the customer's valid Florida Driver's License or Florida ID through a card reader or enters the driver's license on screen only if the driver's license is present but will not swipe.  This pulls up the pre-registration application.
E. After an eligibility worker verifies the completed application, an EBT worker will re-verify the customers ID.
F. An EBT worker places a DCF sticker on the EBT flier (this is the applicant's receipt).
G. An EBT worker will give the customer an EBT flier.  The flier provides the PIN information and when benefits may be available.
H. Benefits for this option should be available within a few days, dependent on FLORIDA batch processing.

## 3. Option Three - Partial Automation (Mail)

This option uses a "Back-Up" list for customers that have already "Pre-Registered" using the Food For Florida internet or phone system.  Customers are pre-registered by internet or phone and are processed on-site through the express process.

A. The customer pre-registers by the internet or phone.
B. The customer arrives at the site and is directed to the express line for pre-registered applicants.

## Option Three – Partial Automation (Mail) continued:

C. An eligibility worker locates the customer on the pre-registration "Back-Up" list.

D. The customer acknowledges application by presenting a valid Florida Drivers License or Florida ID matching the number entered on the pre-registration.

E. An eligibility worker verifies the customer's ID and the eligibility worker and customer sign the signature page.

F. An EBT worker re-verifies the customers ID.

G. The EBT worker will place one DCF sticker on the original signature page and place a second DCF sticker on the copy of the signature page.  The original signature page is sent to the Back Room for scanning and processing; and the copy of the signature page with the DCF sticker is the applicant's receipt.

H. An EBT worker will give the customer an EBT flier.  The flier provides the PIN information and when benefits may be available.

I. An EBT worker will place the signature page in the designated area for pick-up and delivery to an off-site processing center.

J. Benefits for this option should be available within a few days, dependent on FLORIDA batch processing.

## C. Special Needs Issuance and Off-Site Alternative

Each "Disaster Site" has the possibility of applicants with special needs.  If "Special Needs Issuance" is designated and set up at the site, the same issuance processes will be used in issuing benefits as described in sections "A" (On-Site Card Issuance) and "B" (Mail Issuance of Cards) depending on which form of application processing and issuance has been designated for the site.

If "Special Needs" issuance is done "Off- Site" (i.e. mobile unit), the same processes will be used in issuing benefits as described in sections "A" (On-Site Card Issuance) and "B" (Mail Issuance of Cards) depending on which form of issuance is available with the following exception.

**Off-Site Alternative**
This option requires access to the Food For Florida internet or phone system. Customers register by internet or phone.  Identity is verified by computer match(s) to process this application and no face-to-face interview is required.

- The customer completes the application on the internet or by phone.
- The customer's identity is verified by computer match(s).
- The application is processed, and the FLORIDA interface sends the data to EBT.
- The disaster EBT card is mailed to the applicant with a card carrier that explains how to obtain a PIN.
- A "Notice of Eligibility" is mailed to the customer.

**Note:**
Information about their application is available to the household through the Pre-registration web portal and the ACCESS IVR at 1-866-762-2237.

## D. Inventory and Security Procedures

1. These procedures begin by assuming the designated EBT staff has a storage area where the shipped boxes of disaster cards can be kept.  From the moment of delivery, <u>the inventory of disaster EBT cards must be secured under lock and key</u>.

   **Note:** EBT Card Stock. Steps and timeline for procurement of additional cards. Response: The state's EBT Provider maintains a supply of 1,000,000 Florida disaster cards available to support a Disaster Food Assistance Program (Food For Florida). Two hundred thousand (200,000) vault cards are readily available for shipment to the Department within 24 hours of request with the remaining 800,000 cards ready for increments of 100,000 cards per shipment within five (5) days from the date of request.

   **Note:**
   Two people must accept the delivery; one should be the equivalent of a supervisor or higher and is responsible for signing the "EBT Site Card/Supplies Shipment Log".

   **Reminder:**
   As soon as the site is preparing to open, the designated EBT staff must ensure the proper number of EBT Fliers (English, Spanish, and Haitian Creole) and DCF Stickers (Mail issuance) are ordered.

2. The designated EBT staff will validate the number of boxes requested/shipped versus received (quantity).  The "EBT Site Card/Supplies Shipment Log" shall be used to verify the total number of boxes received and their respective individual box number(s).

   The box label contains a lot of information which identifies each individual box. The Job Number (Highlighted in Red under the Barcode) is recorded on the "EBT Site Card/Supplies Shipment Log" with the box number (Highlighted in Yellow and Green) to be placed on the log.  See example of the box label below:

   

3. The designated EBT staff must verify the card inventory at the start and close of each business day.  This verification includes verifying the contents of each card box when opened, see contents below:

- Box label to indicate unique card box number with job number
- 250 Disaster EBT cards in a sleeve secured by tamper evident tape
- 250 English/Spanish disaster EBT card carriers
- Two weather resistant copies of the manifest
- Packing Slip
- Shipped in boxed secured by tamper evident tape

## Inventory and Security Procedures Continued

When the designated EBT staff complete verification of the 250 Disaster cards, they will sign their name on the first verification line at the bottom left of the first card manifest page.

A second designated EBT staff will repeat this process and will sign their name on the second verification line at the bottom left of the first card manifest page.

**Recommendation:**
When the designated EBT staff counts the cards in the card sleeve it is highly recommended that they place a small piece of colored paper (Post-it Note) in the sleeve after every 25th card to assist with EBT Quality Assurance (QA) worker card issuance and card reconciliation at the end of the day.

The designated EBT staff should always verify that the label on the card box matches with the label on the card sleeve and manifest. If they don't match document this on the "EBT Site Card/Supplies Shipment Log" and void that card box and card sleeve.

**Note:**
This is done on a daily basis until final reconciliation has taken place.

4. After the verification of the disaster cards and the signing of the manifest the designated EBT staff will re-seal the card sleeve with security tape. Then they will initial and date the security tape.

5. After the card sleeve is resealed, initialed, and dated the designated EBT staff will repack the card box and seal it with security tape. After it is sealed they will initial and date the security tape.

6. Based on the needs of the site and the number of EBT staff available, the designated EBT staff will determine how many card boxes will be moved from secured storage for daily use.

7. The card boxes will be assigned and documented on the "EBT Card Box Daily Assignment Log". This form can only be filled out by designated EBT staff.

8. Designated EBT staff shall inspect each card box and card sleeve for any evidence of tampering. Anything of a suspicious nature should be immediately reported to the supervisory EBT staff person.

## Inventory and Security Procedures Continued

9.  Designated EBT staff inspects the contents of the card box for:

    - Box label to indicate unique card box number with job number
    - Labeled card sleeve secured by tamper evident tape
    - English/Spanish disaster card carriers
    - Two weather resistant copies of the manifest

    **Note:**
    Designated EBT staff should always verify that the label on the card box matches with the label on the card sleeve and the card manifest.

10. Designated EBT staff shall issue the cards in order as listed on each page of the card manifest.  They will sign their name at the bottom left of each page of the manifest as they are completed.

    **Note:**
    EBT staff shall provide an EBT flier and explain the PIN method along with each card they issue.

11. When the EBT staff ends their shift and there are still cards remaining in the sleeve, they will count the remaining cards and reconcile them to the card manifest.  The supervisory EBT staff will also need to count the remaining cards and reconcile to the card manifest.

12. After the verification of the remaining cards by two people, the designated EBT staff will reseal the card sleeve with security tape.  Then they will initial and date the security tape.

    **Note:**
    Ensure the remaining cards remain in order in the sleeve.  Place all manifests (both sets), all remaining card carriers, and the sleeve of remaining cards back in to the original card box and securely tape shut.  The designated EBT staff will ensure this box is accounted for accurately on the "EBT Card Box Daily Assignment Log" and will be assigned first the next morning

13. After the card sleeve is resealed, initialed, and dated the designated EBT staff will repack the card box and seal it with security tape.  After it is sealed they will initial and date the security tape.

## Inventory and Security Procedures Continued

14. Designated EBT staff ensures that the boxes are returned to the storage area secured until the next day.

15. Each day, the designated EBT staff will maintain manifests for complete and incomplete card boxes by tracking them on the "EBT Manifest Log" to assist in reconciliation.

    The unused manifests shall be kept in a secure location while the site is open.

    When the site is closed, all boxes with partially issued cards will have the original signed manifest and copy of the manifest recorded on the "EBT Manifest Log" for reconciliation purposes.

    The designated EBT staff must ensure the completed card manifests from each box used during the disaster site are maintained in two separate locations for audit purposes. The recommended time of retention is seven years.

    They may coordinate with the Region where to store the original manifest and the copy of the original manifest.

16. Steps 3 – 15 are repeated every day until the disaster site closes.

17. When the disaster site closes, An EBT designated EBT staff will inventory the remaining boxes and reconcile following logs:

    EBT Site Card/Supplies Shipment Log
    EBT Card Box Daily Assignment Log
    EBT Manifest Log

    When reconciled, the logs will be scanned and emailed to an EBT Project Office.

18. The "EBT Site Card/Supplies Shipment Log" will account for all boxes that were received in step #2.  The log documents which boxes were "opened" and those that were never opened etc.  Please see section **"Disaster Site Card Issuance Closeout"** for additional information.

# An example of a Food For Florida
# Card Manifest is available on the next page

# Food For Florida Card Manifest

## FLORIDA EMERGENCY EBT DISASTER OTC CARD MANIFEST

BOX NUMBER: 9BFNST-57

START DATE: _____   END DATE: _____

LOCATION: _____

| SEQUENCE NUMBER | CARD NUMBER | BAR CODE/PAN NUMBER | BAR CODE/PAN NUMBER | OCR INIT | RECIPIENT SIGNATURE |
|---|---|---|---|---|---|
| 014001 | 508139930705002 | Place on EBT Flier | *508139930705002* | | Automated |
| 014002 | 508139930705010 | Place on EBT Flier | *508139930705010* | | Automated |
| 014003 | 508139930705028 | Place on EBT Flier | Place on Signature Page | | Pre-Registration |
| 014004 | 508139930705036 | Place on EBT Flier | Place on Signature Page | | Both Stickers used |
| 014005 | 508139930705044 | Place on White Copy | Place on Yellow Copy | | Paper Application |
| 014006 | 508139930705051 | Place on White Copy | Place on Yellow Copy | | Both Stickers used |
| 014007 | 508139930705069 | *508139930705069* | *508139930705069* | | |
| 014008 | 508139930705077 | *508139930705077* | *508139930705077* | | |
| 014009 | 508139930705085 | *508139930705085* | *508139930705085* | | |
| 014010 | 508139930705093 | *508139930705093* | *508139930705093* | | |
| 014011 | 508139930705101 | *508139930705101* | *508139930705101* | | |
| 014012 | 508139930705119 | *508139930705119* | *508139930705119* | | |
| 014013 | 508139930705127 | *508139930705127* | *508139930705127* | | |
| 014014 | 508139930705135 | *508139930705135* | *508139930705135* | | |
| 014015 | 508139930705143 | *508139930705143* | *508139930705143* | | |

SIGNATURE OF VERIFIER/RECEIVER 1: _____   DATE: _____

SIGNATURE OF VERIFIER/RECEIVER 2: _____   DATE: _____

Worker Assigned To This Page: _____   DATE: _____

FFF

EBT Project Office                    19                    DP 2017 -2018

## E. Card Manifest Instructions

**BOX NUMBER:**
The box number is already located on the manifest for staff.

**Note:**
Designated EBT staff will verify that the box number on the manifest matches with the box number on the label on the card sleeve which holds the disaster cards.

**START DATE:**
The start date is entered by designated EBT staff working with the card manifest.

**END DATE:**
The end date is entered by designated EBT staff working with the card manifest.

**LOCATION:**
This is the site address or number where the disaster cards are issued.

**TOTAL CARDS IN A BOX:**
The total number of cards in the box should be 250 with a 17 page manifest listing 15 cards per page except on the last page which list 10 cards.

**CARD NUMBER:**
Corresponds with the page manifest, although the card numbers are in sequential order from lowest to highest, they are not consecutive.

**CARDHOLDER SIGNATURE/DATE:**
The person receiving the card will sign and date here.

**DCF INITIALS:**
The person issuing the card will initial here.

**REMINDERS:**
As each box of cards is opened for use, two persons must validate the number of cards in the box and their numerical range with the manifest.

Discrepancies must be reported immediately to the EBT Project Office.

At the beginning and end of each workday, the number of disaster cards in the box must be reconciled with the un-issued cards listed on the manifest.  Any discrepancies must be immediately reported to the Supervisor-In-Charge.

## F. Card Issuance Operations

1. Only one disaster EBT card per assistance group (household) will be issued at the disaster site for the primary payee.  The disaster EBT card may be issued to the primary payee or to the authorized representative, whoever is present.

2. Designated EBT staff will ensure that cards are issued in sequential order from the card sleeve.

3. For the "Manual" and "Semi Automated" card issuance processes, the customer will be required to sign and date the card manifest.  This validates acceptance of the EBT card.

   For the "Automated" process the validation is done by swiping the EBT card through a card reader.

4. Depending on the issuance method designated EBT staff will remove the corresponding barcode sticker(s) from the manifest and place the barcode sticker(s) on the needed document(s).

   See the sample manifest on page 17.  The sample shows how the card manifest will look depending on the issuance method chosen.  This is for Over the Counter (OTC) issuance only.

   **Note:**
   Designated EBT staff must ensure that the barcode sticker they are removing matches the disaster card issued to the cardholder.

5. The complete demographic and benefit records for the cardholder will be transmitted in batch processing from the FLORIDA system to the FIS ebtEDGE system in daily files.

   The records may be processed several times throughout the day depending on the size of the disaster.

6. An "EBT Issuance Sheet" was created as a guide for EBT workers.  Please see next page.

# EBT Issuance Sheet

**Reminder:** Always discuss the PIN Issuance with the customer!

| Over The Counter (OTC) | Mail Issuance |
|---|---|



**Automated Process**
**EBT Barcodes (On manifest)**

- Re-verify customers ID and then swipe the EBT card through the card reader to validate the card

- Place one EBT barcode on the designated spot on the EBT flier.  This is the applicants receipt

- **VOID** the other EBT barcode on the card manifest

  *(Hand out Card, Card Carrier, and EBT Flier)*

**Automated Process**
**DCF Sticker**

- Re-verify customers ID

- Place one DCF Sticker on the designated spot on the EBT flier.  This is the applicants receipt

  *(Hand out the EBT Flier Only)*

---

**Partial Automation – Signature Page**
**EBT Barcodes (On manifest)**

- Re-verify customers ID and have the customer sign the card manifest

- Place one EBT barcode on the original Signature Page.  This will go to the scanner

- Place the other EBT barcode on the copy of the Signature Page.  This is the applicants receipt.

  *(Hand out Card, Card Carrier, and EBT Flier)*

**Partial Automation – Signature Page**
**DCF Sticker**

- Re-verify customers ID and make sure that the signature page is signed.

- Place one DCF Sticker on the original Signature Page.  This will go to the scanner

- Place another DCF Sticker on the copy of the Signature Page.  This is the applicants receipt

  *(Hand out the EBT Flier Only)*

---

**Manual Process – Paper Application**
**EBT Barcodes (On manifest)**

- Re-verify customers ID and have the customer sign the card manifest

- Place one EBT barcode on the original Paper application. This will go to the scanner

- Place the other EBT barcode on the copy of the Paper application.  This is the applicants receipt.

  *(Hand out Card, Card Carrier, and EBT Flier)*

**Manual Process – Paper Application**
**DCF Sticker**

- Re-verify customers ID and make sure that the paper application is signed.

- Place one DCF Sticker on the original Paper application.  This will go to the scanner

- Place another DCF Sticker on the copy of the Paper application.  This is the applicants receipt

  *(Hand out the EBT Flier Only)*

EBT Project Office 05-20-2014

## G. EBT Issuance Sheet

The "EBT Issuance Sheet" is a tool to assist an EBT worker to process the different methods of card issuance more efficiently.

**Note:**
Remember that some steps cover all of the application processes (Automated, Partial Automated, and Paper) and are not specific to just one.

**Step 1:** Check customer ID (State Driver's License, State ID, etc.).

**Step 2:** Check Documents (Signature Page, Paper Application etc.).

**Step 3:** Select the next card from assigned inventory if this is "Over the Counter Issuance".

**Step 4:** Compare the card to the Inventory manifest.

**Step 5:** Swipe Card.  **(OTC Automated Option Only)**

**Step 6:** Placement of the bar code stickers from the card manifest for the:

| SEQUENCE NUMBER | CARD NUMBER | BAR CODE/PAN NUMBER | BAR CODE/PAN NUMBER | DCI INIT | RECIPIENT SIGNATURE |
|---|---|---|---|---|---|
| 014001 | 5081399307050002 | Place on EBT Flier | VOID *5081399307050002* | | Automated |
| 014002 | 5081399307050010 | Place on EBT Flier | VOID *5081399307050010* | | Automated |
| 014003 | 5081399307050028 | Place on EBT Flier | Place on Signature Page | | Pre-Registration |
| 014004 | 5081399307050036 | Place on EBT Flier | Place on Signature Page | | Both Stickers used |
| 014005 | 5081399307050044 | Place on White Copy | Place on Yellow Copy | | Paper Application |
| 014006 | 5081399307050051 | Place on White Copy | Place on Yellow Copy | | Both Stickers used |

**Automated Process:**
Place 1st barcode on the EBT flier and void the 2nd barcode.

**Partial Automated Process:**
Place 1st barcode on the original EBT Flier and the 2nd barcode on the copy of the Signature Page.

**Paper Process:**
Place 1st barcode on top of the original Paper application and the 2nd barcode on the copy of the Paper application.

**Step 7:** Customer signs the card manifest only if the card is not swiped.

**Step 8:** EBT worker initials the card manifest.

**Step 9:** Give the customer the card (if issuance is done Over the Counter), card carrier, and EBT flier.

## H. Disaster Site Card Issuance Closeout

1. Make sure all card boxes are accounted for on an EBT Site Card/Supplies Shipment Log.

2. All opened boxes of disaster cards must be reconciled by two people.

   **Reminders:**
   Closeout of disaster EBT cards is restricted to designated individuals and their "backup" only.

   The final inventory of disaster cards in the box must be verified.

   Designated staff must sign and date the bottom of each page of the card manifest.

   **Note:**
   One staff person must be the equivalent of a Supervisor-in-Charge (Supervisor or higher) and the second should be the equivalent of an eligibility specialist or higher.

3. The Issuance Supervisor must ensure that the signed card manifests from each box that were used during the disaster site is maintained in a secure location in case of a state or federal audit.  The recommended time of retention is seven years

   **Suggestions:**

   - Save the copied manifest by year, storm, and site
   - Place the original signed manifest in one secure location
   - Place a copy of the original signed manifest in another secure location
   - This is needed just in case one is destroyed by an accident, disaster, etc.

4. Send an email with scanned copy of the completed Inventory Tracking Log(s) to an EBT Project Office in Tallahassee.

## Disaster Site Card Issuance Closeout, Continued

### After Disaster reconciliation is complete

5. Items to return to FIS include but is not limited to:

   - Disaster card boxes that were never opened
   - Damaged card boxes
   - Voided card boxes (Card sleeve label does not match card box label)
   - Opened card boxes with cards not used in the disaster (Partial card boxes)

### Special reminders:

   a. If a card box is opened, but the cards are only partially issued, the remaining cards must be returned in the same shipping box.  Opened partial boxes may not be combined for inventory reconciliation or shipping.

   <center>No Exceptions – No Exceptions – No Exceptions</center>

   b. If needed fill boxes with paper, bubble wrap, etc., to stabilize the contents in the box

   c. Please ensure that the boxes are well sealed and taped.

   d. If other problems occur, or if in doubt, contact your local EBT coordinator for resolution.

   If they cannot answer the question or resolve the problem, contact an EBT Project Office in Tallahassee.

Please mail these items in section 5 above to FIS using the address below.

<center>
State Support
FIS Government Solutions
11000 West Lake Park Drive
Milwaukee, WI 53224
</center>

**All remaining card inventory must be returned by the due date given for the specific disaster.**

## III. Replacement Cards & PINs

### Replacement Cards

A. Food For Florida recipients that do not receive their EBT card in the mail (Mail Issuance) or lose their EBT card received at the disaster site (OTC) may obtain a replacement by calling EBT Customer Service at 1-888-356-3281.

B. Food For Florida recipients requesting replacement cards will be asked to verify certain identifying information of the primary cardholder.

C. When a replacement card is requested, the old card number is deactivated immediately and a new card number generated at the same time.  Replacement cards are mailed and are normally received within seven business days.

D. The PIN for the replacement card will be the same PIN as the previous card.  PIN numbers carry forward from card to card unless the cardholder changes the PIN.

   **Note:**
   It is not necessary to change a PIN when a replacement card is requested unless the security of the PIN has been compromised.

### Personal Identification Numbers (PINs)

The PIN method used during a disaster will be determined by the "State" prior to the opening of a Food For Florida disaster site.  An EBT flier that explains the PIN method will be handed out to the customer at the site.

There are 5 versions of the EBT Disaster flier.  Each EBT flier addresses each PIN issuance method used in the "Disaster Plan".  PIN issuance methods may be changed from disaster to disaster in order to provide better security for cardholders.

## Personal Identification Numbers (PINs) Continued

The five (5) different PIN methods are described below:

1. Last four digits of the card number

2. The cardholder's birth month and year (MM, YY)

3. Last four of the case number

4. The 9th, 10th, 11th, and 12th, digit in the card number

5. The cardholder's birth month and day (MM, DD)

The customer may call the toll-free number on the back of the card to reach EBT Customer Service at any time to change their PIN.

The cardholder must be able to provide the following information in order to select or change a PIN:

- Date of Birth of the Primary Cardholder;
- Social Security Number of the Primary Cardholder;
- If no Social Security Number, the Case Number of the Primary Cardholder,

  There may be an additional verification if the cardholder placed a security code on their account.

- Security Code (mandatory verification if one is on the account)

# IMPORTANT

It is the cardholder's responsibility to maintain security of their PIN.  If a cardholder believes someone knows the PIN, he/she should call EBT Customer Service ARU immediately to change their PIN.

If someone knows a cardholder's PIN, obtains their EBT card and uses the benefits, the benefits will not be replaced.

## Troubleshooting Disaster Cards

**"I applied for benefits but have not received my EBT card in the mail"**

**Step 1:** Check IQEB to see if a demographic record was sent to EBT.

**Step 2:** If there is no entry on IQEB check FLORIDA for approval status.

**Step 3:** If IQEB shows a demographic record was sent to EBT, check an EBT card history for the card issuance data.

**Step 4:** If the card was mailed and it has been greater than 10 days have the cardholder request a replacement card and update their mailing address, if needed.

**"I am having trouble changing my PIN for my EBT card"**

**Step 1:** Verify the cardholders Name, DOB, SSN, and Password (Security Code if one is on the case) is correct on the FIS ebtEDGE system.

**Step 2:** If the demographics are not correct, verify other identifying information in the case before giving the cardholder the information that is on the FIS ebtEDGE system to enter in the ARU.

**Step 3:** If the case is open on FLORIDA, update the demographic information and process the change.

**Troubleshooting:**

1. **Card Does Not Work:**

   - Card has been cancelled, or replaced
   - Benefits used up, not posted, or expunged
   - Card is damaged
   - Trying to use card at an ATM
   - Trying to purchase food at a retailer that is not authorized by USDA.

2. **PIN entered incorrectly:**

   - Cardholder allowed 3 tries to enter PIN correctly.  On the next incorrect PIN entry, the cardholder access will be locked out.
   - Cardholder may call Customer Service and select a new PIN (if they cannot remember their current one).
   - Account access lock out will be released at midnight.

Benefits will be available for **90** days (or other period as designated by the Department) from the date they are placed into the cardholder's account.  The cardholder may also view their EBT information online at the website below:

https://www.ebtedge.com/gov/portal/CardholderLogon.do

# EBT Fliers and Disaster PIN Types

## EBT Fliers
## Are now "PIN" Specific

Each EBT flier can address any issuance method used in the "Disaster Plan".

Each flier will address one of "Five" Personal Identification Number (PIN) methods that can be used during a "Disaster".  This can be changed as needed to provide better identification protection for cardholders.

The PIN method used for an event will be determined by the "State" prior to the opening of a disaster site.

The five (5) different PIN methods are described below:

- **PIN Type 01**
  Last four digits of the card number
  Example: Card number is 1234 5678 9012 3456
  PIN will be: **3456**

- **PIN Type 04**
  The cardholder's birth month and year (MM, YY)
  Example: Birth date is July 4th, 2013 or 07/04/2013 or 7/4/13
  PIN will be: **0713**

- **PIN Type 09**
  Last four of the case number
  Example: Case number is 123456**7890**
  PIN will be: **7890**

- **PIN Type 11**
  The 9th, 10th, 11th, and 12th, digit in the card number
  Example: Card number is 1234 5678 9012 3456
  PIN will be: **9012**

- **PIN Type 14**
  The cardholder's birth month and day (MM, DD)
  Example: Birth day is July 4th, 2013 or 07/04/2013 or 7/4/13
  PIN will be: **0704**

29

Place EBT Bar Code Here
(If used as a receipt for an automated process)

OFFICE OF ECONOMIC
SELF-SUFFICIENCY
MYFLFAMILIES.COM

For Official
Use Only

2016 - 2017
Type 01

## Where can I use my card?
You may use the card at any authorized USDA retailer nationwide.
Please look for the QUEST® logo (See example to the right). 

## What can I buy with my card?
Food benefits can only be used for food products (non-taxable items) and for plants and seeds to grow food for your household to eat.

## What cannot be purchased with my card?
Any nonfood item, such as pet foods, soaps, paper products, household supplies, grooming items, toothpaste, cosmetics, alcoholic beverages, tobacco, vitamins and medicines etc....

## When will I receive my card?
In most situations, your card will be given to you at the Disaster site as you complete the application process.  Your card may be mailed to you if computers at the Disaster site fail to work or if the size of the Disaster site prevents handing out cards due to extremely large numbers of households affected by the disaster.

## When will I receive my Personal Identification Number (PIN)?
*Your PIN is the last four digits of your card number.*  If you received your card at the Disaster site, you will need to wait until your benefits are deposited before shopping.  If your card is being mailed to you, your benefits should be deposited by the time you receive your card.  For additional information, please refer to the "Card Carrier".

## What if I do not receive my "Notice of Eligibility"?
Please call the Department of Children & Families ACCESS line at 1-866-762-2237.

## When will benefits be placed on my card?
If you are approved, your Food for Florida benefits should be available in your EBT account within a few days after you apply.  You must use these benefits within 90 days from the date they are deposited into your account.

## How much can I expect to receive in benefits?
Benefits vary by the number of eligible people who live and eat with you (See chart below).

| Household Size | Benefit Amount |
|---|---|
| 1 | $194 |
| 2 | $357 |
| 3 | $511 |
| 4 | $649 |
| 5 | $771 |
| 6 | $925 |

Place EBT Bar Code Here
(If used as a receipt for an automated process)



For Official
Use Only

2016 - 2017
Type 04

**Where can I use my card?**
You may use the card at any authorized USDA retailer nationwide.
Please look for the QUEST® logo (See example to the right). 

**What can I buy with my card?**
Food benefits can only be used for food products (non-taxable items) and for plants and seeds to grow food for your household to eat.

**What cannot be purchased with my card?**
Any nonfood item, such as pet foods, soaps, paper products, household supplies, grooming items, toothpaste, cosmetics, alcoholic beverages, tobacco, vitamins and medicines etc....

**When will I receive my card?**
In most situations, your card will be given to you at the Disaster site as you complete the application process. Your card may be mailed to you if computers at the Disaster site fail to work or if the size of the Disaster site prevents handing out cards due to extremely large numbers of households affected by the disaster.

**When will I receive my Personal Identification Number (PIN)?**
*Your PIN is based on your birth month and year (two digits for the month and two digits for the year).* For example, if you were born in March of 1970, your PIN will be 0370. If you received your card at the Disaster site, you will need to wait until your benefits are deposited before shopping. If your card is being mailed to you, your benefits should be deposited by the time you receive your card. For additional information, please refer to the "Card Carrier".

**What if I do not receive my "Notice of Eligibility"?**
Please call the Department of Children & Families ACCESS line at 1-866-762-2237.

**When will benefits be placed on my card?**
If you are approved, your Food for Florida benefits should be available in your EBT account within a few days after you apply. You must use these benefits within 90 days from the date they are deposited into your account.

**How much can I expect to receive in benefits?**
Benefits vary by the number of eligible people who live and eat with you (See chart below).

| Household Size | Benefit Amount |
|---|---|
| 1 | $194 |
| 2 | $357 |
| 3 | $511 |
| 4 | $649 |
| 5 | $771 |
| 6 | $925 |

Place EBT Bar Code Here
(If used as a receipt for an automated process)

OFFICE OF ECONOMIC
SELF-SUFFICIENCY
MYFLFAMILIES.COM

For Official
Use Only

2016 - 2017
Type 09

### Where can I use my card?
You may use the card at any authorized USDA retailer nationwide.
Please look for the QUEST® logo (See example to the right). 

### What can I buy with my card?
Food benefits can only be used for food products (non-taxable items) and for plants and seeds to grow food for your household to eat.

### What cannot be purchased with my card?
Any nonfood item, such as pet foods, soaps, paper products, household supplies, grooming items, toothpaste, cosmetics, alcoholic beverages, tobacco, vitamins and medicines etc.…

### When will I receive my card?
In most situations, your card will be given to you at the Disaster site as you complete the application process.  Your card may be mailed to you if computers at the Disaster site fail to work or if the size of the Disaster site prevents handing out cards due to extremely large numbers of households affected by the disaster.

### When will I receive my Personal Identification Number (PIN)?
*Your PIN is the last four digits of your case number (Located on the notice of Eligibility).*  If you received your card at the Disaster site, you will need to wait until your benefits are deposited before shopping.  If your card is being mailed to you, your benefits should be deposited by the time you receive your card.  For additional information, please refer to the "Card Carrier".

### What if I do not receive my "Notice of Eligibility"?
Please call the Department of Children & Families ACCESS line at 1-866-762-2237.

### When will benefits be placed on my card?
If you are approved, your Food for Florida benefits should be available in your EBT account within a few days after you apply.  You must use these benefits within 90 days from the date they are deposited into your account.

### How much can I expect to receive in benefits?
Benefits vary by the number of eligible people who live and eat with you (See chart below).

| Household Size | Benefit Amount |
|---|---|
| 1 | $194 |
| 2 | $357 |
| 3 | $511 |
| 4 | $649 |
| 5 | $771 |
| 6 | $925 |

Place EBT Bar Code Here
(If used as a receipt for an automated process)

For Official
Use Only

2016 - 2017
Type 11

OFFICE OF ECONOMIC
SELF-SUFFICIENCY
MYFLFAMILIES.COM

### Where can I use my card?
You may use the card at any authorized USDA retailer nationwide.
Please look for the QUEST® logo (See example to the right). 

### What can I buy with my card?
Food benefits can only be used for food products (non-taxable items) and for plants and seeds to grow food for your household to eat.

### What cannot be purchased with my card?
Any nonfood item, such as pet foods, soaps, paper products, household supplies, grooming items, toothpaste, cosmetics, alcoholic beverages, tobacco, vitamins and medicines etc....

### When will I receive my card?
In most situations, your card will be given to you at the Disaster site as you complete the application process.  Your card may be mailed to you if computers at the Disaster site fail to work or if the size of the Disaster site prevents handing out cards due to extremely large numbers of households affected by the disaster.

### When will I receive my Personal Identification Number (PIN)?
*Your PIN is the 9th, 10th, 11th, and 12th digit in your card number (Example 1111 2222 **3456** 3333).*
If you received your card at the Disaster site, you will need to wait until your benefits are deposited before shopping.  If your card is being mailed to you, your benefits should be deposited by the time you receive your card.  For additional information, please refer to the "Card Carrier".

### What if I do not receive my "Notice of Eligibility"?
Please call the Department of Children & Families ACCESS line at 1-866-762-2237.

### When will benefits be placed on my card?
If you are approved, your Food for Florida benefits should be available in your EBT account within a few days after you apply.  You must use these benefits within 90 days from the date they are deposited into your account.

### How much can I expect to receive in benefits?
Benefits vary by the number of eligible people who live and eat with you (See chart below).

| Household Size | Benefit Amount |
|---|---|
| 1 | $194 |
| 2 | $357 |
| 3 | $511 |
| 4 | $649 |
| 5 | $771 |
| 6 | $925 |

Place EBT Bar Code Here
(If used as a receipt for an automated process)

For Official
Use Only

2016 - 2017
Type 14

OFFICE OF ECONOMIC
SELF-SUFFICIENCY
MYFLFAMILIES.COM

## Where can I use my card?
You may use the card at any authorized USDA retailer nationwide.
Please look for the QUEST® logo (See example to the right). 

## What can I buy with my card?
Food benefits can only be used for food products (non-taxable items) and for plants and seeds to grow food for your household to eat.

## What cannot be purchased with my card?
Any nonfood item, such as pet foods, soaps, paper products, household supplies, grooming items, toothpaste, cosmetics, alcoholic beverages, tobacco, vitamins and medicines etc.…

## When will I receive my card?
In most situations, your card will be given to you at the Disaster site as you complete the application process.  Your card may be mailed to you if computers at the Disaster site fail to work or if the size of the Disaster site prevents handing out cards due to extremely large numbers of households affected by the disaster.

## When will I receive my Personal Identification Number (PIN)?
*Your PIN is based on your birth month and day (two digits for the month and two digits for the day).*
For example, if you were born on March 14th, your PIN will be 0314. If you received your card at the Disaster site, you will need to wait until your benefits are deposited before shopping.  If your card is being mailed to you, your benefits should be deposited by the time you receive your card. For additional information, please refer to the "Card Carrier".

## What if I do not receive my "Notice of Eligibility"?
Please call the Department of Children & Families ACCESS line at 1-866-762-2237.

## When will benefits be placed on my card?
If you are approved, your Food for Florida benefits should be available in your EBT account within a few days after you apply.  You must use these benefits within 90 days from the date they are deposited into your account.

## How much can I expect to receive in benefits?
Benefits vary by the number of eligible people who live and eat with you (See chart below).

| Household Size | Benefit Amount |
|---|---|
| 1 | $194 |
| 2 | $357 |
| 3 | $511 |
| 4 | $649 |
| 5 | $771 |
| 6 | $925 |

# Disaster Card Carrier

## HERE IS YOUR
## FOOD FOR FLORIDA
## DISASTER BENEFIT CARD

You may use the Florida Disaster Benefit Card attached below at authorized USDA SNAP retailers nationwide. You can also use your card wherever you see the Quest logo: **QUEST**

### Important!

- Sign your name in ink on the white stripe on the back of your card right now!
- If you lose or damage your card, call EBT Customer Service.

### DO NOT THROW THIS CARD AWAY!
It is the only way to get your benefits!

### Please Note:

*If you are receiving your first Food for Florida Disaster Benefit Card:*
- You must use your Personal Identification Number (PIN) with your card to complete a transaction.
- Your PIN has been preassigned for you.  If you lose, do not remember, or wish to change your PIN, call 1-888-356-3281 and select another PIN.
- If you do not receive your Notice of Eligibility, call ACCESS Customer Service at 1-866-762-2237.

*Disaster Benefit Facts:*
- This Card is ready to use once you have received your PIN and your benefits are placed into your account.
- Benefits will be available for 90 days from the date they are placed into your account.

The Department of Children and Families does not discriminate based on age, color, disability, national origin, race, religion, or sex. Any person or group who makes a complaint about or is against discrimination cannot, by law, be punished for such activities.

The USDA is an equal opportunity provider and employer.

--------------------------------------------------

*Please detach and keep this with your card at all times.*

## HOW TO USE YOUR FOOD FOR FLORIDA DISASTER BENEFIT CARD TO BUY FOOD AT RETAIL LOCATIONS

1. Know your balance before you go shopping.
2. Swipe your Food for Florida Card through the Point-Of-Sale (POS) terminal OR hand your card to the cashier.
3. Select FOOD STAMP.
4. Enter your four-digit Personal Identification Number (PIN) on the keypad. The terminal will show "****".
5. Press the OK or ENTER key.
6. The cashier will enter the purchase amount and, if it is correct, you press the YES key.
7. The cashier will give you your receipt; make sure the information on the receipt is correct.
8. Keep this receipt so you will know your balance the next time you shop.

## Customer Assistance Options

**ACCESS Customer Service**
**1-866-762-2237**

**EBT Customer Service**
**1-888-356-3281 or 1-800-955-8771 (TDD/TTY)**

24 Hours a Day/7 Days a Week
- Change your PIN
- File a claim
- Check your last 10 transactions
- Find out your current balance

**For account information, including your balance and recent transactions, go to:**
**www.ebtEDGE.com**

For Food for Florida program information, go to:
**www.dcf.state.fl.us/programs/access/fff**

350371001

# ATTACHMENT E
# Food For Florida
# Application and
# Worksheet

PLEASE READ <u>ALL</u> INSTRUCTIONS.   EBT bar code number here   DO NOT WRITE IN SHADED AREAS.   PLEASE PRINT.

Site Location/Code: _____   (Not valid as a receipt without EBT bar code sticker)

<u>GENERAL INSTRUCTIONS:</u>  Complete this application honestly and to the best of your knowledge.  When you are interviewed, you will need to provide proof of your identity (such as a photo ID or the statement of someone who knows you).  You may have to verify any questionable information.  Someone outside your household can be authorized to apply for and use your disaster food assistance (see Part B below).

| Food For Florida | **APPLICATION FOR DISASTER FOOD ASSISTANCE**<br>*We will consider all applicants without regard to color, race, sex, disability, religion, age,*<br>*national origin or political belief.* | |
|---|---|---|

### PART A – HOUSEHOLD SITUATION (check "Yes" or "No")

☐Yes ☐No  1. Does your household CURRENTLY receive food assistance?  If "yes", STOP; you are not eligible for disaster food assistance.  If "no", answer the remaining questions.

☐Yes ☐No  2. Was your household living in the disaster area at the time of the disaster?  If "yes," what county: _____
If "no", STOP; you are not eligible for disaster food assistance.  (print legibly)

☐Yes ☐No  3. Did the disaster damage your home or self-employment property, delay, reduce, or stop your income, cause you to lose food, or create any additional expense for your household?  If "yes" continue.  If "no" STOP, you are not eligible.

☐Yes ☐No  4. Does your household plan to buy food during the disaster benefit period?  If "yes" continue.  If "no" STOP, you are not eligible.

☐Yes ☐No  5. Does anyone in the household work for the Department of Children and Families or another State agency?
If "yes" who? _____

### PART B – AUTHORIZED REPRESENTATIVE *(OPTIONAL)*
*Part B is OPTIONAL.*

If you want to apply for someone else's household, fill in your name and telephone number in **Part B**. When you apply for someone else's household, you are their "Authorized Representative."  You must provide identification for yourself and the other person.  Fill in the information of the people for whom you are applying in **Part C** below.   ID Verified

| To be completed by authorized representative | Name of Authorized Representative, if applicable **(please print)** | Authorized Representative's Phone Number |
|---|---|---|

### PART C – HOUSEHOLD MEMBERS (PLEASE PRINT)

1. If you are applying for your household, list yourself and all other people living and eating with you at the time of the disaster, AND living and eating with you now.
    a. **Do not include** people staying temporarily or people who are away at college.
    b. If you are temporarily staying with other people because of the disaster, **do not include** the other people.
2. Social Security Numbers are requested, but not required.  (See "Privacy Statement" on back.)

**1. Applicant's Name** (enter first and last name and address in boxes below)    ID Verified

| First Name (one letter per box; please print) | Last Name (one letter per box; please print) | Applicant's Soc. Sec. No. |
|---|---|---|

| Applicant's Permanent Home Street Address (one letter per box; please print) | Birth Date (mm/dd/yyyy) | Sex (check one) ☐M ☐F |
|---|---|---|

| Applicant's Permanent Home Address – City | State | Zip Code | Applicant's Dr. Lic. No. or State ID No. (if available) | Other ID |
|---|---|---|---|---|

| Applicant's Phone Number (area code first) ( ) | Applicant's Current Mailing Address, if different from home address (one letter per box; please print) | |
|---|---|---|
| Cell or Other Contact Phone Number ( ) | Applicant's Current Mailing Address – City | State | Zip Code | DCF mails Notices to your permanent address UNLESS you list a different mailing address. |

**PLEASE PRINT.  LIST ALL OTHER HOUSEHOLD MEMBERS** who were living with the Applicant at the time of the disaster.

| | First Name / Last Name (please print) | Social Security No. | Birth Date (mm/dd/yyyy) | Sex |
|---|---|---|---|---|
| 2. | | — — | / / | ☐M ☐F |
| 3. | | — — | / / | ☐M ☐F |
| 4. | | — — | / / | ☐M ☐F |
| 5. | | — — | / / | ☐M ☐F |
| 6. | | — — | / / | ☐M ☐F |

☐ Check here if more than 6 people were living and eating with the applicant at the time of the disaster, then complete the attached "Additional Members Page."

| **PART D – HOUSEHOLD ASSETS (during disaster period)** List all cash in checking and savings accounts that your household can use now or **during the disaster period.** | | **PART E – HOUSEHOLD INCOME:** List all income (such as take-home pay, retirement, child support, Unemployment, Social Security, or anything) that your household received or expects to receive **during the disaster period.** Do not include money you already entered in "PART D – ASSETS". | | |
|---|---|---|---|---|
| *(Cash/Checking Account/Savings Account)* | **AMOUNT** | Name of Person Receiving Income and If Income is from Work, Show Where They Work | Type of Income | Net Amount Received/Expected |
| Combined cash now on hand for all household members | $ | | | $ |
| Combined current checking account balances for all household members | $ | | | $ |
| Combined current saving account balances for all household members | $ | | | $ |
| *Total Assets* | $ | Use "Additional Members Page" if more space is needed. | *Total Income* | $ |

| **PART F – HOUSEHOLD EXPENSES  (during disaster period)** List disaster-caused expenses that your household paid or expects to pay **during this disaster period.**  Do NOT include expenses that will be reimbursed during the disaster period. | | *For DCF Office Use Only* |
|---|---|---|
| | **AMOUNT** | |
| Food destroyed by disaster | $ | + − = |
| | | Total Assets (D)   Total Income(E)   Total Expenses(F)   Adjusted Income |
| Cost to prevent property damage | $ | |
| Cost to repair or replace items for home caused by disaster | $ | HH Size: _____   Income Limit: _____ |
| Other disaster-related expenses (e.g., supplies, medical, lodging, dependent care) | $ | ☐ Pass   ☐ Fail |
| *Total Expenses* | $ | |
| | | Worker's Name _____ |

### PART G – CERTIFICATION AND SIGNATURE BY APPLICANT (or by Authorized Representative, if applicable)

I understand the questions on this application and the penalties for hiding or giving false information. I know, under penalty of perjury, that the information I have given is correct and complete to the best of my knowledge.  I also authorize the release of any information necessary to determine the correctness of my application.  If I disagree with any action taken on my case, I can request a fair hearing orally or in writing.

**Applicant's or Authorized Representative's Signature:** _____   **Date:** _____

Applicant (or Authorized Representative, if applicable, or Witness if signed with an X)

CF-ES 2348, June 2011

## PART H – PENALTY WARNING

If you receive disaster food assistance benefits, you must follow the requirements listed below.  Your

household may be chosen for a state or federal review to ensure that you were eligible to receive disaster

food assistance.

- **DO NOT give false information or hide information to get disaster food assistance.**
- **DO NOT sell or give away your Electronic Benefits Transfer (EBT) card.**
- **DO NOT use your disaster food assistance to buy unauthorized items such as alcohol or tobacco.**
- **DO NOT use another household's EBT card.**

## PART I – PRIVACY STATEMENT

You are not required by law to give us your social security number or the social security numbers of other members of your household.  However, if you provide social security number(s), we can determine your eligibility for food assistance or services faster and more accurately.  Social security numbers are used by us for identity verification, income and eligibility verification, computer matching, program reviews or audits, and other purposes related to the administration of our public assistance programs.

PLEASE READ <u>ALL</u> INSTRUCTIONS.  DO NOT WRITE IN SHADED AREAS.   PLEASE PRINT.

Site Location/Code: _____

| **Food For Florida** | APPLICATION FOR DISASTER FOOD ASSISTANCE<br>## ADDITIONAL HOUSEHOLD MEMBERS not listed on page 1 |  |
|---|---|---|

**Instructions:**  Complete this form if there were more than 6 household members *living and eating* with the applicant at the time of the disaster.  Attach this copy to your application form.

**PART C (continued from page 1) – HOUSEHOLD MEMBERS (PLEASE PRINT)**

1. If you are applying for your household, list yourself and all other people living and eating with you at the time of the disaster, AND living and eating with you now.
   a. **Do not include** people staying temporarily or people who are away at college.
   b. If you are temporarily staying with other people because of the disaster, **do not include** the other people.
2. Social Security Numbers are requested, **but not required.**  (See "Privacy Statement" on back.)

**1. Applicant's Name** (enter first and last name and address in boxes below)

First Name (one letter per box; please print)     Last Name (one letter per box; please print)     Applicant's Soc. Sec. No.

Birth Date (mm/dd/yyyy)

**PLEASE PRINT.  LIST ALL OTHER HOUSEHOLD MEMBERS who were living with the Applicant at the time of the disaster.**

| First Name / Last Name (please print) | Social Security No. | Birth Date (mm/dd/yyyy) | Sex |
|---|---|---|---|
| 7. | — — | / / | ☐M ☐F |
| 8. | — — | / / | ☐M ☐F |
| 9. | — — | / / | ☐M ☐F |
| 10. | — — | / / | ☐M ☐F |
| 11. | — — | / / | ☐M ☐F |
| 12. | — — | / / | ☐M ☐F |
| 13. | — — | / / | ☐M ☐F |
| 14. | — — | / / | ☐M ☐F |
| 15. | — — | / / | ☐M ☐F |
| 16. | — — | / / | ☐M ☐F |
| 17. | — — | / / | ☐M ☐F |

## Part E – Income (continued from page 1) – if necessary

**PART E – HOUSEHOLD INCOME:**  List all income (such as take-home pay [wages], child support, Unemployment Compensation, Social Security income, pension or retirement income, disability income, or any other money) that your household has received or expects to receive **DURING THE DISASTER PERIOD.**  Do not include money you already entered in "PART D – ASSETS".

| Name of Person Receiving Income and if income is from Work, Show Where They Work | Type of Income | Total Net Amount Received/Expected to be received during disaster period |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

**PART G – CERTIFICATION AND SIGNATURE BY APPLICANT (or by Authorized Representative, if applicable)**

I understand the questions on this application and the penalties for hiding or giving false information.  I certify, under penalty of perjury, that the information I have given is correct and complete to the best of my knowledge.  I also authorize the release of any information necessary to determine the correctness of my application.  If I disagree with any action taken on my case, I can request a fair hearing orally or in writing.

**Applicant's or Authorized Representative's Signature:** _____     Date: _____

<span style="font-size:small">Applicant (or Authorized Representative, if applicable, or Witness if signed with an X)</span>

CF-ES 2348A, June 2011

**Food For Florida**

# DISASTER APPLICATION WORKSHEET



| CASE NAME: | COUNTY/SITE: |
|---|---|

| SOCIAL SECURITY NUMBER/ID #: |
|---|

1. **Household Assets** (cash on hand, checking or savings accounts) received or expected ..... _____ (Part D)
   during the disaster period
2. **Net Income** received or expected during disaster period ........................................................ + _____ (Part E)
3. **Total** (1. plus 2.) ................................................................................................................... = _____
4. **Household Expenses** (actual or expected) during disaster period ....................................... − _____ (Part F)
5. **Adjusted Income** (3 minus 4) (if 4 is greater than 3, then enter 0) ...................................... = _____
6. **Household Size:** _____   **Disaster Gross Income Limit:** _____
7. **Is the FFF Disaster Food Assistance Application signed?** ☐ Yes  ☐ No

> **If #5 is less than #6, then the household is potentially eligible for FFF disaster food assistance.**

| Household Size | Disaster Income Limit | Allotment |
|---|---|---|
| 1 | 1,640 | 194 |
| 2 | 1,987 | 357 |
| 3 | 2,334 | 511 |
| 4 | 2,693 | 649 |
| 5 | 3,069 | 771 |
| 6 | 3,445 | 925 |
| 7 | 3,791 | 1,022 |
| 8 | 4,138 | 1,169 |
| Each Additional Member | +347 | +146 |

| PASS | FAIL |
|---|---|
| **AMOUNT:** _____  **BENEFIT PERIOD:** _____ | **REASON:** _____ <br> _____ <br> _____ |
| **PRINT NAME** _____ | **ELIGIBILITY WORKER's SIGNATURE** _____ |

**COMMENTS: (i.e. Program Integrity Review)**

_____

_____

_____

**Integrity Worker Signature:** _____   **FLORIDA User ID:** _____



# FOOD FOR FLORIDA (FFF)
# DISASTER FOOD ASSISTANCE PROGRAM
# DENIAL NOTICE

State of Florida,
Department of
Children and
Families

Date: _____

TO: _____        SSN/ID #: _____

_____

_____

– – – – – – – – – – – – – (Fold here for window envelope) – – – – – – – – – – – – – – – – –

Your application for the FFF Disaster Food Assistance Program had been denied because:

☐ Your household's net income and liquid assets, minus disaster-related expenses, exceeds the disaster gross income limits.

☐ You were not residing in an eligible disaster county at the time of the disaster.

☐ Other: _____

_____

_____

**RIGHT TO APPEAL**

If you think that this action is incorrect, your Eligibility Worker will be glad to discuss it with you. You also have the right to ask for a hearing. If you want a hearing, you must ask for the hearing within 90 days from the date at the top of this notice. You can ask for a hearing at the Disaster Food Assistance site or by calling 1-866-762-2237.

FFF Disaster Food Assistance Program Site Code

_____
Signature of Eligibility Worker

If you need more information or free legal help, please call toll free
1-866-762-2237 for a listing of free legal organizations in your area.

CF-ES 2350, Jun 2011



**STATE OF FLORIDA**
**DEPARTMENT OF CHILDREN AND FAMILIES**
**FOOD ASSISTANCE PROGRAM**

## FOOD ASSISTANCE REPLACEMENT AUTHORIZATION

Under penalty of perjury and/or fraud, I certify that my household lost food due to spoilage because of damage or power outage caused by a fire or natural disaster.  I purchased this food with food assistance benefits.   **Clear**

Customer Name: _____
Print Name

Address: _____

_____

Case Number: _____

Value of food lost or destroyed (by fire or natural disaster):  $_____ _____

Date of loss, spoilage, or damage: _____ _____

Phone number where we can reach you: _____ _____

_____

**Customer Signature:** _____

**Date:** _____ _____

The customer must return this form in person, through the mail, or by fax.  The form is due no later than 10 days after the date of the loss.