UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24047-UU

MIAMI WORKERS CENTER, *et al.*

    Plaintiffs,

v.

MIKE CARROLL, *et al.*,

    Defendants.

_____/

## **ORDER ON EXTENSION OF TIME**

THIS CAUSE is before the Court upon the parties' Agreed Motion for Extension of Time to File a Response to Plaintiff's Complaint, D.E. 45.

THE COURT has reviewed the record and is otherwise fully advised in the premises. Defendants were served with Plaintiff's Complaint on November 6, 2017, such that their responses to Plaintiff's Complaint were due on November 27, 2017. In the instant Motion, the parties jointly request that Defendants be granted an unreasonably lengthy 3-month extension of time, from November 27, 2017 to February 14, 2018, to respond to Plaintiff's Complaint. In support thereof, the parties state that the parties have "engaged in open communications, whereby Plaintiffs represented that they intend to file an Amended Complaint and Defendants that Plaintiff be given until January 31, 2018 to file such an Amended Complaint. To conserve the parties' and Court's resources, the parties request that Defendants only be required to respond to Plaintiff's forthcoming Amended Complaint or, alternatively, be permitted to respond to Plaintiff's original Complaint no later than February 14, 2017." D.E. 45.

While the Court appreciates the parties' open communication and efforts to confer, it will not unnecessarily delay its docket 3 months. Under these circumstances, the Court will instead

grant Plaintiffs a brief extension of time in which to file an Amended Complaint and, should Plaintiffs fail to do so, require that Defendants promptly respond to Plaintiffs' original Complaint. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 45, is GRANTED IN PART and DENIED IN PART. Plaintiffs SHALL file their Amended Complaint, should they wish to do so, no later than **Monday, January 8, 2018.** Should Plaintiffs fail to file an Amended Complaint by such date, Defendants SHALL respond to Plaintiff's Complaint no later than **Friday, January 19, 2018.** If Plaintiffs file an Amended Complaint, then Defendants SHALL respond no later than **Monday, January 22, 2018**, in accordance with the Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th__ day of December, 2017.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record