AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Miami Workers Center; New Florida Majority; Richard Caldas; and Fulgencio Gallo, on behalf of themselves and all others similarly situated,

*Plaintiff(s)*

v.

Mike Carroll, Secretary of Florida Department of Children and Families; Sonny Perdue, Secretary of the U.S. Department of Agriculture; and U.S.D.A.,

*Defendant(s)*

Civil Action No. 17-cv-24047-PCH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mike Carroll
DCF Headquarters
1317 Winewood Blvd.
Building 1, Room 202
Tallahassee, Florida 32399-0700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JoNel Newman Esq.
University of Miami Health Rights Clinic
1311 Miller Driver, F-303
Coral Gables, FL 33146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 11/03/2017

Steven M. Larimore
Clerk of Court

s/ Maria Cruz
Deputy Clerk
U.S. District Courts

Summons in a Civil Action (Page 2)

Civil Action No. 1:17CV24047PCH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This Summons with Complaint, Certification of Emergency, Memorandum of Law in Support and Emergency Motion for TRO etc. for *(name of individual and title, if any)* **MIKE CARROLL, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES** was received by me on *(date)* **11/6/2017** at **08:55** hours.

☐ I personally served the summons on the individual at *(place)*    or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*    or

✔ I served the summons on *(name of individual)* **MIKE CARROLL, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES c/o JEFF RICHARDSON, ESQUIRE, ASSISTANT GENERAL COUNSEL**, who is designated by law to accept service of process on behalf of *(name of organization)* **MIKE CARROLL, SECRETARY**, pursuant to F.S. §48.111 on *(date)* **11/6/2017** at **10:05** hours at **1317 WINEWOOD BLVD RM 1-202, TALLAHASSEE, FL 32399-6570**;    or

☐ I returned the summons unexecuted because                                                                                     ; or

☐ Other *(specify)*:

My fees are $_____ for travel and **$110.00** for services, for a total of **$110.00**

I declare under penalty of perjury that this information is true.

Date:    November 6, 2017

Server's Signature
Karen D. Colson, Certified Process Server #152
2nd Judicial Circuit of Florida, Leon County
OUR JOB RECORD NUMBER **54822**

**CAPITAL AREA PROCESS SERVICE, INC.**
1212 TUNG HILL DRIVE
TALLAHASSEE, FL 32317-9545
CAPITALAREAPROCESS.COM
**850-878-9966**



Additional information regarding attempted service, etc.: