UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI WORKERS CENTER, et al.,

        Plaintiffs,

v.                                                  Case No.: 1:17-cv-24047-UU

MIKE CARROLL, et al.,

        Defendants.

_____/

**PLAINTIFFS' SUGGESTION OF MOOTNESS AND VOLUNTARY DISMISSAL
AS TO PLAINTIFFS FULGENCIO GALLO AND RICHARD CALDAS**

Plaintiffs Fulgencio Gallo and Richard Caldas, by and through undersigned counsel, file this suggestion of mootness with the court as to their individual claims in this case. At the commencement of this lawsuit, Plaintiffs Gallo and Caldas, along with other plaintiffs and members of the plaintiff class, sought reasonable accommodations for their disabilities such that they could apply for and comply with the conditions of eligibility for D-SNAP in the Hurricane Irma D-SNAP program.

Defendants made accommodations for the disabilities of Plaintiffs Gallo and Caldas on or about December 2, 2017, and Gallo and Caldas have been able to participate in the D-SNAP program and have received food benefits. Their individual claims in this lawsuit are moot. Plaintiffs therefore voluntarily dismiss the claims of Fulgencio Gallo and Richard Caldas individually.

Respectfully submitted,

THE PLAINTIFFS

*/s/ JoNel Newman*
JoNel Newman, Esq.
FL Bar No. 112320
Melissa Gibson Swain, Esq.

1

FL Bar No. 31432
Health Rights Clinic
University of Miami School of Law
1311 Miller Drive, Suite F-303
Coral Gables, FL 33146
Phone: (305) 284-3361
Facsimile: (305) 284-6407
jnewman@law.miami.edu
mswain@law.miami.edu

*/s/ Cindy Huddleston*
Cindy Huddleston
Fla. Bar No.: 0383041
Kathy Grunewald
Fla. Bar No.: 0513090
Katharine Huddlestun
Fla. Bar No.:1000475
Florida Legal Services, Inc.
P. O. 7416
Tallahassee, FL 32314
Telephone: (407) 801-4350
Facsimile: (407) 505-7327
cindy@floridalegal.org
kathy@floridalegal.org
katy@floridalegal.org

*/s/ Alana Greer*
Alana Greer
FL Bar No. 92423
Charles Elsesser
FL Bar No. 971162
Oscar H. Londoño
FL Bar No.  1003044
Community Justice Project, Inc.
3000 Biscayne Blvd., Suite 106
Miami, FL 33137
Phone: (305) 907-7697
charles@communityjusticeproject.com
alana@communityjusticeproject.com
Oscar@communityjusticeproject.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2018 I electronically filed

the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the

foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

/s/ JoNel Newman
JoNel Newman, Esq.

**Service List**
Miami Workers Center, et al. vs. Mike Carroll, et al.
Case No. 1:17-cv-24047-UU
United States District Court, Southern District of Florida

| | |
|---|---|
| JoNel Newman<br>Melissa Swain<br>University of Miami Health Rights Clinic<br>1311 Miller Drive, F-303<br>Coral Gables, Florida 33146<br>Jnewman@law.miami.edu<br>Mswain@law.miami.edu<br>*Attorneys for Plaintiffs, Miami Workers Center, et al.*<br>**via Notices of Electronic Filing generated by CM/ECF** | Anthony Erickson-Pogorzelski<br>Assistant United States Attorney<br>E-mail: anthony.pogorzelski@usdoj.gov<br>United States Attorney's Office<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>Tel: (305) 961-9128<br>Fax: (305) 530-7139<br>*Attorney for Defendants Sonny Perdue and United States Department of Agriculture*<br>**via Notices of Electronic Filing generated by CM/ECF** |
| Cindy Huddleston<br>Kathy Grunewald<br>Florida Legal Services, Inc.<br>P. O. 7416<br>Tallahassee, FL 32314<br>cindy@floridalegal.org<br>kathy@floridalegal.org<br>*Attorneys for Plaintiffs, Miami Workers Center, et al.*<br>**via Notices of Electronic Filing generated by CM/ECF** | Melissa L. Eggers<br>Assistant Attorney General<br>Office of the Attorney General<br>Civil Litigation Bureau<br>1515 N. Flagler Drive<br>Suite 900<br>West Palm Beach, FL 33401<br>Ph. (561) 837-5025 ext. 119<br>Fx. (561) 837-5102<br>melissa.eggers@myfloridalegal.com<br>*Attorney for Defendant Mike Carroll*<br>**via Notices of Electronic Filing generated by CM/ECF** |
| Alana Greer<br>Charles Elsesser<br>Oscar H. Londoño<br>Community Justice Project, Inc.<br>3000 Biscayne Blvd., Suite 106<br>Miami, FL 33137<br>Phone: (305) 907-7697<br>alana@communityjusticeproject.com<br>charles@communityjusticeproject.com<br>Oscar@communityjusticeproject.com<br>*Attorneys for Plaintiffs, Miami Workers Center, et al.*<br>**via Notices of Electronic Filing generated by CM/ECF** | Madeleine Q. Mannello<br>Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL 110 S.E. 6th Street, 10th Floor<br>Ft. Lauderdale, Florida 33301<br>Telephone: 954-712-4600<br>Facsimile: 954-527-3702<br>Madeleine.Mannello@myfloridalegal.com<br>**via Notices of Electronic Filing generated by CM/ECF** |