UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24047-UU

MIAMI WORKERS CENTER, et al.,

    Plaintiffs,

V.

MIKE CARROLL, et al.,

    Defendants.

_____/

### PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiffs by and through undersigned counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby submit their Initial Disclosures:

Based on current available information, Plaintiffs and their counsel identify the following individuals who are likely to have discoverable knowledge regarding this matter, and relevant document to support Plaintiff's claims in the Complaint:

### Federal Rule of Civil Procedure 26(a)(1)(A)(1)

**The names, address and telephone numbers of each individual likely to have discoverable information:**

## Witnesses:

1. Fulgencio Gallo
   60 NW 19th Ave #2
   Miami, FL. 33125
   Tel.: (305) 200-4938
   <u>Knowledge</u>: Plaintiff with knowledge as to the allegations in the Complaint regarding DSNAP program and application.

2. Richard Caldas
   8075 SW 107 Ave.
   Miami, FL 33173
   Tel.: (786) 394-0959
   <u>Knowledge</u>:  Plaintiff with knowledge as to the allegations in the Complaint regarding DSNAP program and application.

3. Thomas Voracek
   1311 Miller Drive #F303
   Coral Gables, FL 33146
   Tel.: (240) 818-7119
   <u>Knowledge</u>: Law student with Health Rights Clinic and with knowledge as to the allegations in the complaint.

4. Reygine Cantave
   1311 Miller Drive #F303
   Coral Gables, FL 33146
   Tel.: (305) 284-5291
   <u>Knowledge</u>: Staff member with Health Rights Clinic and with knowledge as to the allegations in the complaint.

5. Jorge Jaile
   1311 Miller Drive #F303
   Coral Gables, FL 33146
   Tel.: (305) 439-8588
   <u>Knowledge</u>: Law student with Health Rights Clinic and with knowledge as to the allegations in the complaint.

6. Andrea Mercado
   Executive Director, New Florida Majority

      10880 Biscayne Blvd.
      Miami, FL 33161
      Tel.: (305) 754-0118
      <u>Knowledge</u>: Allegations in the Complaint related to New Florida Majority

7. Carlos Naranjo
   Democracy Organizer, New Florida Majority
   10880 Biscayne Blvd.
   Miami, FL 33161
   <u>Knowledge</u>: Allegations in the Complaint and to D-SNAP sites in Broward County and Palm Beach County.

8. David Super
   Georgetown University Law Center
   600 New Jersey Avenue, N.W.
   Washington, DC 20001-2075
   Tel.: (202) 661-6656
   <u>Knowledge</u>: Expert on Disaster SNAP and in-person interview requirement

9. Charilus Federick
   1475 NE 111 Street
   Miami, FL 33161
   Tel.: (786) 413-6373
   <u>Knowledge</u>: Allegations in the Complaint.

10. Sandra Benarcazere
    1835 NW 112 Street
    Miami, FL 33167
    Tel.: (786) 442-8860
    <u>Knowledge</u>: Allegations in the Complaint

11. Luiz Galdamez
    512 SW 15th Ave.
    Miami, FL 33135
    (305) 905-8739
    <u>Knowledge</u>: Allegations in the Complaint

12. Imelda Medina
    13828 SW 22nd Terrace

        Miami, FL 33175
        (305) 496-4361
        <u>Knowledge</u>:  Allegations in the Complaint

13.    Maryanne Rodriquez
        Catalyst Miami
        35801 SW 186th Ave.
        Homestead, FL 33034
        Tel.: (305) 804-2024
        <u>Knowledge</u>:  Allegations in the Complaint including problems related to the pre-registration process required for D-SNAP.

14.    Shiana Barbosa
        8672 Deermoss Way West
        Jacksonville, FL 32217
        Tel: (904) 318-3705
        <u>Knowledge</u>: Allegations in the Complaint including problems related to the pre-registration process required for D-SNAP.

15.    Patricia Woliver
        1025 N. Unser Street,
        Mt. Dora, FL 32757
        Tel: (352) 321-0457
        <u>Knowledge</u>: Allegations in the Complaint including problems related to the pre-registration process required for D-SNAP.

16.    All witnesses on Defendants' witness list

## Federal Rule of Civil Procedure 26(a)(1)(A)(ii)

**Plaintiffs identify the following documents reasonably available to and in thier possession, custody and/or control that may be used to support Plaintiffs' claims in this matter.**

## Documents

1. Caldas Declaration

2. Cantave Declaration

3. Gallo Declaration

4. Voracek Declaration

5. Naranjo Declaration

6. Super Declaration

7. Federick Declaration

8. Galdamez Declaration

9. Medina Declaration

10. Identification Documents for:
    a. Richard Caldas,
    b. Charilus Federick
    c. Sandra Denacasere
    d. Taylor McGee

11. DCF D-SNAP Program Plan 2017-2018

12. Correspondence between DCF and USDA regarding DCF's November 3, 2017 Request for a Waiver to conduct D-SNAP interviews telephonically

13. Daily reports made to FNS by DCF for all 48 affected counties

14. Computer screenshots and other documents reflecting that the DCF D-SNAP preregistration site was inaccessible.

15. October 17, 2017 DCF Request to USDA

16. October 18, 2017 DCF Press Release

17. October 19, 2017 USDA Letter

18. October 30, 2017 DCF Press Release

19. Plaintiffs' October 25, 2017 letter with attachment

20. September 15, 2017 USDA letter

21. September 21, 2017 USDA letter

22. USDA Guidance for D-SNAP (July 2014)

23. Map showing bus to Hard Rock stadium

24. News articles, composite exhibit, concerning D-SNAP Program

25. Documents produced by DCF under subpoena at the November 20, 2017 hearing, including the following:

    a. the number of applications made through an authorized representative
    b. The identity and number of staff assigned to monitor lines at each D-SNAP site to identify and accommodate individuals with disabilities
    c. instructions given to staff assigned to monitor lines at each D-SNAP site to identify and accommodate individuals with disabilities
    d. Number of applicants services through special needs/accommodations lines in each of the 48 affected counties
    e. individuals/heads of households in each of the 48 affected counties who preregistered for the D-SNAP Program and who did not complete the process

26. All exhibits on Defendants' exhibits lists.

Respectfully submitted,

THE PLAINTIFFS

*/s/ Cindy Huddleston*
Cindy Huddleston

Fla. Bar No.: 0383041
Kathy Grunewald
Fla. Bar No.: 0513090
Katharine Huddlestun
Fla. Bar No.:1000475
Florida Legal Services, Inc.
P. O. 7416
Tallahassee, FL 32314
Telephone: (407) 801-4350
Facsimile: (407) 505-7327
cindy@floridalegal.org
kathy@floridalegal.org
katy@floridalegal.org

*/s/ JoNel Newman*
JoNel Newman, Esq.
FL Bar No. 112320
Melissa Gibson Swain, Esq.
FL Bar No. 31432
Health Rights Clinic
University of Miami School of Law
1311 Miller Drive, Suite F-303
Coral Gables, FL 33146
Phone: (305) 284-3361
Facsimile: (305) 284-6407
jnewman@law.miami.edu
mswain@law.miami.edu

*/s/ Alana Greer*
Alana Greer
FL Bar No. 92423
Charles Elsesser
FL Bar No. 971162
Oscar H. Londoño
FL Bar No.  1003044
Community Justice Project, Inc.
3000 Biscayne Blvd., Suite 106
Miami, FL 33137
Phone: (305) 907-7697
charles@communityjusticeproject.com
alana@communityjusticeproject.com
Oscar@communityjusticeproject.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

*/s/ Cindy Huddleston*
Cindy Huddleston, Esq.

## Service List

Miami Workers Center, et al. vs. Mike Carroll, et al.
Case No. 1:17-cv-24047-UU
United States District Court, Southern District of Florida

| | |
|---|---|
| JoNel Newman<br>Melissa Swain<br>University of Miami Health Rights Clinic<br>1311 Miller Drive, F-303<br>Coral Gables, Florida 33146<br>Jnewman@law.miami.edu<br>Mswain@law.miami.edu<br>*Attorneys for Plaintiffs, Miami Workers Center, et al.*<br>**via Notices of Electronic Filing generated by CM/ECF**<br><br>Cindy Huddleston<br>Kathy Grunewald<br>Katharine Huddlestun<br>Florida Legal Services, Inc.<br>P. O. 7416<br>Tallahassee, FL 32314<br>cindy@floridalegal.org<br>kathy@floridalegal.org<br>katy@floridalegal.org<br>*Attorneys for Plaintiffs, Miami Workers Center, et al.*<br>**via Notices of Electronic Filing generated by CM/ECF**<br><br>Alana Greer<br>Charles Elsesser<br>Oscar H. Londoño<br>Community Justice Project, Inc.<br>3000 Biscayne Blvd., Suite 106<br>Miami, FL 33137 | Anthony Erickson-Pogorzelski<br>Assistant United States Attorney<br>E-mail: anthony.pogorzelski@usdoj.gov<br>United States Attorney's Office<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>Tel: (305) 961-9128<br>Fax: (305) 530-7139<br>*Attorney for Defendants Sonny Perdue and United States Department of Agriculture*<br>**via Notices of Electronic Filing generated by CM/ECF**<br><br>Melissa L. Eggers<br>Assistant Attorney General<br>Office of the Attorney General<br>Civil Litigation Bureau<br>1515 N. Flagler Drive<br>Suite 900<br>West Palm Beach, FL 33401<br>Ph. (561) 837-5025 ext. 119<br>Fx. (561) 837-5102<br>melissa.eggers@myfloridalegal.com<br>*Attorney for Defendant Mike Carroll*<br>**via Notices of Electronic Filing generated by CM/ECF**<br><br>Madeleine Q. Mannello<br>Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL 110 S.E. 6th Street, 10th Floor |

| | |
|---|---|
| Phone: (305) 907-7697<br>alana@communityjusticeproject.com<br>charles@communityjusticeproject.com<br>Oscar@communityjusticeproject.com<br>*Attorneys for Plaintiffs, Miami Workers Center, et al.*<br>**via Notices of Electronic Filing generated by CM/ECF** | Ft. Lauderdale, Florida 33301<br>Telephone: 954-712-4600<br>Facsimile: 954-527-3702<br>Madeleine.Mannello@myfloridalegal.com<br>**via Notices of Electronic Filing generated by CM/ECF** |