UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24047-UU

MIAMI WORKERS CENTER, *et al.*,

    Plaintiffs,

v.

MIKE CARROLL., *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). D.E. 84.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 16, 2018, the Parties filed the Stipulation, dismissing the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) and notifying the Court that the cause has been amicably settled. D.E. 84. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of May, 2018.

                                                  URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf